08 C 1323

JUDGE ST. EVE
MAGISTRATE JUDGE VALDEZ

# EXHIBIT B



PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# *NEW!* from Express Products

## Jabra Ear Wave ™ Bud

The next wave in comfort technology!
Light weight design, discreet look, and crisp, clear sound.

Jabra MiniGels™ Channel sound for great reception, with ear hugging comfort fit.

### Only $16.99

## Jabra Ear Wave ™ Boom



The next wave in comfort technology.
Ultra-lightweight design, unbeatable comfort, breakthrough styling, and outstanding voice clarity.

- Low-profile earpiece fits snugly behind the ear for a discreet look.
- Noise-canceling microphone blocks background noise, and lets your voice be heard.

### Only $19.95



# PHONE TATTOOS !

- A GREAT WAY TO *EXPRESS* YOURSELF!
- TURNS PHONES INTO ONE-OF-A-KIND WORKS OF ART!
- DOZENS OF STYLES FOR EVERY PERSONALITY!
- GREAT PROFIT MAKER!
- QUICK AND EASY WAY TO CHANGE THE LOOK OF YOUR PHONE!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *NEW!* from Express Products

**Jabra** Ear Wave ™ Bud
The next wave in comfort technology!
Light weight design, discreet look, and crisp, clear
sound.



Jabra MiniGels™ Channel sound for great reception,
with ear hugging comfort fit.

### Only $16.99



**Jabra** Ear Wave ™ Boom
The next wave in comfort technology.
Ultra-lightweight design, unbeatable comfort, breakthrough styling,
and outstanding voice clarity.

- Low-profile earpiece fits snugly behind the ear for a discreet look.
- Noise-canceling microphone blocks background noise, and lets
  your voice be heard.

### Only $19.95



# PHONE TATTOOS !

- A GREAT WAY TO *EXPRESS* YOURSELF!
- TURNS PHONES INTO ONE-OF-A-KIND WORKS OF ART!
- DOZENS OF STYLES FOR EVERY PERSONALITY!
- GREAT PROFIT MAKER!
- QUICK AND EASY WAY TO CHANGE THE LOOK OF
  YOUR PHONE!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-72



**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# *NEW!* from Express Products

**Jabra** Ear Wave ™ **Bud**
The next wave in comfort technology!
Light weight design, discreet look, and crisp, clear sound.

Jabra MiniGels™ Channel sound for great reception, with ear hugging comfort fit.



### Only $16.99

**Jabra** Ear Wave ™ **Boom**
The next wave in comfort technology.
Ultra-lightweight design, unbeatable comfort, breakthrough styling, and outstanding voice clarity.



- Low-profile earpiece fits snugly behind the ear for a discreet look.
- Noise-canceling microphone blocks background noise, and lets your voice be heard.

### Only $19.95

# PHONE TATTOOS !



- A GREAT WAY TO *EXPRESS* YOURSELF!
- TURNS PHONES INTO ONE-OF-A-KIND WORKS OF ART!
- DOZENS OF STYLES FOR EVERY PERSONALITY!
- GREAT PROFIT MAKER!
- QUICK AND EASY WAY TO CHANGE THE LOOK OF YOUR PHONE!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *NEW*! from Express Products

**Jabra** Ear Wave ™ Bud
The next wave in comfort technology!
Light weight design, discreet look, and crisp, clear sound.

Jabra MiniGels™ Channel sound for great reception, with ear hugging comfort fit.
### Only $16.99

**Jabra** Ear Wave ™ Boom
The next wave in comfort technology.
Ultra-lightweight design, unbeatable comfort, breakthrough styling, and outstanding voice clarity.



- Low-profile earpiece fits snugly behind the ear for a discreet look.
- Noise-canceling microphone blocks background noise, and lets your voice be heard.

### Only $19.95



# PHONE TATTOOS !

- A GREAT WAY TO *EXPRESS* YOURSELF!
- TURNS PHONES INTO ONE-OF-A-KIND WORKS OF ART!
- DOZENS OF STYLES FOR EVERY PERSONALITY!
- GREAT PROFIT MAKER!
- QUICK AND EASY WAY TO CHANGE THE LOOK OF YOUR PHONE!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-74

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
     your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

### *On Sale, Only $2.50 each!*





### **M3000** from Plantronics

**Plantronics M3000 Bluetooth™**
Headset offers the ultimate in wireless freedom
and sound quality in a stylish, comfortable design.

### *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

# CELLFOAM POUCHES

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

## *On Sale, Only $2.50 each!*





## M3000 from Plantronics

**Plantronics M3000 Bluetooth™ Headset offers the ultimate in wireless freedom and sound quality in a stylish, comfortable design.**

## *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



# NEW!



## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
    your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

*On Sale, Only $2.50 each!*





**M3000** from Plantronics

**Plantronics M3000 Bluetooth™**
Headset offers the ultimate in wireless freedom and sound quality in a stylish, comfortable design.

*Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

*On Sale, Only $2.50 each!*





**M3000** from Plantronics
Plantronics M3000 Bluetooth™
Headset offers the ultimate in wireless freedom
and sound quality in a stylish, comfortable design.

*Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## CELLFOAM POUCHES

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

### On Sale, Only $2.50 each!





## M3000 from Plantronics

**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom and sound quality in a stylish, comfortable design.**

### Only $75.00!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

# Express Products
### WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## CELLFOAM POUCHES

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

### *On Sale, Only $2.50 each!*





## M3000 from Plantronics

Plantronics M3000 Bluetooth™
Headset offers the ultimate in wireless freedom
and sound quality in a stylish, comfortable design.

### *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

# NEW!



## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## CELLFOAM POUCHES

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

### On Sale, Only $2.50 each!





## M3000 from Plantronics

**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom and sound quality in a stylish, comfortable design.**

### Only $75.00!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# *ATTENTION DEALERS!*

## EXPRESS PRODUCTS is now offering
## PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
## 1-866-616-6000

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# ATTENTION DEALERS!

## EXPRESS PRODUCTS is now offering PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
## 1-866-616-6000



PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *ATTENTION DEALERS!*

## EXPRESS PRODUCTS is now offering
## PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
## 1-866-616-6000

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# ATTENTION DEALERS!

## EXPRESS PRODUCTS is now offering PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
## 1-866-616-6000



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

*FONE DATA KIT*

**Data Cable and Software.**
MMS & SMS Composer, Phonebook editor, Melody Composer, File Manager,
Color Picture Editing Software, 500 Ring tones, 700 Logos,
and 100 Polyphonic Ring tones.
*Available For...*
**Motorola** V60/V60i/V66/V70/V70i/T720/T720i/T722i
**Ericsson** 320/R520/T39/T65/T68/T300/T310/T610/T616/Z600
**Samsung** V200/V205/S300/S307/S308/P400/X105/E105
**Nokia** 5100/6100/6108/6610/6800/7210/7250/7250i
**Nokia** 6210/6310i/7190/6250
*Some features depend on phone model*

*Only $21.95!*

INFRARED MODEL AVAILABLE FOR PHONES

THAT ARE EQUIPPED WITH INFRARED! *Only $29.95!*

**Introducing the worlds BEST**
*BLUETOOTH*
**Handsfree Soft Install Kit!**
*The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
Full Duplex!
*Only $110.00ea*

*FULL DUPLEX!*





**TUF CASES by EXPRO**
Contractor grade ballistic nylon cases.
Now available for...
Nextel i205, i305, i530, i730
**TUF HOLSTERS** Now available for...
Nextel i205, i305, i530, i730

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-86

# *Express Products*

**WIRELESS ACCESSORIES & MORE**

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

## *FONE DATA KIT*

### Data Cable and Software.

MMS & SMS Composer, Phonebook editor, Melody Composer, File Manager, Color Picture Editing Software, 500 Ring tones, 700 Logos, and 100 Polyphonic Ring tones.

### *Available For...*

**Motorola** V60/V60i/V66/V70/V70i/T720/T720i/T722i
**Ericsson** 320/R520/T39/T65/T68/T300/T310/T610/T616/Z600
**Samsung** V200/V205/S300/S307/S308/P400/X105/E105
**Nokia** 5100/6100/6108/6610/6800/7210/7250/7250i
**Nokia** 6210/6310i/7190/6250
*Some features depend on phone model*

## *Only $21.95!*

## INFRARED MODEL AVAILABLE FOR PHONES
## THAT ARE EQUIPPED WITH INFRARED! *Only $29.95!*

Introducing the worlds BEST
*BLUETOOTH*
**Handsfree Soft Install Kit!**
*The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides drivers with advanced handsfree functions.
Full Duplex!

### *Only $110.00ea*



**FULL DUPLEX!**



## TUF CASES by *EXPRO*

Contractor grade ballistic nylon cases.
Now available for...
Nextel i205, i305, i530, i730
**TUF HOLSTERS** Now available for...
Nextel i205, i305, i530, i730

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

### *FONE DATA KIT*
### Data Cable and Software.

MMS & SMS Composer, Phonebook editor, Melody Composer, File Manager,
Color Picture Editing Software, 500 Ring tones, 700 Logos,
and 100 Polyphonic Ring tones.

### *Available For...*
**Motorola** V60/V60i/V66/V70/V70i/T720/T720i/T722i
**Ericsson** 320/R520/T39/T65/T68/T300/T310/T610/T616/Z600
**Samsung** V200/V205/S300/S307/S308/P400/X105/E105
**Nokia** 5100/6100/6108/6610/6800/7210/7250/7250i
**Nokia** 6210/6310i/7190/6250
*Some features depend on phone model*

## *Only $21.95!*

## INFRARED MODEL AVAILABLE FOR PHONES
## THAT ARE EQUIPPED WITH INFRARED! *Only $29.95!*

*FULL DUPLEX!*



### Introducing the worlds BEST
### *BLUETOOTH*
### Handsfree Soft Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
Full Duplex!

## *Only $110.00ea*



## TUF CASES by *EXPRO*

Contractor grade ballistic nylon cases.
Now available for...
Nextel i205, i305, i530, i730
### TUF HOLSTERS Now available for...
Nextel i205, i305, i530, i730

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!*
*Prices good thru July 11th, 2003*

### *NEW!*
## CCM DOCKING STATION
DESK-TOP CHARGER
WITH HANDSFREE SPEAKER PHONE
*AND* PRIVACY HANDSET!
*THIS INNOVATIVE DESIGN IS AVAILABLE FOR ...*
MOTOROLA V60 *(CCMV60DS)* AND T720i *(CCM720DS)*
NOKIA 6360/6310i *(CCM6360DS)*
AND NOKIA 3360/3320 *(CCM3360DS)*



### *INTRODUCTORY PRICE Only $30.00*



**Motorola V60 Faceplate**
Polished Stainless Steel
Premium quality, built to last.
Can be professionally engraved!
*Only $7.95*



*DISPLEX*
LENS CLEANER AND
SCRATCH REMOVER.
*GREAT TO HAVE ON HAND!*

**E*XPRO*** Over-The-Ear headset.
HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!
*Get 1 FREE with ANY order $25.00 or more!!*

*FREE FREIGHT FRIDAY!!*
*Place an order of $100.00 or more on*
*Friday July 11th and get FREE ground shipping!*
*USE SHIPPING COUPON # fs17303*

*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!

*Prices good thru July 3rd, 2003*

### NEW!
## CCM DOCKING STATION
### DESK-TOP CHARGER
### WITH HANDSFREE SPEAKER PHONE
### *AND* PRIVACY HANDSET!

*THIS INNOVATIVE DESIGN IS AVAILABLE FOR ...*
MOTOROLA V60 *(CCMV60DS)* AND T720i *(CCMT720DS)*
NOKIA 6360/6310i *(CCMNOK6360DS)*
AND NOKIA 3360/3320 *(CCMNOK3360DS)*

## *INTRODUCTORY PRICE Only $30.00*

### *NOW AVAILABLE*
FM MODULATED NAVIGATORS by CCM
*NOW AVAILABLE FOR...*
### *NEXTEL i90/i95* *(CCMNEX90N-FM)*
### *AND*
### *MOTOROLA V120* *(CCMV120N-FM)*



*MOTOROLA OEM*
*USB DATA KIT*
*FOR V60, V120, T720*
*270, 280*
*SPECIAL PRICE*
*Only $30.00* *(DCMOTV60)*
*USB DATA CABLE*
*FOR MOTOROLA*
*Only $6.99* *(DCMOTV60-1)*

### *NEW FROM E**X**PRO*
*P310* OVER-THE-EAR
PREMIUM HEADSET
WITH ON/OFF BUTTON
2.5mm PLUG
*Only $4.85*



*FREE FREIGHT ~~FRIDAY~~!! THURSDAY*
*Place an order of $100.00 or more on Thursday*
*July 3rd and get FREE ground shipping!*
*USE SHIPPING COUPON # fs18103*

*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

BP-90



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!
*Prices good thru July 3rd, 2003*

### NEW!
### CCM DOCKING STATION
DESK-TOP CHARGER
WITH HANDSFREE SPEAKER PHONE
*AND* PRIVACY HANDSET!

*THIS INNOVATIVE DESIGN IS AVAILABLE FOR...*
MOTOROLA V60 *(CCMV60DS)* AND T720i *(CCMT720DS)*
NOKIA 6360/6310i *(CCMNOK6360DS)*
AND NOKIA 3360/3320 *(CCMNOK3360DS)*



### INTRODUCTORY PRICE *Only $30.00*



### NOW AVAILABLE
FM MODULATED NAVIGATORS by CCM
*NOW AVAILABLE FOR...*
### NEXTEL i90/i95 *(CCMNEXI90N-FM)*
*AND*
### MOTOROLA V120 *(CCMV120N-FM)*



### NEW FROM E**X**PRO
*P310* OVER-THE-EAR
PREMIUM HEADSET
WITH ON/OFF BUTTON
2.5mm PLUG
### *Only $4.85*

**MOTOROLA OEM
USB DATA KIT**
*FOR V60, V120, T720
270, 280*
### SPECIAL PRICE
*Only $30.00* *(DCMOTV60)*
*USB DATA CABLE
FOR MOTOROLA
Only $6.99* *(DCMOTV60-1)*

---

### FREE FREIGHT ~~FRIDAY!!~~ THURSDAY
*Place an order of $100.00 or more on Thursday
July 3rd and get FREE ground shipping!*
USE SHIPPING COUPON # *fs18103*

---

*Ask how you can earn
FREE products
and FREE shipping
with our Customer
Referral Program!*

> If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-91



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!
*Prices good thru June 27th, 2003*



### NEW! FROM BODY GLOVE
### SCUBA CELLSUITS
Gives phones that "cool, edgy look" while providing the ultimate in Protection!

---

**Introducing the worlds first *BLUETOOTH* Handsfree Soft Install Kit!**

### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides drivers with advanced handsfree functions.

### INTRODUCTORY PRICE
*Only $110.00ea*



**NOW AVAILABLE**

NOKIA 2260
LEATHER CASES
**NOKIA 3595**
LEATHER CASES
NOKIA 6200
LEATHER CASES
SANYO 8100
LEATHER CASES
NOKIA 3650
DESK TOP CHARGERS
**PANASONIC GU87**
DESK TOP CHARGERS
MOTOROLA T720
REPLACEMENT ANTENNAS
SAMSUNG V205
REPLACEMENT ANTENNAS
SAMSUNG N400
REPLACEMENT ANTENNAS
SAMSUNG R225
REPLACEMENT ANTENNAS
**MOTOROLA C331**
REPLACEMENT ANTENNAS
LG VX4400
1400MAH BATTERY

---



### Motorola V60 Faceplate
Polished Stainless Steel
Premium quality, built to last.
### *Only $7.95*

---

### E**XPRO** Over-The-Ear headset.
HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!
### *Get 1 FREE with ANY order $25.00 or more!!*



---

### FREE FREIGHT FRIDAY!!
*Place an order of $100.00 or more on Friday June 2nd and get FREE ground shipping!*
*USE SHIPPING COUPON # fs18703*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

*Ask how you can earn FREE products and FREE shipping with our Customer Referral Program!*

BP-92



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!
*Prices good thru June 20th, 2003*

## CCM UNIVERSAL ROADSTER HANDSFREE
INNOVATIVE UNIVERSAL DESIGN IS COMPATIBLE WITH
NOKIA 5165/3285/6360, NOKIA 1260/3300/3500/3600/8000
PHONES WITH 2.5mm HEADSET JACKS
*AND NOW* SAMSUNG R225-S105/V205
SIEMANS C56/CT56/A56
*ON SALE $26.95*



### CELLSKINS
SOFT PLIABLE RUBBER SKINS.
PROTECT YOUR PHONE.
AVAILABLE IN ASSORTED COLORS.
*NOKIA 5165, NOKIA 3300/3585,
NOKIA 8000 SERIES
MOTOROLA V2397 & SANYO 4500*
*ONLY $.99ea*

### RUBBER BUMPERS
PROTECTS PHONE FROM
BUMPS AND BRUISES!
FOR NOKIA 5165 SERIES
ASSORTED COLORS
4 for *$1.00*



## LICENSED FACEPLATES
BUD BOTTLE, BUD CAN, BUD LIGHT, JIM BEAM
CHEVY, FORD, FORD TRUCKS, CORVETTE,
JACK DANIELS LOGO, JACK DANIELS BARRELS,
KAWASAKI, *$6.50ea* THE OSBOURNES! *$5.00*

## NASCAR DRIVER FACES
PARK, NEWMAN, M. WALTRIP, KENSETH, B. LABONTE,
STEWART, R. RUDD, HARVICK, EARNHARDT,
EARNHARDT jr, R.GORDON, S. MARLIN, M. MARTIN,
D. JARRETT, J. BURTON

*NOKIA 3360 $14.10ea NOKIA 5160 $13.50ea*

## ELVIS PRESLEY LICENSED FACES
*NOKIA 3360 $15.00  NOKIA 5160 $10.00*

*Ask how you can earn
FREE products
and FREE shipping
with our Customer
Referral Program!*

> If you would like to be taken off of our fax list, please fax this page
> back to us with your company name and fax number.

BP-93



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru June 6th, 2003*

# NEW! RETRACTABLE PLUG-IN CHARGERS

RAPID CHARGER WITH 3 STAGE LED.
PUSH BUTTON RETRACTION. EXTRA LONG CORD.
AVAILABLE FOR NOKIA OR MOTOROLA/NEXTEL.

*ONLY $2.95each*





## NEXTEL i700/i550
1200mah BATTERY
ONLY $6.99
800mah BATTERY
ONLY $4.25



## NAVIGATORS $4.99ea
FOR SAMSUNG N200/3500/6100
TOUCHPOINT 5200
MOTOROLA T/V2297/L7089/L2000
MOTOROLA VADER
AND MORE!

## FLASHING KEYS
AVAILABLE FOR NOKIA 3390, 3360, 5165, 8265
MOTOROLA V120, V60, T720
NEXTEL i95/i90/i60

*Only $3.50ea*

 



## DUAL-BAND
GLASS-MOUNT PATCH ANTENNA, NO MAST!
12' CABLE W/FME OR TNC CONNECTION
WAS $19.95 *NOW ONLY $9.00!!!*

### HDSET-15
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
2.5mm PLUG
*$7.50ea*

# NASCAR DRIVER FACEPLATES
PARK, WALTRIP, KENSETH, B. LABONTE,
STEWART, HARVICK, EARNHARDT,
EARNHARDT Jr, R.GORDON, MARLIN,
MARTIN, D. JARRETT
*AVAILABLE FOR NOKIA 5160 & 3360*

*Only $14.50ea*

*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

BP-94



*Express Products*

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru June 13th, 2003*



### NEW!

**Introducing the worlds first BLUETOOTH**
**Handsfree Install Kit!.**
**The Parrot CK3000**
**Make handsfree calls without touching your phone!**
INTRODUCTORY PRICE *Only $165.95ea*

*CELLSUITS, ION CASES,*
*PRIZM POUCHES, EARGLOVE AND*
*EARGLOVE PRO HEADSETS*
*IN STOCK NOW!!!*



*Body Glove*

**NOKIA Original Face Plates**
**for 5160 and 5165**
**Many colors and patterns to choose**
**ON SALE, NOW ONLY** *$5.00ea*

## E**X**PRO



Over-The-Ear headset. Specifically For Nokia phones.
HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!
*Only $5.99ea*

*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

BP-95

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru May 30th, 2003*



## SUPER SUMMER SIX-PACK OF HEADSETS

1-Over-the-ear w/mini boom. *(HDSET-10)*
1-Clearlink over-the-ear. *(HDSET-4)*
1-Fixed Ear Hook *(HDSET-8)*
1-Mini boom Ear Bud w/on-off. *(HDSET-12)*
1-Deluxe Ear Bud w/ear gels. *(HDSET-14)*
1-- Over-the-ear with answer/disconnect & volume. *(HDSET-7)*

All for just **$19.95**

(hdset six pack)

*NEW*
*ACCESSORIES*
*AVAILABLE*
**NEXTEL i35**
HOLSTERS
**LG4400**
BATTERIES & HOLSTERS
**LG2000**
HOLSTERS
**AUDIOVOX 8500**
HOLSTERS
**NOKIA 3590**
HOLSTERS
**NOKIA 8265**
HOLSTERS
**KYOCERA 5135**
HOLSTERS

## *FLASHING ACCESSORIES!*
FLASHING BATTERIES, KEYPADS, AND BATTERY DOORS!
*AVAILABLE FOR NOKIA, MOTOROLA, NEXTEL AND MORE!*

## *NEW LICENSED FACES FOR NOKIA 3360*
BUD CAN, BUD BOTTLE, BUD LITE, CHEVROLET, JACK DANIELS BARRELS, JACK DANIELS LOGO, FORD LOGO, FORD TRUCKS, JIM BEAM, KAWASAKI, & CORVETTE
*ONLY $7.99ea*

**FREE FREIGHT FRIDAY!!**
*Place an order of $100.00 or more on Friday May 30th and get FREE ground shipping!*
*USE SHIPPING COUPON # fs21503*

*Ask how you can earn*
*FREE products*
*and FREE  shipping*
*with our Customer*
*Referral Program!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-96



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru May 16th,*

## DELUXE PLUG-IN CHARGER
11 ft HEAVY DUTY CORD.
BLUE LED INDICATOR LIGHT.
ATTRACTIVE BLISTER PACKAGING.
*Only $4.00ea*





## PLANTRONICS M1500
*BLUE TOOTH WIRELESS HEADSET*
INCLUDES BLUETOOTH ADAPTER
TO FIT ANY PHONE WITH 2.5mm HEADSET JACK
OR USE WITH HEADSET ADAPTER!
*ONLY $99.99ea*

## FLASHING ACCESSORIES!
FLASHING BATTERIES, KEYPADS,
AND BATTERY DOORS!
*AVAILABLE FOR NOKIA,
MOTOROLA, NEXTEL AND MORE!*





## HDSET 8
HANDSFREE EAR HOOK.
COMFORTABLE AND LIGHT.
WITH ON/OFF BUTTON
BLOWOUT SALE!
*Only $2.00*

If you would like to be taken
off of our fax list,
please fax this page
back to us
with your company name
and fax number.

## HFU2
CLIP ON FM HANDSFREE.
SENDS YOUR CALL THROUGH
YOUR FM RADIO!
WORKS BETTER THAN CAR BABY!
*Only $5.50each!!*



BP-97



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru May 23rd, 2003*

# E**X**PRO

COMMERCIAL GRADE
BALLISTIC NYLON CASES
WITH ROTATING STEEL CLIP
AND HEAVY DUTY LEATHER
BELT STRAP.

*NOW IN STOCK!!!!*

**CLEARANCE
PRICING
ON**
Nextel i90
Nextel i1000
Nextel i85
Nextel i30
Nokia 5100
Nokia 3300/1260
Motorola V60
Motorola V120
*Only*
*2/$8.00*



**HDSETJB-SP**
Jabra EAR BOOM 2.5mm
In Verizon packaging.
*Only $4.67ea*
*Min 12pcs*

By E**X**PRO



**NEOPRENE
BLACK**

**CANVAS
CAMO**

POUCH STYLE CASE WITH ZIPPER COMPARTMENT IN BACK
FOR ALL YOUR IMPORTANT STUFF.
CLIPS TO BELT OR USE THE INCLUDED SHOULDER STRAP!
*ONLY $1.95ea*



EXPRESS SWIVEL CLIP KIT
*IN ASSORTED COLORS*
INCLUDES... 1 UNIVERSAL BUTTON
1 NOKIA BUTTON
1 DASH MOUNT
AND
1 "FLIP ACTION" BELT CLIP
*6 FOR ONLY $4.00!!*

*Ask how you can earn
FREE products
and FREE shipping
with our Customer
Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

BP-98



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru May 16th,*

## DELUXE PLUG-IN CHARGER
11 ft HEAVY DUTY CORD.
BLUE LED INDICATOR LIGHT.
ATTRACTIVE BLISTER PACKAGING.
*Only $4.00ea*



## PLANTRONICS M1500
*BLUE TOOTH WIRELESS HEADSET*
INCLUDES BLUETOOTH ADAPTER
TO FIT ANY PHONE WITH 2.5mm HEADSET JACK
OR USE WITH HEADSET ADAPTER!
*ONLY $99.99ea*



## FLASHING ACCESSORIES!
FLASHING BATTERIES, KEYPADS,
AND BATTERY DOORS!
*AVAILABLE FOR NOKIA,
MOTOROLA, NEXTEL AND MORE!*



## HDSET 8
HANDSFREE EAR HOOK.
COMFORTABLE AND LIGHT.
WITH ON/OFF BUTTON
BLOWOUT SALE!
*Only $2.00*





If you would like to be taken
off of our fax list,
please fax this page
back to us
with your company name
and fax number.

## HFU2
CLIP ON FM HANDSFREE.
SENDS YOUR CALL THROUGH
YOUR FM RADIO!
WORKS BETTER THAN CAR BABY!
*Only $5.50each!!*



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru May 30th, 2003*

# EXPRESS EXECUTIVE KITS!!!

### NOKIA 3390/3360
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 1050 MAH BATTERY
*$10.99* (9N3360)

### NOKIA 6360
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 900 MAH BATTERY
*$12.99* (9N6360)

### NOKIA 5100/6100
CAR CHARGER, CASE,
EAR BUD
& 600 MAH *VIBE*
BATTERY
*$7.99* (9N5100)

### NEXTEL i85
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX50)

### NEXTEL i1000
CAR CHARGER,
EAR BUD W/PTT
1400 MAH BATTERY
& *"TUF CASE"*
*$14.99* (9NEXi1000TUF)

### NEXTEL i700
CAR CHARGER,
EAR BUD W/PTT
1200 MAH BATTERY
& *"TUF CASE"*
*$13.99* (9NEXi550TUF)

### NEXTEL i90/i95
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX90 / 9NEX95)

### KYOCERA 2135
CAR CHARGER,
LEATHER CASE,
EAR BUD &
900 MAH BATTERY
*$12.99* (9Q2135)

### NEXTEL i30
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH  BATTERY
*$14.99* (9NEX30)

### MOTOROLA T720
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 600 MAH BATTERY
*$12.99* (9MOT720T)

### MOTOROLA V120
CAR CHARGER,
LEATHER CASE,
EAR BUD &
1000 MAH BATTERY
*$14.99* (9MOTV120)

### MOTOROLA V60
CAR CHARGER,
LEATHER CASE,
EAR BUD &
600 MAH BATTERY
*$12.99* (9MOTV60)

## OTHER EXECUTIVE KITS ARE AVAILABLE!
## ASK ABOUT TRIPLE PACKS AND DOUBLE PACKS!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-100



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*WIRELESS ACCESSORIES & MORE*

*Prices good thru May*



## E**X**PRO SPORT POUCHES

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)
Available in black, blue or silver!
*Only $2.95ea*



## E**X**PRO
### *Deluxe Leather Pouches*
Genuine Leather. 4 Convenient sizes!
Stylish Stainless Steel Magnetic Closure.
*Only $2.95ea*
(7P1-XXXX) (3ex)



### Cell Safe DP1
BOXIT 5.0 DOLPHIN
Fits most phones.
Completely watertight
& shockproof.
Allows full use of phone!
Convenient belt loop.
*$19.95ea*



### HDSET-15
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
2.5mm PLUG
*$7.50ea*



### *CELLSKINS*
SOFT RUBBER SKINS
PROTECT PHONES FROM
BUMPS AND SCRATCHES.
AVAILABLE IN ASST. COLORS
FOR NOKIA, ERICSSON, SANYO
& MOTOROLA PHONES.
*Only $2.49ea*



## E**X**PRO
HEAVY DUTY, PADDED,
NYLON PHONE POUCHES
3-WAY ATTACHMENT SYSTEM
AVAILABLE IN THREE SIZES
SMALL, MEDIUM OR LARGE
*NOW ONLY $3.29ea*



**NEW!**

### HDSET-16
*AnyZON-G* by SAMSUNG
IN-THE-EAR DESIGN.
2.5mm PLUG and ON/OFF BUTTON
*$7.50ea*

If you would like to be taken off of our fax list,
please fax this page back to us with
your company name and fax number.

BP-101



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Prices good thru May 30th, 2003*

# EXPRESS EXECUTIVE KITS!!!

**NOKIA 3390/3360**
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 1050 MAH BATTERY
*$10.99* (9N3360)

**NOKIA 6360**
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 900 MAH BATTERY
*$12.99* (9N6360)

**NOKIA 5100/6100**
CAR CHARGER, CASE,
EAR BUD
& 600 MAH *VIBE*
BATTERY
*$7.99* (9N5100)

**NEXTEL i85**
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX50)

**NEXTEL i1000**
CAR CHARGER,
EAR BUD W/PTT
1400 MAH BATTERY
& *"TUF CASE"*
*$14.99* (9NEXi1000TUF)

**NEXTEL i700**
CAR CHARGER,
EAR BUD W/PTT
1200 MAH BATTERY
& *"TUF CASE"*
*$13.99* (9NEXi550TUF)

**NEXTEL i90/i95**
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX90 / 9NEX95)

**KYOCERA 2135**
CAR CHARGER,
LEATHER CASE,
EAR BUD &
900 MAH BATTERY
*$12.99* (9Q2135)

**NEXTEL i30**
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH  BATTERY
*$14.99* (9NEX30)

**MOTOROLA T720**
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 600 MAH BATTERY
*$12.99* (9MOT720T)

**MOTOROLA V120**
CAR CHARGER,
LEATHER CASE,
EAR BUD &
1000 MAH BATTERY
*$14.99* (9MOTV120)

**MOTOROLA V60**
CAR CHARGER,
LEATHER CASE,
EAR BUD &
600 MAH BATTERY
*$12.99* (9MOTV60)

## OTHER EXECUTIVE KITS ARE AVAILABLE!
## ASK ABOUT TRIPLE PACKS AND DOUBLE PACKS!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-102



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Prices good thru April 25, 2003*




# *NEW!*
CCM "Clip' n Go" instant speaker.
Transforms your cell phone into a powerful speakerphone!
Available for Nokia and Motorola phones

# *NEW!*
Retractable Plug-in Charger!
Easy and convenient.
Less clutter in the car!
Available for Nokia and Motorola phones





## *This week only!!!*
***EXPRO* "TUF CASES"**
*Available for ...*
*Nextel, Nokia & Motorola Phones*
*2 for $10.00!!!*

*Ask how you can earn FREE accessories and FREE shipping with our customer referral program!*


**Body Glove**

**PLANTRONICS**

**EXPRO**

DISC

**MOSSY OAK**





**CCM**

JABRA

THE **CLIP** Company


**Parrot**



PanaVise



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru April 25, 2003*




## NEW!

CCM "Clip' n Go" instant speaker.
Transforms your cell phone into a powerful speakerphone!
Available for Nokia and Motorola phones



## NEW!

Retractable Plug-in Charger!
Easy and convenient.
Less clutter in the car!
Available for Nokia and Motorola phones



## This week only!!!

**EXPRO "TUF CASES"**
Available for …
*Nextel, Nokia & Motorola Phones*
**2 for $10.00!!!**

*Ask how you can earn FREE accessories and FREE shipping with our customer referral program!*










BP-104



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *NEW LICENSED FACEPLATES*

BUD BOTTLE!
BUD CAN!
CORVETTE!
JACK DANIELS!
KAWASAKI!
THE OSBOURNES!

## *NEW NASCAR DRIVER FACES*

#1 STEVE PARK
#15 MICHAEL WALTRIP
FOR NOKIA 5100 OR 3360



## *ACCESSORIES NOW AVAILABLE FOR*

LG VX4400
AND
LG VX2000



**E✗PRO**

Nubuck horizontal pouch.
Versatile, universal size fits
a wide variety of phones.
*(7uhp30)*










*ASK ABOUT OUR
PHONE REPAIR PROGRAM!*



**PHONE: 1-888-676-4046**
**FAX: 1-888-780-1234**
**EMAIL: SALES@1888EXPRESS.COM**
**VISIT OUR WEB SITE:**
**WWW.1888EXPRESS.COM**

# HANDSFREE SPECTACULAR!!!



### HDSET-FM1
TRANSMITS YOUR CALL TO
YOUR FM RADIO!
INCLUDES A
PRIVACY EARBUD.
*$16.50 BUY 1 GET 1*

### HDSET4
"CLEARLINK"
OVER-THE-EAR HEADSET
ADJUSTABLE EARHOOK
AND CLEAR VOICE TUBE
2.5mm JACK
*$9.50 BUT 1 GET 1*

### HDSET-SY54002
"SYBERSAY"EARLITE
LIGHT AND COMPACT.
FOR NOKIA
5100/6100/6360/3285 ONLY.
*$19.95 BUY 1 GET 1*



### HDSET-10
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENT.
2.5mm JACK
*$6.98 BUY 1 GET 1*





### HDSET-12
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*$9.89 BUY 1 GET 1*



### HDSET P135-N3
### HDSET P135-N5
EXPRO OVER THE EAR
FOR EITHER NOKIA 5100 OR 3300
WITH VOLUME AND ON/OFF
CONTROLS!
*$11.98 BUY 1 GET 1*

### Universal Hands-Free
Hear your calls through
Your car stereo...
WIRELESSLY!!!
*$8.98 BUY 1 GET 1* (hfu2)



### UNIVERSAL
### PLUG 'N' TALK
WITH A/C VENT MOUNT
MAKES ANY PHONE
HANDS FREE!
*$8.98 BUY 1 GET 1* (hful)



### SOFT INSTALL KITS
AVAILABLE FOR... NOKIA, MOTOROLA, ERICSSON, KYOCERA
*$16.95 BUY 1 GET 1*

*Prices good while supplies last!!!!*

BP-106

# Express Products

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good through March 28, 2003*

## NEW!

### EXPRO

New buck horizontal pouch.
Versatile, universal size fits a wide variety of phones.
Introductory Price *ONLY 3.49* *(7uhp30)*

## CELLSUITS, ION CASES, PRIZM POUCHES, EARGLOVE AND EARGLOVE PRO HEADSETS NOW IN STOCK!

**Body Glove**



### EXPRO SPORT POUCHES

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

Available in black or blue! *Only $2.95*

## DELUXE SWIVEL LEATHER "ZIPPER" CASE

SOFT LEATHER PROTECTS PHONE. NO VELCRO!

WAS $4.99ea **NOW $2.99**

**BUY ONE GET ONE *FREE!!!***

*MINIMUM 100 pcs TOTAL*



## EXPRESS SWIVEL CLIP KIT

INCLUDES SWIVEL "FLIP" BELT CLIP,
1 UNIVERSAL BUTTON,
1 NOKIA UNDER BATTERY BUTTON
AND DASHBOARD MOUNT.
ASSORTED COLORS!

GET 6 COMPLETE KITS FOR *ONLY $4.95*

---

ASK ABOUT HOW YOU CAN EARN *FREE* ACCESSORIES *AND*
*FREE* SHIPPING WITH OUR CUSTOMER REFERRAL PROGRAM!



**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

*Prices good through March 28, 2003*

NEW!

**EXPRO**

New buck horizontal pouch.
Versatile, universal size fits a wide variety of phones.

Introductory Price *ONLY 3.49* *(7uhp30)*

*CELLSUITS, ION CASES,
PRIZM POUCHES, EARGLOVE AND
EARGLOVE PRO HEADSETS
NOW IN STOCK!*



*Body Glove*



Available in black or blue! *Only $2.95*

**EXPRO SPORT POUCHES**

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

*DELUXE SWIVEL LEATHER "ZIPPER" CASE*
SOFT LEATHER PROTECTS PHONE. NO VELCRO!
WAS $4.99ea **NOW $2.99**
**BUY ONE GET ONE *FREE!!!***
*MINIMUM 100 pcs TOTAL*





*EXPRESS SWIVEL CLIP KIT*
INCLUDES SWIVEL "FLIP" BELT CLIP,
1 UNIVERSAL BUTTON,
1 NOKIA UNDER BATTERY BUTTON
AND DASHBOARD MOUNT.
ASSORTED COLORS!

GET 6 COMPLETE KITS FOR *ONLY $4.95*

ASK ABOUT HOW YOU CAN EARN *FREE* ACCESSORIES *AND*
*FREE* SHIPPING WITH OUR CUSTOMER REFERRAL PROGRAM!



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: SALES@1888EXPRESS.COM**
**VISIT: WWW.1888EXPRESS.COM**

WIRELESS ACCESSORIES & MORE

*Prices good through March 28, 2003*

# NEW!

## E**X**PRO

New buck horizontal pouch.
Versatile, universal size fits a wide variety of phones.

Introductory Price *ONLY 3.49* *(7uhp30)*

## *CELLSUITS, ION CASES, PRIZM POUCHES, EARGLOVE AND EARGLOVE PRO HEADSETS NOW IN STOCK!*





Available in black or blue! *Only $2.95*

### E**X**PRO SPORT POUCHES

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

## *DELUXE SWIVEL LEATHER "ZIPPER" CASE*

SOFT LEATHER PROTECTS PHONE. NO VELCRO!

WAS $4.99ea **NOW $2.99**

**BUY ONE GET ONE** *FREE!!!*

*MINIMUM 100 pcs TOTAL*





## *EXPRESS SWIVEL CLIP KIT*

INCLUDES SWIVEL "FLIP" BELT CLIP,
1 UNIVERSAL BUTTON,
1 NOKIA UNDER BATTERY BUTTON
AND DASHBOARD MOUNT.
ASSORTED COLORS!

**GET 6 COMPLETE KITS FOR** *ONLY $4.95*

ASK ABOUT HOW YOU CAN EARN *FREE* ACCESSORIES *AND* *FREE* SHIPPING WITH OUR CUSTOMER REFERRAL PROGRAM!



**PHONE: 1-888-676-4046**
**FAX: 1-888-780-1234**
**EMAIL: SALES@1888EXPRESS.COM**
**VISIT OUR WEB SITE:**
**WWW.1888EXPRESS.COM**

# "TUF" CASES by EXPRO

**Commercial Grade, ballistic nylon cases for Nextel & Nokia phones. Available for...**

| NEXTEL | NOKIA |
|--------|-------|
| i1000 | 5100/6100/7100 |
| i700/i550 | 3300/8000 Series |
| i95/i90/i60 | **MOTOROLA** |
| i85/i55/i50 | V60 |
| i30 | V120 |



## CTIA SHOW SPECIAL!

*For our customers NOT attending the trade show in New Orleans. Order Either the "TUF CASES" or RETRACT-IT Belt Clips On March 17th, 18th or 19th*

*And Pay Only $4.99 Each.*
*Limited Quantities are Available!*



**RETRACT IT**
Now you can drop everything!

**NEW & IMPROVED**
UNIVERSAL RETRACTABLE
BELT CLIP
*AS SEEN ON QVC!!*

**If You Are Attending The CTIA Show, Visit Us At Booth #4676**

BP-110



**PHONE: 1-888-676-4046**
**FAX: 1-888-780-1234**
**EMAIL: SALES@1888EXPRESS.COM**
**VISIT OUR WEB SITE:**
**WWW.1888EXPRESS.COM**

# "TUF" CASES
## by EXPRO

*Commercial Grade,*
*ballistic nylon cases for*
*Nextel & Nokia phones.*
*Available for...*

| NEXTEL | NOKIA |
|--------|-------|
| *i1000* | *5100/6100/7100* |
| *i700/i550* | *3300/8000 Series* |
| *i95/i90/i60* | *MOTOROLA* |
| *i85/i55/i50* | *V60* |
| *i30* | *V120* |



## CTIA SHOW SPECIAL!

*For our customers NOT attending the trade show in*
*New Orleans. Order Either the "TUF CASES" or*
*RETRACT-IT Belt Clips*
*On March 17th, 18th or 19th*

*And Pay Only $4.99 Each.*
*Limited Quantities are Available!*



**RETRACT-IT**
**Now you can drop everything!**

**NEW & IMPROVED**
UNIVERSAL RETRACTABLE
BELT CLIP
*AS SEEN ON QVC!!*

**If You Are Attending The CTIA**
**Show, Visit Us At Booth #4676**

BP-111



**PHONE: 1-888-676-4046**
**FAX: 1-888-780-1234**
**EMAIL: SALES@1888EXPRESS.COM**
**VISIT OUR WEB SITE:**
**WWW.1888EXPRESS.COM**

*PRICES GOOD THROUGH MARCH 21st, 2003*



# FLASHING ACCESSORIES!

**KEYPADS–** *MOTO V120, V60, T720*
*NEXTEL– i90*
*NOKIA– 3390, 3360, 5165, 8265*
**BATTERIES–** *NEXTEL i90, i85, i80, i60, i30*
*NOKIA– 5165, 3390, 3360, 8265*
**BATTERY DOORS–** *NEXTEL i90*
*MOTO– V60, T720*
*SEVERAL STYLES TO CHOOSE FROM!*

**Body Glove®**

*CELLSUITS, ION CASES,*
*PRIZM POUCHES, EARGLOVE AND*
*EARGLOVE PRO HEASETS*
*NOW IN STOCK!*

**MODULAR HANDS-FREE SYSTEM**
CHOOSE EITHER HARD-WIRE
OR SOFT INSTALL.
THEN CHOOSE THE POCKET
THAT FITS YOUR PHONE!



**EXPRO**
HEAVY DUTY, PADDED,
NYLON PHONE POUCHES
3-WAY ATTACHMENT SYSTEM
AVAILABLE IN THREE SIZES
SMALL, MEDIUM OR LARGE
*NOW ONLY $3.29ea*





**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

*Prices good through March 7th, 2003*



*Body Glove*

# NEW!
## ION AND PRIZM CASES
## NOW IN STOCK!!
## ALSO IN STOCK
## CELLSUITS, EAR GLOVE HEADSETS
## AND SYBERSAY HEADSETS!

*THE ROADSTER by CCM*
**New models available!**
NEWLY DESIGNED ALL-IN-ONE HANDS FREE
AVAILABLE FOR... NOKIA 5100/6100-3360
MOTOROLA V120 AND STAR TAC
AND NOW NOKIA 8265 AND NOKIA 6360





### NEXTEL SPECIALS
| | |
|---|---|
| i1000 NAVIGATORS | *$22.95* |
| i700/i550 NAVIGATORS | *$22.95* |
| i1000 EAR BUD WITH PTT BUTTON | *$5.95* |
| i85/i50/i90 EAR BUD WITH PTT | *$5.95* |

***i1000 or i700***
*PLUG-IN CHARGERS*    *Buy 1 Get 1 FREE*
*LEATHER CASES*    *Buy 1 Get 1 FREE*

*101idl*
Internal Glass-Mount
Antenna
No Mast!
LED light informs of
incoming call!
*Only $12.95*



## "CLEARLINK"
## DRIVE TIME KITS
*AVAILABLE FOR MOST PHONES*
## $12.00ea

NOKIA 5100 SERIES
1600mah HI-CAP LI-ION EXTENDED
VIBRATING BATTERY WITH
BUILT-IN HIGH INTENSITY
LED FLASHLIGHT!
*$12.95*

# Come visit us at the CTIA show in New Orleans!
# March 17-19 Booth #4676

BP 113



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good through March 7th, 2003*

## NEW!
### Universal Contractors "TUF" pouch.
**With plenty of places for all of your important stuff!**

*With New Interchangeable Clip System!*

*Only $8.95ea*



Rear pocket
Phone pouch
Pen Holder
One right-side pocket
Two front pockets
Front pouch
Two left-side pockets
Front elastic band
Safety band

(7UP30TUF)

---

*GLASS MOUNT ANTENNAS AS LOW AS $9.00!*
*WE ALSO CARRY A COMPLETE LINE REPLACEMENT ANTENNAS, OLD & NEW.*

*ASK ABOUT OUR INSTALLATION HARDWARE!*

---

**HIRSCHMANN DIALOG +**
PREMIUM QUALITY SOFT INSTALL HANDS FREE CAR KIT.
FOR AND ALL NOKIAS WITH THREE RING AUDIO JACKS.
EASY TO INSTALL AND SOUNDS GREAT!

*Only $10.00!*
(3nok3360hf-h)

**Complete with Microphone, Power Cord, High Quality Speaker and Phone Mount!**



---

*DON'T LOSE PROFIT,*
*PUT THE MONEY IN YOUR POCKET!!!*
THE EXPRESS PHONE REPAIR PROGRAM.
SEND IN YOUR CUSTOMERS BROKEN PHONES FOR REPAIRS!
IT'S CHEAP. IT'S EASY
*CALL YOUR REP. FOR DETAILS!*

## Come visit us at the CTIA show in New Orleans!
## March 17-19 Booth #4676

BP-114



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Prices good through March 7th, 2003*



**NEW!**
**Universal Contractors "TUF" pouch.**
**With plenty of places for all of your important stuff!**

*With New Interchangeable Clip System!*

*Only $8.95ea*

Front pouch.
Two left-side pockets.
Front elastic band
Safety band

Rear pocket
Phone pouch
Pen Holder
One right-side pocket.
Two front pockets

(7UP30TUF)



*GLASS MOUNT ANTENNAS AS LOW AS $9.00!*
*WE ALSO CARRY A COMPLETE LINE REPLACEMENT ANTENNAS, OLD & NEW.*

*ASK ABOUT OUR INSTALLATION HARDWARE!*

**HIRSCHMANN DIALOG +**
PREMIUM QUALITY SOFT INSTALL HANDS FREE CAR KIT. FOR AND ALL NOKIAS WITH THREE RING AUDIO JACKS. EASY TO INSTALL AND SOUNDS GREAT!



*Only $10.00!*
*(3nok3360hf-h)*

**Complete with Microphone, Power Cord, High Quality Speaker and Phone Mount!**



*DON'T LOSE PROFIT,*
*PUT THE MONEY IN YOUR POCKET!!!*
THE EXPRESS PHONE REPAIR PROGRAM.
SEND IN YOUR CUSTOMERS BROKEN PHONES FOR REPAIRS!
IT'S CHEAP. IT'S EASY
*CALL YOUR REP. FOR DETAILS!*

Come visit us at the CTIA show in New Orleans!
March 17-19 Booth #4676



**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: SALES@1888EXPRESS.COM**
**VISIT: WWW.1888EXPRESS.COM**

*Prices good through February 28th, 2003*

## PLANTRONICS M1500
## OR JABRA BT200
### BLUE TOOTH WIRELESS HEADSETS
INCLUDES BLUETOOTH ADAPTER
TO FIT ANY PHONE WITH 2.5mm HEADSET JACK
OR USE WITH HEADSET ADAPTER!
### ONLY $124.99ea

## A LARGE SELECTION
## OF NOKIA OK FACES!
### INCLUDING
OFFICIALLY LICENSED RAC-
ING, NBA, NHL AND MORE!





## BODY GLOVE
## HEADSETS AND
## CASES NOW IN
## STOCK!

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
2.5mm PLUG
*$7.50ea*

**HDSET13** 2.5mm

**HDSET13-N3** *Nokia 3300 series*
PREMIUM HEADSET W/2.5mm PLUG.
FLEXABLE EAR LOOP.
SUPERIOR SOUND QUALITY.
BUILT-IN BELT CLIP.
*Only $7.25ea*

**HDSET12**
EXPRO MINI EAR BOOM.
PREMIUM QUALITY.
2 INCH BOOM. 2.5mm PLUG.
ON/OFF BUTTON.
*Only $4.95ea*



# Come visit us at the CTIA show in New Orleans!
# March 17-19 Booth #4676



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

*Prices good through February 28th, 2003*

## PLANTRONICS M1500 OR JABRA BT200
### BLUE TOOTH WIRELESS HEADSETS
INCLUDES BLUETOOTH ADAPTER
TO FIT ANY PHONE WITH 2.5mm HEADSET JACK
OR USE WITH HEADSET ADAPTER!
### ONLY $124.99ea

## A LARGE SELECTION OF NOKIA OK FACES!
### INCLUDING
OFFICIALLY LICENSED RAC-
ING, NBA, NHL AND MORE!





## BODY GLOVE HEADSETS AND CASES NOW IN STOCK!

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
2.5mm PLUG
*$7.50*ea

**HDSET13** 2.5mm

**HDSET13-N3** *Nokia 3300 series*
PREMIUM HEADSET W/2.5mm PLUG.
FLEXABLE EAR LOOP.
SUPERIOR SOUND QUALITY.
BUILT-IN BELT CLIP.
*Only $7.25ea*

**HDSET12**
EXPRO MINI EAR BOOM.
PREMIUM QUALITY.
2 INCH BOOM. 2.5mm PLUG.
ON/OFF BUTTON.
*Only $4.95ea*

# Come visit us at the CTIA show in New Orleans!
# March 17-19 Booth #4676

BP-117

# EXHIBIT B



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of May 17– 23, 2004

*NEW!* LED Flashlight attachment for PROTEC Series Chargers.

Use it with the PROTEC In-Car Chargers or with the PROTEC Travel Chargers!

Can also be used as a map light, reading light for passengers or to find lost items in the car at night!





treō  662-363-9966

OEM In-Car Chargers And Hotsync Cables Now Available!

Get a FREE Universal Vent Clip When You Buy ANY Premium Phone Case




If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

MS3631431



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: **888-676-4046**
FAX: **888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *FONE DATA KIT*

### Data Cable and Software.

MMS & SMS Composer, Phonebook editor, Melody Composer, File Manager, Color Picture Editing Software, 500 Ring tones, 700 Logos, and 100 Polyphonic Ring tones.

### *Available For...*

**Motorola** V60/V60i/V66/V70/V70i/T720/T720i/T722i
**Ericsson** 320/R520/T39/T65/T68/T300/T310/T610/T616/Z600
**Samsung** V200/V205/S300/S307/S308/P400/X105/E105
**Nokia** 5100/6100/6108/6610/6800/7210/7250/7250i
**Nokia** 6210/6310i/7190/6250
*Some features depend on phone model*

*Only $21.95!*

INFRARED MODEL AVAILABLE FOR PHONES
THAT ARE EQUIPPED WITH INFRARED! *Only $29.95!*

Introducing the worlds BEST
*BLUETOOTH*
**Handsfree Soft Install Kit!**
*The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
Full Duplex!

*Only $110.00ea*

*FULL DUPLEX!*



## TUF CASES by EXPRO

Contractor grade ballistic nylon cases.
Now available for...
Nextel i205, i305, i530, i730
**TUF HOLSTERS** Now available for...
Nextel i205, i305, i530, i730



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE:** 888-676-4046
**FAX:** 888-780-1234
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*WIRELESS ACCESSORIES & MORE*

# *ATTENTION DEALERS!*

## EXPRESS PRODUCTS is now offering
## PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
## 1-866-616-6000



**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
        your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

## *On Sale, Only $2.50 each!*





## M3000 from Plantronics

**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**

## *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



*Express Products*

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# HANDSFREE SPECIALS !



### HDSET-12
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*WAS $9.95  NOW $3.59*

**EXPRO** Over-The-Ear headset.
HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!

**Buy 1 for $6.99 Get 1 Free**





## *M3000* from **Plantronics**

Plantronics M3000 Bluetooth™ Headset offers the ultimate in wireless freedom and sound quality in a stylish, comfortable design. The M3000 has up to eight hours of talk time and 200 hours of standby time, and a noise-canceling microphone that reduces background noise. Compatible with Bluetooth devices supporting the headset or hands-free profile.

### *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



*Express Products*

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# HANDSFREE SPECIALS!!!



**NEW!!!** Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $9.99ea!*

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $6.99ea!*



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
*Only $4.50ea*



**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*WAS $9.95 NOW $3.59*





*NEW & IMPROVED "RETRACT-IT"*
UNIVERSAL RETRACTABLE
BELT CLIP.
*$7.99 Buy 1 Get 1 Free!!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE



# E**X**PRO SPORT POUCHES

WITH ROTATING BELT CLIP

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

Available in black, silver or blue!

*Only $2.95*

# *FLASHING ACCESSORIES!*

FLASHING BATTERIES, KEYPADS,
AND BATTERY COVERS!
*AVAILABLE FOR ...*
*NEXTEL i730, i95/i90*
*NOKIA, MOTOROLA, AND MORE!*





# *CELL FOAM POUCHES*

**Soft neoprene pouches with zippered front.**
**Soft neoprene belt loop makes sure that**
**your phone never leaves your side!**
**Lightweight and Comfortable!**
**FOUR convenient sizes!**

## *On Sale, Only $2.50 each!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# Visit us at the CTIA show in Atlanta, March 22,23 & 24
## Booth #2669



## Order ANY Heavy-Duty Nylon *TUF Case* For only $8.95 and get an



## E*X*PRO
## Plug-In Car Charger
# FREE!

# *New Items Now Available!*

**DATA CABLES**
LG 4010, LG 4050
LG 4400, Siemans A56
**HOLSTERS**
Sanyo 7200, Sanyo 5400,
Nokia N-GAGE
**LEATHER CASES**
Audiovox 8450, 8900,
Motorola V300, MPx200
Nokia 3300

**BATTERIES**
Nokia 6510, LG VX3100 (silver), 4050
Samsung N400, A400, N240, S105, S307,
A620/vga1000
Siemans S46 Sanyo 4000
Audiovox 8600, 8500, 9500, 8900, 9900
Kyocera SE47, Samsung E715
Motorola T720 (1400Mah), V300
Sony/Ericsson T610

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

# *NEW AT EXPRESS PRODUCTS!!!*



# E**X**PRO P311

## Over-The-Ear Headset
## With Push-To-Talk Button!
## For NEXTEL Falcon Series.
## *Compatible with i730, i530, i305*
## *and i205*

## IMPORTED ITALIAN LEATHER
## CASES
### Now available for...

Samsung A620    Sanyo 8100

Samsung A660    Motorola V60s

Motorola V600    Motorola V400

## Get a FREE Leather Key Fob with
## any Italian Leather Purchase!



## *Other New Items Available!*

### DESK-TOP CHARGERS
LG 4400
Motorola V300
### LEATHER CASES
LG 4500
Nokia 3200

### BATTERIES
Sanyo 4500
NEC 515

### HOLSTERS
Audiovox 8410
LG 5250
LG 4050
Motorola V400
Motorola MPx200

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*WIRELESS ACCESSORIES & MORE*

## *NEW AT EXPRESS PRODUCTS!!!*

*NEW!* **EXPRO**

## Nylon Sport Pouches
**Heavy-Duty Construction**
**For years of use!**
**Three ways to wear!**
**Steel belt clip, Belt loop**
**or Lanyard!**



*Only $3.50 each!*

*StingRay*

**New Deluxe Fitted**
**and Universal Cases**
**Available for**
**Nextel Falcon series,**
**Lg 6000, and More!**



PLUS, Get a **FREE** Universal
Swivel Vent clip for every
Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *NEW AT EXPRESS PRODUCTS!!!*

*NEW!* **EXPRO**

## Nylon Sport Pouches
**Heavy-Duty Construction
For years of use!
Three ways to wear!
Steel belt clip, Belt loop
or Lanyard!**

*Only $3.50 each!*



*StingRay*

**New Deluxe Fitted
and Universal Cases
Available for
Nextel Falcon series,
Lg 6000, and More!**



PLUS, Get a *FREE* Universal
Swivel Vent clip for every
Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# NEW!



## CCM Roadster

### ALL-IN-ONE HANDS FREE

## For Motorola V300/V400/V500/V600

## *Order Today!*

## *Headsets with PTT*
## For Nextel Falcon Series!
### Three Styles to Choose!



Earbud $4.95
Over-The-Ear $7.95
Over-The-Head $9.95



### SUPER SUMMER SIX-PACK
### OF HEADSETS
1-Over-the-ear w/mini boom. *(HDSET-10)*
1-Clearlink over-ear. *(HDSET-4)*
1-Retractable Ear Bud w/nokia adapter *(HDSET-5)*
1-Telex Over-The Ear. *(HDSET-TELEX)*
1-Over-Ear with boom. *(HDSET-2)*
1-Over-ear with answer/end & vol. control *(HDSET-7)*

## All for just *$19.95*
**(hdset six pack)**

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

*WIRELESS ACCESSORIES & MORE*

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*NEW!!* **EXPRO**
HEAVY DUTY
LEATHER POUCHES FOR
NEXTEL PHONES
1/8" DURABLE LEATHER,
STEEL BELT CLIP.



i1000

i700/i550

i85/i50

ON-GLASS PATCH



SLIM PATCH

HIRSCHMANN
TRI-MODE ANTENNAS
INTERNAL GLASS MOUNT
*NO MAST!*

**HIRSCHMANN DIALOG +**
PREMIUM QUALITY
SOFT INSTALL HANDS FREE CAR KIT.
FOR NOKIA 3360/8260
EASY TO INSTALL!
SOUNDS GREAT!



5/13/02



**Express Products**

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# EXPRESS EXECUTIVE KITS!!!

## OFFERS EXPIRE 6/9/02

### NOKIA 3390/3360
CAR CHARGER,
LEATHER CASE,
EAR BUD
AND A
1000 MAH LI-ION
BATTERY
*$12.99*

### NOKIA 6360
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 900 MAH LI-ION
BATTERY
*$12.99*

### NOKIA 5100/6100
CAR CHARGER,
CASE,
EAR BUD
&
600 MAH ni-mh
*VIBE* BATTERY
*$9.99*

### NEXTEL i85 KIT
CAR CHARGER,
LEATHER CASE
EAR BUD
WITH PUSH-TO-TALK
&
900 MAH LI-ION
BATTERY
*$14.99*

### NEXTEL i550/i700 KIT
CAR CHARGER,
LEATHER CASE
EAR BUD
WITH PUSH-TO-TALK
&
800 MAH NI-MH
BATTERY
*$12.99*

### NEXTEL i1000
CAR CHARGER,
LEATHER CASE,
EAR BUD
WITH PUSH-TO-TALK
&
1000 MAH LI-ION
BATTERY
*$14.99*

### NEXTEL i90
CAR CHARGER,
LEATHER CASE
EAR BUD
WITH PUSH-TO-TALK
& 900 MAH LI-ION
BATTERY
*$14.99*



### STAR TAC
CAR CHARGER,
LEATHER CASE,
EAR BUD &
600 MAH NI-MH
BATTERY
*$9.99*

## ALL KITS ARE RETAIL PACKAGED!



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*COME VISIT US AT CTIA WIRELESS I.T. & INTERNET 2002 SHOW*
*BOOTH #1110 OCTOBER 16 THRU 18 AT THE*
*SANDS CONVENTION CENTER  LAS VEGAS!*

*SUMMERTIME SPECIALS!!* (OFFERS EXPIRE 6/28/02)
*HANDS FREE SAFETY FOR THE FAMILY VACATION!*



**GET A *CELLPORT 3000***
*AND* A POCKET ADAPTER FOR
NOKIA 5100 OR STAR TAC
(HFCP-K51)          (HFCP-KST)
*JUST $99.95*
*(YOU SAVE OVER $56.00)*

**GET A *CELLPORT***
***VOICE COMMAND***
*AND* A POCKET ADAPTER FOR
NOKIA 5100 OR STAR TAC
(HFDPDS-K51)          (HFCPDS-KST)
*JUST $169.95*
*(YOU SAVE OVER $35.00)*

**HIRSCHMANN DIALOG +**
PREMIUM QUALITY
SOFT INSTALL HANDS FREE CAR KIT.
FOR NOKIA 3360/8260
EASY TO INSTALL!
SOUNDS GREAT!
WAS $39.95 SPECIAL $19.95 *WOW! $12.95*





**SUPER SUMMER**
**SIX-PACK**
**OF HEADSETS**
1-Telex over-the-ear. *(HDSET-TELEX)*
1-Clearlink over-the-ear. *(HDSET4)*
1-Retractable ear-bud. *(HDSET5)*
1-Vizier, ear-bud w/boom. *(HDSET6)*
1-Fixed Ear Hook *(HDSET 8-1)*
1– Over-the-ear with answer/disconnect & volume.

All for just *$19.95*



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*COME VISIT US AT CTIA WIRELESS I.T. & INTERNET 2002 SHOW BOOTH #1110 OCTOBER 16 THRU 18 AT THE SANDS CONVENTION CENTER IN LAS VEGAS!*

## SUMMERTIME SPECIALS!! *(OFFERS EXPIRE 7/5/02)*



HF91-8260    HF91-3360

**3360 and 8260 Pocket Adapters**
For CARK 91 hands free kits.
Allows your clients to upgrade their phone without having the expense of refitting a new hands free kit.

Just $65.00

### SPEEDPLATES
OFFICIALLY LICENSED, NOKIA OK
NASCAR DRIVER FACES
*EARNHARDT, KENSETH, LABONTE, JARRETT & MORE*
**$16.50ea**



*ASK ABOUT OUR EVEREADY INDUSTRIAL STRENGTH AA AND AAA BATTERY SPECIALS!*



**EXPRO** P110
OVER-THE-HEAD HEADSET
HIGHEST QUALITY,
SUPERIOR SOUND
*JUST $7.95 EACH
BUY 3 GET ONE FREE!*

**NOKIA 6360
Executive Kit**
CAR CHARGER, LEATHER CASE,
EAR BUD & 900 MAH LI-ION
BATTERY
*Only $12.99*

INSTALLERS!
ASK ABOUT ANTENNAS AND
INSTALLATION HARDWARE!

**RUBBER BUMPERS**
PROTECTS PHONE FROM
BUMPS AND BRUISES!
FOR NOKIA 5100 SERIES
ASSORTED COLORS
6 for *$3.00*



*ASK YOUR SALES REP ABOUT OUR
REFERRAL PROGRAM!*



**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



## HIRSCHMANN DIALOG +
PREMIUM QUALITY
SOFT INSTALL HANDS FREE CAR KIT.
FOR NOKIA 3360/8260
EASY TO INSTALL!
SOUNDS GREAT!
WAS $39.95 SPECIAL $19.95
### WOW! $12.95
*3nok3360hf-h*

# TERK ANTENNA SPECIALS
101SR1 XM SATELLITE RADIO
GLASS MOUNT
### $69.00
AM/FM Q ANTENNA
### $49.95
TV-42 CLIPS ON DISH
RECEIVE LOCAL CHANNELS
### $32.00
IN-LINE BROADBAND EQUALIZED
AMPLIFIER FOR CABLE OR SATELLITE TV
### $16.47
DUAL-BAND GLASS MOUNT PATCH
MOBILE PHONE ANTENNA
### $27.95

## NEXTEL SPECIALS
i1000 NAVIGATORS    **$22.95**
i700/i550 NAVIGATORS    **$22.95**
i1000 CAR CHARGERS
   BUY ONE, GET A LEATHER CASE **FREE!**
i1000 EAR BUD WITH PTT BUTTON **$5.95**
i85/i50/i90 EAR BUD WITH PTT    **$5.95**



## CELLPHONE BEACH CHAIRS
A GREAT WAY TO SHOW
OFF YOUR FACE PLATE AT HOME
OR WORK!
### 6 FOR $6.95

EXPRESS SWIVEL CLIP KIT
*IN ASSORTED COLORS*
INCLUDES...
1 UNIVERSAL BUTTON
1 NOKIA BUTTON
1 DASH MOUNT
AND
1 "FLIP ACTION" BELT CLIP
### 6 FOR ONLY $4.95

## UNIVERSAL VELCRO BELT CLIP
FITS MOST PHONES
HOLDS PHONE SECURELY TO BELT.
### $2.95ea

## GPS MAGNET MOUNT ANTENNA
GET THE BEST OUT OF YOUR
GPS SYSTEM!
### $19.95



## ANTENNA BOOSTERS
INCREASES SIGNAL STRENGTH
REDUCES DROPPED CALLS
SPECIAL PRICE
### 6 FOR $4.95



## FLASHING DISCO BALL ANTENNA
AVAILABLE FOR...
NEXTEL i90, i1000
NOKIA 5100, ERICSSON 588
STAR TAC
### $4.95

# Express Products

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

**SPECIALS!** *(PRICES VALID THROUGH 7/19/02)*

### Now in stock!
**ACCESSORIES FOR**
*SAMSUNG R225*
*NEXTEL i30 & LG VX1*

**ASK YOUR SALES REP ABOUT OUR REFERRAL PROGRAM!**

NOKIA 5100/6100/3285
1000mah LITHIUM **POLYMER**, ULTRA SLIM, VIBE BATTERY. 6mm THICK. WEIGHS ONLY 1oz
**WOW! $8.95** LIMIT 10
PART #29N2PV1.0/6

## FM WIRELESS HANDS FREE
Portable Hands Free
Ear Bud also transmits
To your fm stereo
**$9.95**



### CCM NAVIGATORS
GET A **FREE** NEOPRENE SWIVEL POUCH FOR YOUR PHONE WITH THE PURCHASE OF ANY NOKIA 5100 NAVIGATOR
~OR~ GET A **FREE** CCM RETRACTABLE EARBUD WITH BUILT-IN BELT CLIP WHEN YOU BUY ANY NOKIA 3300 SERIES NAVIGATOR



**Cell Safe DP1**
Completely watertight & shockproof
Fits most phones.
Allows full use of phone
Convenient belt loop

### YAGI
Home Mount 14dB Dual-band Antenna
**$29.95** INCLUDES 30 ft CABLE
*(1YAGI14)*



**HDSET-FMR "SCAN-IT"**
*IN-LINE FM STEREO. CONNECTS TO PHONE 2.5mm JACK INTRODUCTORY PRICE!*
**Only $6.50**



**THE CLIP Company™**
BELT CLIPS FOR EVERY APPLICATION!

**HDSET-10**
AIRCRAFT ALUMINUM OVER-THE-EAR DESIGN. INTRODUCTORY SPECIAL!
**$4.50ea**

**MOTOROLA V120/120t**
Snap-on Covers
Asst. colors.
**$2.50ea**

**NOKIA 3360 Swivel Holsters**
**$.75ea** MINIMUM 10
PART #6NOK3360BCH

**DELUXE 5dB**
Marine Antenna. Perfect for boaters!
**$19.95**

**Sybersay Earlite**
For Nokia 5100/6100, ERICSSON NOKIA 3360/8260 & 2.5mm
Only **$12.00ea**

**DESK-TOP CHARGERS**
2 POSITION CHARGING STAND WITH LCD DISPLAY
AVAILABLE FOR...
NEXTEL, MOTOROLA, NOKIA AND MOST OTHER PHONES!

**MOTOROLA T2297/V2397**
3 Cell Battery Packs
**$4.90EACH**

**RUBBER BUMPERS**
PROTECTS PHONE FROM BUMPS AND BRUISES!
FOR NOKIA 5100 SERIES ASST. COLORS
6 for **$3.00**

**PANAVISE "IN DASH" CUSTOM DASH MOUNTS "NOW IN STOCK"**



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials good thru July 9, 2004



# Order ANY Heavy-Duty
# Nylon *TUF Case*
## *For only $8.95*
## and get a
## Plug-In Car Charger
# *For Only $ .50!*

### Introducing the worlds first
*BLUETOOTH* Hands Free Zero Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly
provides drivers with advanced
Hands free functions. Full Duplex!
### *Only $89.99ea*







# CCM BLUE WARRIOR
## Wireless Bluetooth Headset!
## Compatible with ALL Bluetooth
## enabled phones!
# *Only $55.00*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE:** 888-676-4046
**FAX:** 888-780-1234
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*COME VISIT US AT CTIA WIRELESS I.T. & INTERNET 2002 SHOW BOOTH #1110 OCTOBER 16 THRU 18 AT THE SANDS CONVENTION CENTER IN LAS VEGAS!*

*AQUI SE HABLA ESPAÑOL!*

# SUMMERTIME SPECIALS!! (OFFERS EXPIRE 7/12/02)




## DESK-TOP CHARGERS
2 POSITION CHARGING STAND
WITH LCD DISPLAY
AVAILABLE FOR...
NEXTEL, MOTOROLA, NOKIA
AND MOST OTHER PHONES!



## MOTOROLA 193
FACE PLATE
SIX-PACK
6 asst. colors, our choice
$12.95



### NEW!!
KYOCERA
2255 AND 2135
FACE PLATES



**"CLEARLINK"** Drive Time Kits
5dB mini magnet mount antenna.
Connects directly to phone
Available for...

| | |
|---|---|
| Audiovox | |
| Ericsson | Motorola |
| Lg | NEC |
| Nokia | Nextel |
| Panasonic | Kyocera |
| Qualcomm | Samsung |



Sybersay Earlite
For Nokia 5100/6100
and 2.5mm
Only $12.00ea



OFFICIALLY LICENSED
### ELVIS PRESLEY
FACE PLATES
FOR NOKIA 5165 AND 3360





## ERICSSON T60
FACE PLATES
45 DIFFERENT
STYLES!



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!*
*Prices good thru August 15th, 2003*

## *V60 CHROME & LEATHER*



### Motorola V60 Faceplate
Polished Stainless Steel

Premium quality, built to last. *$7.95*

Heading



*NEW!* Motorola V60
**LEATHER *"TUF CASE"***
Stainless Steel Clip, 180 degree release.

*$8.95*

**Introducing the worlds first**
*BLUETOOTH*
**Handsfree Soft Install Kit!**
*The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides drivers with advanced handsfree functions.

*Only $110.00ea*

*SAMSUNG "click-it"*

*PREMIUM*
*PERFORMANCE*
*HEADSET*
*For Samsung*
*R225 and N105*
*Or 2.5mm*

*Only $7.50ea*

 

MINI LCD
DESK-TOP CHARGERS
2 POSITION, LCD DISPLAY
*AS LOW AS $7.99ea*

**More NOKIA 5165 stuff**
**10 for $10.00**
Rubber bumpers *(npp1-xx)*
Holsters *(69n2bch)*
Headset adapters in asst. colors
*Excluding black (39n2madp-xx)*
Deluxe swivel leather cases
*79n3sc*

## CCM UNIVERSAL
## ROADSTER HANDSFREE
INNOVATIVE UNIVERSAL DESIGN
IS COMPATIBLE WITH
NOKIA 5165/3285/6360,
NOKIA 1260/3300/3500/3600/8000
PHONES WITH 2.5mm HEADSET JACKS
*AND NOW* SAMSUNG R225-S105/V205
SIEMANS C56/CT56/A56
*ON SALE $26.95*

Place your message here. For maximum use three

for impact, two or

sentences.



*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

## CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!
*Prices good thru August 8th, 2003*



**E**X**PRO** COMMERCIAL GRADE
BALLISTIC NYLON CASES
WITH ROTATING STEEL CLIP.
*AVAILABLE FOR...* Nextel i90, i1000, i85, i30, i55/i58
Nokia 5165, 3300/1260 Motorola V60, V120
And Universal pouches in two convenient sizes.

*Only* **$8.95ea**
THIS WEEK, BUY A TUF CASE
AND GET A *FREE* EXPRO CAR CHARGER!

**NEXTEL OVER-THE-EAR HANDSFREE WITH PTT**
FOR NEXTEL i95, i90, i60, i85, i80, i58, i55, i50, i30, i35
Slim stylish design features a comfortable foam covered ear loop and extra large PTT button.
*Only $14.95* (3188HFP-PB)



**NOKIA 5165**
**10 FOR $10**
LEATHER CASES
CLEAR CASES
FACEPLATES
CRYSTAL KEYS
HOLSTERS
ANTENNAS
LIGHTED ANTENNAS



**CUSTOM IN-DASH MOUNTS**
CALL FOR AVAILABILITY

**FREE HEADSET WITH PURCHASE**
GET THIS "CLEARLINK" HEADSET WITH ANY ORDER OVER $50.00

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!*
*Prices good thru August 22nd, 2003*

# NEW!!!



## SIMBANK

Read and Write between SIM cards!
Store phonebook info on your PC!
Edit, Back-up and copy phonebooks and  SMS messages.
Includes PC link cable and software.
Compatible with Windows 95/98/2000.

## *Only $14.95ea*

## *MICRO-TOOTH*

*THE WORLDS SMALLEST AND MOST COMPACT BLUETOOTH HEADSET!*
Comes with holster and charger.

### *Call for price!*



**These specials will be moving to email form!!!
You may still continue receiving updates via fax about
new products, like the ones seen here, specials and free
shipping events, by faxing  this form back
with your signature.
To receive these updates and specials via email,**

**fax us your email address**_____

**Signature**_____**Date:**_____



**PHONE:** *1-888-676-4046*
**FAX:** *1-888-780-1234*
**EMAIL:** SALES@1888EXPRESS.COM
VISIT OUR WEB SITE:
*WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Specials for September 29 thru October 3rd, 2003*



# *Two new additions to the "TUF CASE" line!!!*

*Leather "TUF CASE"*
*For Nextel i90/i95*



*Smaller universal "TUF POUCH" for Smaller phones.*

*Ask your representative about the entire "TUF CASE" line!*

*NEW!!*



**Micro-Tooth,** The worlds smallest and most compact Bluetooth wireless headset!
Comes with a Holster/Charger to recharge your headset wherever you go.

**INTRODUCTORY PRICE, *ONLY $69.95***

## *Replacement LCD Screens*

Now available for...
NEXTEL i90/i60
MOTOROLA V60
NOKIA 3360
NOKIA 5165/3285
NOKIA 8260

*REPLACEMENT LED BOARDS*
FOR NOKIA 5165
ASST. COLORS
*ON SALE $11.00*

*NEXTEL OVER-THE-EAR HANDSFREE WITH PTT*
FOR NEXTEL
i95, i90, i60, i85,
i80, i58, i55, i50, i30, i35
Slim stylish design
Features a comfortable
foam covered ear loop and extra large PTT
button. *Only $14.95* (3188HFP-PB)

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE:** 888-676-4046
**FAX:** 888-780-1234
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Express Products*
WIRELESS ACCESSORIES & MORE

*COME VISIT US AT CTIA WIRELESS I.T. & INTERNET 2002 SHOW, BOOTH #1110*
*OCTOBER 16 THRU 18 AT THE SANDS CONVENTION CENTER IN LAS VEGAS!*

*(PRICES GOOD THRU SEPTEMBER 27th 2002)*



**HANDSFREE INSTALL KIT**
*THE FIRST OF IT'S KIND WITH INTERCHANGEABLE POCKET ADAPTERS!*

**NEXTEL i1000**
DOCKING STATION
POCKET ADAPTER
AND PTT CABLE
*$139.63*

**NOKIA 5100**
• DOCKING STATION
• POCKET ADAPTER
• GLASS MOUNT ANTENNA
*$89.89*

**STAR TAC**
• DOCKING STATION
• POCKET ADAPTER
• GLASS MOUNT ANTENNA
*$89.89*

*"CLEARLINK"*
HANDS FREE
EAR BOOM
ADJUSTABLE EAR HOOK
CLEAR VOICE TUBE.
*$2.28*

**3D PHONE HOLDER**
ATTACHES TO AC VENT
HOLDS PHONE EITHER BY
MAGNET, BELT CLIP OR
SWIVEL CLIP.
*$2.47ea*



*"RETRACT-IT"*
UNIVERSAL RETRACTABLE BELT CLIP.
INCLUDES 2 UNIVERSAL POSTS
**SPECIAL** *$4.99ea*
*PLUS!* GET A BONUS VISOR CLIP
AND 2 EXTRA UNIVERSAL POSTS *FREE!*





*LIGHTED BATTERIES*
NEXTEL i90, i30, i85, i50
NOKIA 5100, 3300, 8200,
SAMSUNG R225

**NEW PRODUCTS AVAILABLE**
*HOLSTERS*
NOKIA 8265   LG-4NE1
LG-VX1   LG-1010
SAMSUNG A400   SAMSUNG A460
NEXTEL i55   ERICSSON T68
AUDIOVOX 9100

*CLEARANCE SPECIALS!*
**3124EC EXPRESS CHARGER FOR**
ERICSSON 688/788 SERIES
**3PAN210EC-1 PROMO CHARGER**
FOR PANASONIC 210/310
*2 for $1.98*

*OTHER NEW ITEMS*
SAMSUNG A500 LEATHER CASES
SAMSUNG A500 SWIVEL CASES
NOKIA 8270 LEATHER CASES



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

*Specials good thru September 24, 2004*

# ProTec

The first charger of its
kind that protects
against damage to the
phones charginubberg
port is now available for
**PDA's!**



Retractable
Car Chargers &
A/C Travel
Chargers for…

**iPAQ,
Palm
&
TREO**



Imported Italian
Leather Case For
TREO 600
Functional and stylish!
Built-in belt clip keeps
TREO handy!
*Only $9.99*

*Grab-it* Grip case
For TREO 600
Textured Rubber
case with swivel clip.
*Only $5.99ea*



PDA Organizer Case
Keeps important things handy!
Secure zippered closure keeps PDA's safe!
Compatible with most PDA units.
*Only $5.99!*



**Swivel Leather Pouches
For iPAQ, TREO or PALM**
Keeps PDA safe and secure!
Built-in swivel belt clip keeps PDA handy!
*On Sale!  Only $2.99!!!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*COME VISIT US AT CTIA WIRELESS I.T. & INTERNET 2002 SHOW, BOOTH #1110
OCTOBER 16 THRU 18 AT THE SANDS CONVENTION CENTER IN LAS VEGAS!*

### (PRICES GOOD THRU OCTOBER 11th 2002)



Authorized Dealer for

**PLANTRONICS.**
World Leader in Communications Headsets

**M140 BONUS KIT** *$15.95* (HDSET-M140KIT)
ORDER THE ULTRALIGHT M140 AND GET A NOKIA
AND ERICSSON HEADSET ADAPTER FREE!

**M170 BONUS KIT** *$16.95* (HDSET-M170KIT)
ORDER THE CONVERTABLE M170 AND GET A
NOKIA AND ERICSSON HEADSET ADAPTER FREE!

### YAGI HOME ANTENNA

7 ELEMENT, 14 Db, DUAL BAND HOME MOUNT ANTENNA
FME CONNECTIONS.
EASY TO INSTALL. DRAMATICALLY IMPROVES RECEPTION.

*$22.00*

(1YAGI10)





i1000   i700/i550

**NEW!! EXPRO** HEAVY DUTY
LEATHER POUCHES FOR NEXTEL PHONES.
1/8" DURABLE LEATHER WITH
STEEL BELT CLIP. *$7.95ea*

i85/i50

### JABRA

EAR BOOM AVAILABLE FOR ...
NEXTEL i90/i85/i30 W/PTT
NOKIA 3300 & 5100 SERIES W/ON-OFF

*$19.95ea*





**"RETRACT-IT"**
UNIVERSAL RETRACTABLE BELT CLIP.
INCLUDES 2 UNIVERSAL POSTS

**SPECIAL** *$4.99ea*

*PLUS!* GET A BONUS VISOR CLIP
AND 2 EXTRA UNIVERSAL POSTS *FREE!*





**PHONE: 888-676-4046**
**FAX: 888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Specials good thru October 8, 2004*



## MUSIC TO YOUR EARS!

Stereo Headset for **treo 600**
Talk handsfree *AND* listen to Mp3 player
with the same headset!



Comfortable earbuds for the left and right ears give you
true stereo sound! Volume control lets you choose the
right sound level! On/Off button answers and
disconnects calls remotely!



*HDSET P310*
PREMIUM, OVER-THE-EAR
WITH BOOM.
2.5mm PLUG
CRYSTAL CLEAR
SOUND.COMFORTABLE,
ADJUSTABLE EAR HOOK.
*Only $4.99*

**HDSET-12**
PREMIUM
EXPRO EAR BUD
WITH 2" BOOM
& ON/OFF BUTTON.
2.5mm JACK
*Only $4.29ea*





## JABRA EarBoom   With 2.5mm Plug

These are a special purchase!
Quantities are very limited!

## *Only $2.99ea!*
Bulk, no packaging.

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

*Specials good thru October 15, 2004*





*CK3000*
*$109.95*



Parrot

*CK3100*
*$169.95*

# Bluetooth Wireless Handsfree!
## CK3000 and CK3100

The CK3000 is the first Bluetooth handsfree car kit to allow you to place calls while keeping your phone in your pocket.

The CK3100 adds a Handsfree Display to provide drivers with visual information and functions that they routinely use from their phone.

## FONE DATA KIT
### Data Cable and Software.

MMS & SMS Composer, Phonebook editor, Melody Composer, File Manager, Color Picture Editing Software, 500 Ring tones, 700 Logos, and 100 Polyphonic Ring tones.

### Available For...

**Motorola** V60/V60i/V66/V70/V70i/T720/T720i/T722i/V300/V400/V600
**Ericsson** R320/R520/T39/T65/T68/T300/T310/T610/T616/T316/T630/
T618/T628/T226
**Samsung** V200/V205/V206/S300/S307/S308/P400/P408/X105/
E105/E715/X426/X427
**Nokia** 3100/3108/3200/5100/6100/6200/6220/6600/6108/6610/6800/
7210/7250/7250i
**Nokia** 6210/6310i/7190/6250
*Some features depend on phone model*



*Only $19.95*

INFRARED MODEL AVAILABLE   *Only $24.95!*

BLUETOOTH MODEL AVAILABLE   *Only $29.95!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

**EXHIBIT B**

**IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT**
**LAKE COUNTY, ILLINOIS**

| | | |
|---|---|---|
| BUSINESS PRO COMMUNICATIONS, INC. an Illinois corporation and TUNICA PHARMACY, INC., individually and as the representatives of a class of similarly-situated persons, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 04 L 1043 |
| v. | ) ) | |
| EXPRESS PRODUCTS, INC., | ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION

Plaintiffs, BUSINESS PRO COMMUNICATIONS and TUNICA PHARMACY, INC.,

by its attorneys, Anderson + Wanca and Diab & Bock, LLC, respectfully move this Court,

pursuant to 735 ILCS 5/2-801 et seq., to certify for class action treatment the following classes,

as described in Plaintiffs' Class Action Complaint:

> All persons who (1) on or after four years prior to the filing of this action, (2) were sent telephone facsimile messages of material advertising the commercial availability of any property, goods, or services by or on behalf of Defendant, (3) with respect to whom Defendant did not have prior express permission or invitation for the sending of such faxes, and (4) with whom no established business relationship existed.

> All persons who (1) on or after five years prior to the filing of this action, (2) were sent telephone facsimile messages of material advertising the commercial availability of any property, goods, or services by or on behalf of Defendant, (3) with respect to whom Defendant did not have prior express permission or invitation for the sending of such faxes, and (4) with whom no established business relationship existed.

> All persons who (1) on or after three years prior to the filing of this action, (2) were sent telephone facsimile messages of material advertising the commercial availability of any property, goods, or services by or on behalf of Defendant, (3) with respect to whom

Defendant did not have prior express permission or invitation for the sending of such faxes, and (4) with whom no established business relationship existed.

Plaintiffs will file a supporting Memorandum of Law in due course.

WHEREFORE, Plaintiffs, BUSINESS PRO COMMUNICATIONS and TUNICA PHARMACY, INC., pray that this court enter an order pursuant to 735 ILCS 5/2-801 certifying for class treatment the classes set forth herein.

Respectfully submitted,

BUSINESS PRO COMMUNICATIONS and TUNICA PHARMACY, INC., individually and as the representative for a class of similarly-situated persons

By: _____

One of the Attorneys for Plaintiffs

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
DIAB & BOCK, LLC
134 N. LaSalle St., #1000
Chicago, IL 60602
Telephone: 312/578-4100