**08 C 1323**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE VALDEZ**

# EXHIBIT C

Attn: Natalie Mesplou

**ANDERSON + WANCA**
ATTORNEYS AT LAW

3701 ALGONQUIN ROAD, SUITE 760, ROLLING MEADOWS, IL 60008
TEL: (847) 368-1500 • FAX: (847) 368-1501
EMAIL: BUSLIT@ANDERSONWANCA.COM

July 11, 2007

Auto Sound Specialists
2031 Boston Post Rd
Larchmont, NY 10538

Re: Junk Faxes from Express Products

To Whom It May Concern:

My law firm is litigating a class action lawsuit against a company called "Express Products." The lawsuit alleges that Express Products sent advertising faxes without obtaining the recipients' prior express permission or invitation, in violation of the federal Telephone Consumer Protection Act. We are trying to recover compensation for the targets of Express Products junk fax campaign and also attempting to stop future junk faxes.

During our investigation, we have determined that you are likely to be a member of the class. You might not remember receiving junk faxes from Express Products, but if the lawsuit is successful, you would receive compensation (up to $1,500) for each junk fax Express Products sent.

We would like to discuss this issue with you. Please call me at (847) 368-1500.

Very truly yours,

ANDERSON + WANCA

Ryan M. Kelly

RMK/tl
cc: Phillip A. Bock

Advertising Material

EXHIBIT
B