**08 C 1323**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE VALDEZ**

# EXHIBIT D

STATE OF ILLINOIS)
                 ) ss
COUNTY OF LAKE   )

IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

FILED
FEB 07 2008
*Sally D. Coffelt*
CIRCUIT CLERK

IN RE: THE MARRIAGE OF       )
                             )
Business Pro                 )
     and                     )
                             )     GEN. NO. 04 L 1043
Express Products             )

## ORDER

This matter coming to be heard on Plaintiff's Motion for leave to file its first amended complaint, notice having been given, and the court being duly advised in the premises.

IT IS HEREBY ORDERED that

1) Plaintiff's Motion for leave to file its first amended complaint is Granted.
2) Plaintiff is given leave to file its first amended complaint instanter
3) Defendant is given leave to file a responsive pleading by March 5, 2008
4) Plaintiff shall file a Reply Response, including Motion for Summary Judgment by March 19, 2008
5) Defendant shall file a Reply by April 2, 2008
6) Hearing on Other Defendants Motion to Dismiss is scheduled for April 9, 2008 at 9:15 AM
7) Hearing on Defendants Motion for Summary Judgment is scheduled for April 16, 2008 at 9:15 AM

Dated at Waukegan, Illinois this
7 day of February, 20 08.
ORDER PREPARED BY: Ryan Kelly - Anderson + Wanca
(Please print name and address)
3701 Algonquin Rd. Suite 760
Rolling Meadows, IL 60008

ENTER:
MARY S. SCHOSTOK
_____
JUDGE

171-225 rev 12/99