**08 C 1323**

**JUDGE ST. EVE**
**MAGISTRATE JUDGE VALDEZ**

# EXHIBIT E

1   STATE OF ILLINOIS        )
    COUNTY OF LAKE           )

2

                IN THE CIRCUIT COURT
3           OF THE 19TH JUDICIAL CIRCUIT
                LAKE COUNTY, ILLINOIS

4                   - - -

5   BUSINESS PRO                :
    COMMUNICATIONS, INC.,       :
6   And ILLINOIS CORPORATION, :
    Individually and as the     :
7   representative of a class :
    of similarly-situated       :
8   persons,                    :
                Plaintiffs,     :
9                               :

            vs.                 :
10                              :

11  EXPRESS PRODUCTS,           :
                Defendant     : No. 04L1043
12                  - - -

            Friday, January 19, 2007
13                  - - -

14          Oral deposition of DAN GEIGER,
15  taken pursuant to notice, at the law offices
16  of HERMAN WEINBERG, ESQ., 1900 Market Street,
17  4th Floor, Philadelphia, Pennsylvania,
18  beginning at 9:15 a.m., before Erica Crager
19  Hearn, Court Reporter and Notary Public in the
20  Commonwealth of Pennsylvania.
21                  - - -

            ESQUIRE DEPOSITION SERVICES
22              Four Penn Center
            1600 John F. Kennedy Boulevard
23                  Suite 1210
            Philadelphia, Pennsylvania   19103
24                  (215) 988-9191

DAN GEIGER

1                        A.    Yes.

2                        Q.    Is that your writing on the

3    top?

4                        A.    Yes.

5                        Q.    It is also your writing,

6    2,258 faxes; is that right?

7                        A.    Yes.

8                        Q.    So, it is your understanding

9    that 2,258 faxes were sent on or about

10   February 27, 2002 to the companies listed on

11   Plaintiff's Exhibit-9?

12                       A.    I don't know if that's sent,

13   failed or both.

14                       Q.    But at least attempted

15   transmissions, correct?

16                       A.    Yes.

17                       Q.    My question to you is, the

18   faxes that were sent on or about February 27,

19   2002, were all of the fax numbers obtained by

20   the companies where the sales reps requested

21   the fax numbers in order to send out the

22   advertisements by fax?

23                       A.    Yes.

24                       Q.    Was it the custom and