08 C 1323
Case 1:08-cv-01323  Document 3  Filed 03/05/2008  Page 1 of 1
JUDGE ST. EVE
MAGISTRATE JUDGE VALDEZ
FILED
MARCH 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case

**Business Pro Communications, Inc. an Illinois corporation and Tunica Pharmacy, Inc., individually and as the representatives of a Class of Similarly-Situated Persons v. Express Products, Inc.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Express Products, Inc.**

| SIGNATURE | *[signature]* |
|---|---|
| FIRM | SMITHAMUNDSEN, LLC |
| STREET ADDRESS | 150 NORTH MICHIGAN AVENUE, SUITE 3300 |
| CITY/STATE/ZIP | CHICAGO, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6181345 | TELEPHONE NUMBER (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES /x/   NO // |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES /x/   NO // |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES /x/   NO // |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES /x/   NO // |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL // | APPOINTED COUNSEL // |