08 C 1323

Case 1:08-cv-01323  Document 5  Filed 03/05/2008  Page 1 of 1

PH  JUDGE ST. EVE
MAGISTRATE JUDGE VALDEZ

FILED
MARCH 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case

**Business Pro Communications, Inc. an Illinois corporation and Tunica Pharmacy, Inc., individually and as the representatives of a Class of Similarly-Situated Persons v. Express Products, Inc.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Express Products, Inc.**

| | |
|---|---|
| SIGNATURE | *Kevin Campbell /ab* |
| FIRM | LaBarge, Campbell & Lyon, LLC |
| STREET ADDRESS | 200 W. Jackson Blvd., Suite 2050 |
| CITY/STATE/ZIP | CHICAGO, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  0618398 | TELEPHONE NUMBER  (312) 580-9010 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES / /    NO / x / |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES / /    NO / x / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /    NO /x / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES / /    NO /x / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL / /                                 APPOINTED COUNSEL / / | |