# EXHIBIT A

## IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

BUSINESS PRO COMMUNICATIONS, INC. an )
Illinois corporation and TUNICA PHARMACY, )
INC., individually and as the representatives of a )
class of similarly-situated persons, )
                                     )
                  Plaintiffs, )
                                     )    No. 04 L 1043
         v. )
                                       )
EXPRESS PRODUCTS, INC., )
                                     )
                  Defendant. )

## FIRST AMENDED CLASS ACTION COMPLAINT

Plaintiffs, BUSINESS PRO COMMUNICATIONS, INC. and TUNICA PHARMACY,

INC. ("Plaintiffs"), brings this action on behalf of themselves and all other persons similarly

situated, through their attorneys, and except as to those allegations pertaining to Plaintiffs or their

attorneys, which allegations are based upon personal knowledge, alleges the following upon

information and belief against Defendant, EXPRESS PRODUCTS, INC., ("Defendant"):

## PRELIMINARY STATEMENT

      1.      This case challenges Defendant's practice of faxing unsolicited advertisements.

      2.      The federal Telephone Consumer Protection Act, 47 USC § 227, prohibits a

person or entity from faxing or having an agent fax advertisements without the recipient's prior

express invitation or permission ("junk faxes" or "unsolicited faxes"). The TCPA provides a

private right of action and provides statutory damages of $500 per violation.

      3.      Unsolicited faxes damage their recipients. A junk fax recipient loses the use of its

fax machine, paper, and ink toner. An unsolicited fax wastes the recipient's valuable time that

would have been spent on something else. A junk fax interrupts the recipient's privacy.

Unsolicited faxes prevent fax machines from receiving authorized faxes, prevent their use for authorized outgoing faxes, cause undue wear and tear on the recipients' fax machines, and require additional labor to attempt to discern the source and purpose of the unsolicited message.

4.      On behalf of itself and all others similarly situated, Plaintiffs bring this case as a class action asserting claims against Defendant under the TCPA, the common law of conversion, and the consumer protection statutes forbidding and compensating unfair business practices.

5.      Plaintiffs seek an award of statutory damages for each violation of the TCPA.

## JURISDICTION AND VENUE

6.      Jurisdiction is conferred by 735 ILCS 5/2-209 in that Defendant has transacted business and committed tortious acts related to the matters complained of herein.

7.      Venue is proper in Lake County pursuant to 735 ILCS 5/2-101, et seq. because some of the tortious acts complained of occurred in Lake County, Illinois.

8.      Federal jurisdiction does not exist because no federal question or claim is asserted and Plaintiffs' individual claims are worth less than $75,000.00, inclusive of all forms of damages and fees.  Plaintiffs expressly disclaim any individual recovery in excess of $75,000.00, inclusive of all forms of damages and fees.

## PARTIES

9.      Plaintiff, Business Pro, is an Illinois corporation with its principal place of business in Lake County, Illinois.  Plaintiff, Tunica Pharmacy is a Mississippi corporation with its principal place of business in Mississippi.

10.      On information and belief, Defendant, EXPRESS PRODUCTS, INC., is a Pennsylvania corporation with its principal place of business located at 18 Cassell Road, Sauderton, PA 18964.  Defendant has done business in Lake County, Illinois.

2

## FACTS

11. From February 27, 2002 through October 5, 2004, Defendant faxed more than 80 advertisements to Plaintiff, Business Pro Communications. Copies of some of the facsimiles are attached hereto as Exhibit A.

12. On or about January 15, 21, 29, February 14, 19, March 2, 16, April 14, 21, May 5, 13, 15, 20, 25, 29, June 3, 25, July 1, 7, 9, 17, 22, August 6, 13, 19, September 22, 23, 30, October 5, 7 and 12, 2004, Defendant faxed advertisements to Plaintiff, Tunia Pharmacy. Copies of the facsimiles are attached hereto as Exhibit B.

13 Plaintiffs had not invited or given permission to Defendant to send fax advertisements.

14. On information and belief, Defendant faxed the same and similar advertisements to Plaintiffs and more than 38 other recipients without first receiving the recipients' express permission or invitation.

15. There is no reasonable means for Plaintiffs (or any other class member) to avoid receiving illegal faxes. Fax machines are left on and ready to receive the urgent communications their owners desire to receive.

## COUNT I
## TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227

16. Plaintiffs incorporate the preceding paragraphs as though fully set forth herein.

17. In accordance with 735 ILCS 5/2-801, Plaintiffs bring Count I pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, on behalf of the following class of persons:

> All persons who (1) on or after four years prior to the filing of this action, (2) were sent telephone facsimile messages of material advertising the commercial availability of any property, goods, or

3

services by or on behalf of Defendant, (3) with respect to whom Defendant did not have prior express permission or invitation for the sending of such faxes, and (4) with whom no established business relationship existed.

18.    A class action is warranted because:

(a)    On information and belief, the class includes forty or more persons and is so numerous that joinder of all members is impracticable.

(b)    There are questions of fact or law common to the class predominating over questions affecting only individual class members, including without limitation:

(i)    Whether Defendant sent unsolicited fax advertisements;

(ii)    Whether Defendant's facsimiles advertised the commercial availability of property, goods, or services;

(iii)    The manner and method Defendant used to compile or obtain the list of fax numbers to which it sent Exhibit A and other unsolicited faxed advertisements;

(iv)    Whether Defendant faxed advertisements without first obtaining the recipients' express permission or invitation;

(v)    Whether Defendant violated the provisions of 47 USC § 227;

(vi)    Whether Plaintiffs and the other class members are entitled to statutory damages;

(vii)    Whether Defendant should be enjoined from faxing advertisements in the future; and

(viii)    Whether the Court should award trebled damages.

19.    Plaintiffs will fairly and adequately protect the interests of the other class members. Plaintiffs' counsel are experienced in handling class actions and claims involving

4

unsolicited advertising faxes. Neither Plaintiffs nor Plaintiffs' counsel has any interests adverse or in conflict with the absent class members.

20.    A class action is an appropriate method for adjudicating this controversy fairly and efficiently. The interest of each individual class member in controlling the prosecution of separate claims is small and individual actions are not economically feasible.

21.    The TCPA prohibits the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine...." 47 U.S.C. § 227(b)(1).

22.    The TCPA defines "unsolicited advertisement," as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's express invitation or permission." 47 U.S.C. § 227(a)(4).

23.    The TCPA provides:

> 3.    Private right of action. A person may, if otherwise permitted by the laws or rules of court of a state, bring in an appropriate court of that state:
>
> (A)    An action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
>
> (B)    An action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
>
> (C)    Both such actions.

24.    The Court, in its discretion, can treble the statutory damages if the violation was knowing. 47 U.S.C. § 227.

25.    Defendant violated the 47 U.S.C. § 227 et seq. by sending advertising faxes (such as Exhibit A) to Plaintiffs and the other members of the class without first obtaining their prior

express invitation or permission.

26. The TCPA is a strict liability statute and Defendant is liable to Plaintiffs and the other class members even if its actions were only negligent.

27. Defendant knew or should have known that Plaintiffs and the other class members had not given express invitation or permission for Defendant or anybody else to fax advertisements about Defendant's goods or services and that no established business relationship existed.

28. Defendant's actions caused damages to Plaintiffs and the other class members. Receiving Defendant's junk faxes caused the recipients to lose paper and toner consumed in the printing of Defendant's faxes. Moreover, Defendant's faxes used Plaintiffs' fax machine. Defendant's faxes cost Plaintiffs time, as Plaintiffs and their employees wasted their time receiving, reviewing and routing Defendant's illegal faxes. That time otherwise would have been spent on Plaintiffs' business activities. Finally, Defendant's faxes unlawfully interrupted Plaintiffs' and the other class members' privacy interests in being left alone.

29. Even if Defendant did not intend to cause damage to Plaintiffs and the other class members, did not intend to violate their privacy, and did not intend to waste the recipients' valuable time with Defendant's advertisements, those facts are irrelevant because the TCPA is a strict liability statute.

WHEREFORE, Plaintiffs, BUSINESS PRO COMMUNICATIONS, INC. and TUNICA PHARMACY, INC., individually and on behalf of all others similarly situated, demand judgment in their favor and against Defendant, EXPRESS PRODUCTS, INC., as follows:

A. That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiffs as the representative of the class, and appoint

Plaintiffs' counsel as counsel for the class;

    B.     That the Court award $500.00 in damages for each violation of the TCPA;

    C.     That the Court enter an injunction prohibiting Defendant from engaging in the statutory violations at issue in this action; and

    D.     That the Court award costs and such further relief as the Court may deem just and proper, but in any event, not more than $75,000.00 per individual, inclusive of all damages and fees.

## COUNT II
## CONVERSION

30.    Plaintiffs incorporate the preceding paragraphs as though fully set forth herein.

31.    In accordance with 735 ILCS 5/2-801, Plaintiffs bring Count II for conversion under the common law for the following class of persons:

> All persons (1) who, on or after a date five years prior to the filing of this action, (2) were sent telephone facsimile messages of material advertising the commercial availability of any property, goods or services by or on behalf of Defendant, (3) with respect to whom Defendant did not have prior express permission or invitation for the sending of such faxes, and (4) with whom no established business relationship existed.

32.    A class action is proper in that:

    (a)     On information and belief the class consists of forty or more persons and is so numerous that joinder of all members is impracticable.

    (b)     There are questions of fact or law common to the class predominating over all questions affecting only individual class members, including:

        (i)     Whether Defendant engaged in a pattern of sending unsolicited fax advertisements;

        (ii)     The manner and method Defendant used to compile or obtain the

7

list of fax numbers to which it sent Exhibit A and other unsolicited faxed advertisements; and

(iii)    Whether Defendant committed the tort of conversion.

33.    Plaintiffs will fairly and adequately protect the interests of the other class members. Plaintiffs have retained counsel who is experienced in handling class actions and claims involving unlawful business practices. Neither Plaintiffs nor Plaintiffs' counsel have any interests adverse or in conflict with the class.

34.    A class action is an appropriate method for adjudicating this controversy fairly and efficiently. The interest of the individual class members in individually controlling the prosecution of separate claims is small and individual actions are not economically feasible.

35.    By sending Plaintiffs and the other class members unsolicited faxes, Defendant improperly and unlawfully converted their fax machines, toner and paper to its own use. Defendant also converted Plaintiffs' employees' time to Defendant's own use.

36.    Immediately prior to the sending of the unsolicited faxes, Plaintiffs and the other class members owned an unqualified and immediate right to possession of their fax machines, paper, toner, and employee time.

37.    By sending the unsolicited faxes, Defendant permanently misappropriated the class members' fax machines, toner, paper, and employee time to Defendant's own use. Such misappropriation was wrongful and without authorization.

38.    Defendant knew or should have known that its misappropriation of paper, toner, and employee time was wrongful and without authorization.

39.    Plaintiffs and the other class members were deprived of the use of their fax machines, paper, toner, and employee time, which could no longer be used for any other purpose.

8

Plaintiffs and each class member thereby suffered damages as a result of their receipt of unsolicited fax advertisements from Defendant.

40.    Each of Defendant's unsolicited fax advertisements effectively stole Plaintiffs' employees' time because multiple persons employed by Plaintiffs were involved in receiving, routing, and reviewing Defendant's illegal faxes. Defendant knew or should have known employees' time is valuable to Plaintiffs.

41.    Defendant's actions caused damages to Plaintiffs and the other members of the class because their receipt of Defendant's unsolicited fax advertisements caused them to lose paper and toner as a result. Defendant's actions prevented Plaintiffs' fax machines from being used for Plaintiffs' business purposes during the time Defendant was using Plaintiffs' fax machines for Defendant's illegal purpose. Defendant's actions also cost Plaintiffs employee time, as Plaintiffs' employees used their time receiving, routing, and reviewing Defendant's illegal faxes, and that time otherwise would have been spent on Plaintiffs' business activities.

WHEREFORE, Plaintiffs, BUSINESS PRO COMMUNICATIONS, INC. and TUNICA PHARMACY, INC., individually and on behalf of all others similarly situated, demand judgment in their favor and against Defendant, EXPRESS PRODUCTS, INC., as follows:

A.    That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiffs as the representative of the class, and appoint Plaintiffs' counsel as counsel for the class;

B.    That the Court award appropriate damages;

C.    That the Court award costs of suit; and

D.    Awarding such further relief as the Court may deem just and proper, but in any event, not more than $75,000.00 to any individual class member.

9

## COUNT III
## ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT
### 815 ILCS 505/2

42.     Plaintiffs incorporate the preceding paragraphs as though fully set forth herein.

43.     In accordance with 735 ILCS 5/2-801, Plaintiffs, on behalf of the following class of persons, bring Count III for Defendant's unfair practice of sending unsolicited and unlawful fax advertisements:

> All persons in Illinois who (1) on or after a date three years prior to the filing of this action, (2) were sent telephone facsimile messages of material advertising the commercial availability of any property, goods, or services by or on behalf of Defendant, (3) with respect to whom Defendant did not have of prior express permission or invitation for the sending of such faxes, and (4) with whom no established business relationship existed.

44.     A class action is proper in that:

(a)     On information and belief the class consists of thousands of persons in Illinois and throughout the United States and is so numerous that joinder of all members is impracticable.

(b)     There are questions of fact or law common to the class predominating over all questions affecting only individual class members including:

(i)     Whether Defendant engaged in a pattern of sending unsolicited fax advertisements;

(ii)     The manner and method Defendant used to compile or obtain the list of fax numbers to which it sent Exhibit A and other unsolicited faxed advertisements;

(iii)     Whether Defendant's practice of sending unsolicited faxed advertisements violates Illinois public policy;

10

(iv)    Whether Defendant's practice of sending unsolicited faxes is an unfair practice under the Consumer Fraud Act; and

(v)    Whether Defendant should be enjoined from sending unsolicited fax advertising in the future.

45.    Plaintiffs will fairly and adequately protect the interests of the other class members. Plaintiffs have retained counsel who are experienced in handling class actions and claims involving lawful business practices. Neither Plaintiffs nor Plaintiffs' counsel have any interests adverse or in conflict with the class.

46.    A class action is an appropriate method for adjudicating this controversy fairly and efficiently. The interest of the individual class members in individually controlling the prosecution of separate claims is small and individual actions are not economically feasible.

47.    Defendant's unsolicited fax practice is an unfair practice, because it violates public policy, and because it forced Plaintiffs and the other class members to incur expense without any consideration in return. Defendant's practice effectively forced Plaintiffs and the other class members to pay for Defendant's advertising campaign.

48.    Defendant violated the unfairness predicate of the Act by engaging in an unscrupulous business practice and by violating Illinois statutory public policy, which public policy violations in the aggregate caused substantial injury to hundreds of persons.

49.    Defendant's misconduct caused damages to Plaintiffs and the other members of the class, including the loss of paper, toner, ink, use of their facsimile machines, and use of their employees' time.

50.    Defendant's actions caused damages to Plaintiffs and the other class members because their receipt of Defendant's unsolicited fax advertisements caused them to lose paper

11

and toner consumed as a result. Defendant's actions prevented Plaintiffs' fax machine from being used for Plaintiffs' business purposes during the time Defendant was using Plaintiffs' fax machine for Defendant's illegal purpose. Defendant's actions also cost Plaintiffs employee time, as Plaintiffs' employees used their time receiving, routing, and reviewing Defendant's illegal faxes and that time otherwise would have been spent on Plaintiffs' business activities.

WHEREFORE, Plaintiffs, BUSINESS PRO COMMUNICATIONS, INC. and TUNICA PHARMACY, INC., individually and on behalf of all others similarly situated, demand judgment in their favor and against Defendant, EXPRESS PRODUCTS, INC., as follows:

A.    That the Court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiff as the class representative, and appoint Plaintiffs' counsel as counsel for the class;

B.    That the Court award damages to Plaintiffs and the other class members;

C.    That the Court award attorney fees and costs;

D.    That the Court enter an injunction prohibiting Defendant from sending unsolicited faxed advertisements to Illinois consumers; and

E.    Awarding such further relief as the Court may deem just and proper, but in any event, not more than $75,000.00 to any individual member.

Respectfully submitted,

BUSINESS PRO COMMUNICATIONS, INC. and TUNICA PHARMACY, INC., individually and as the representative of a class of similarly-situated persons

By:    _____

One of Plaintiffs' Attorneys

12

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
DIAB & BOCK, LLC
134 N. La Salle St., Suite 1000
Chicago, IL 60602
Telephone: 312/578-4100

13

# EXHIBIT A



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 21st, 2003*



## Jabra Ear Boom
2.5mm Plug.
Six Comfort Gels
Retail Packaged.
### *Only $4.95*
(HDSETJB-SP)



E**X**PRO

### *Deluxe Leather Pouches*
Genuine Leather. 4 Convenient sizes!
Stylish Stainless Steel Magnetic Closure.
### *Only $3.95ea* Retail Packaged!
(7P1-XXXX) (3ex)



With Built-in
Pen Holder!*

## *NEW!*
*New addition to the* **EXPRO**
*"TUF CASE" line.*
Universal pouch for larger phones.
Double Closure for added protection.
Modular Heavy-Duty Belt Clip System.
### *$8.95ea* (7UP40TUF)
(*Pen not included*)



E**X**PRO

Over-The-Ear headset.
Specifically For Nokia phones.
**HDSET-P135-N3BU** for Nokia 3300/8000 series
**HDSET-P135-N5** for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!

### *Only $8.00ea*

## *"WIND-UP"*
EMERGENCY CHARGER
FOR NOKIA PHONES
NO BATTERIES OR OUTLET
NEEDED!
GREAT TAKE-A-LONG
FOR HUNTING, CAMPING OR
HIKING!
### *ONLY $4.95* (49N2EMC)



## *It's Racing Season!*
Officially Licensed NASCAR Driver
Faces for Nokia 5100 and 3360 Series.
### *$16.50ea*
*Earnhardt, Earnhardt Jr., Martin,*
*Stewart, Rudd, Harvick & More!*

### **HDSET9**
Over-The-Ear
Neoprene Covered Headset.
Comes With Interchangeable
Neoprene Covers in 4 Colors.
2.5mm Plug
### *$3.95*

BP-1



**Express Products**

WIRELESS ACCESSORIES & MORE

Phone: 888-676-4046
Fax: 888-780-1234
Visit: www.1888express.com
Email: sales@1888express.com

# "TUF" CASES by EXPRO

**Commercial Grade, ballistic nylon cases for Nextel & Nokia phones. Available for...**

| NEXTEL | NOKIA |
|--------|-------|
| i1000 | 5100/6100/7100 |
| i700/i550 | 3300/8000 Series |
| i95/i90/i60 | |
| i85/i55/i50 | |
| i30 | |

## Show Special!

**For our customers NOT attending the CES show in Las Vegas.**
**Order "TUF" cases on January 9th and 10th and get the "show special" price of only $5.00ea.**
**PLUS get the optional straight steel belt clip FREE!**

# NEW!

**Universal Contractors "TUF" pouch.**
**With plenty of places for all of your important stuff!**



Front pouch
Two left-side pockets.
Front elastic band
Safety band



Rear pocket
Phone pouch
Pen Holder
One right-side pocket.
Two front pockets

BP-2



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru Jan 31 2003*



## NEXTEL i1000/i2000(i1iSEC)
## EXPRESS PLUG-IN CHARGER
## 100 COUNT CASE SPECIAL
## $350.00 VALUE
### Now Only $129.00

## SPEEDPLATES

OFFICIALLY LICENSED , NOKIA OK
NASCAR DRIVER FACES FOR 5100
AND 3300 SERIES.
*EARNHARDT, KENSETH, LABONTE,
JARRETT & MORE*
### $16.50ea

### YAGI
Home Mount 14dB
Dual-band
Antenna
### $29.95
INCLUDES
30 ft CABLE
(1YAGI14)

**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
$4.50ea



### NEXTEL SPECIALS

| | |
|---|---|
| i1000 NAVIGATORS | $22.95 |
| i700/i550 NAVIGATORS | $22.95 |
| i1000 EAR BUD WITH PTT | $4.95 |

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
$7.50ea



### NEW & IMPROVED
### "RETRACT-IT"
UNIVERSAL RETRACTABLE
BELT CLIP
*AS SEEN ON QVC!!*

NOKIA 5100/6100/3285
550mah Ni-Mh,
VIBE BATTERY.
### WOW! $3.95
PART #29N2nv0.5/sp

*ASK YOUR SALES REP ABOUT OUR
REFERRAL PROGRAM!*



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 7th, 2003*

# EXPRO
HEAVY DUTY, PADDED,
NYLON PHONE POUCHES
3-WAY ATTACHMENT SYSTEM
AVAILABLE IN THREE SIZES
SMALL, MEDIUM OR LARGE
*NOW ONLY $3.29ea*

**Universal Hands-Free**
Hear your calls through
Your car stereo...
WIRELESSLY!!!
*Only $6.95ea*
(hfu2)



*UNIVERSAL
PLUG 'N' TALK*
WITH A/C VENT MOUNT
MAKES ANY PHONE
HANDS FREE!
*JUST $4.95*
(hfu1)

**Nokia 3300/8000
Hands-free earbud**
With on/off button.
*ONLY $ .89!!*
(3nok3360hfp-1)



**Universal
Phone Holder**
Holds phone by leather
case clip or swivel button.
*Only $ .49*
(6xccup)

*NEW & IMPROVED
"RETRACT-IT"*
UNIVERSAL
RETRACTABLE
BELT CLIP
*WILL BE SEEN ON QVC
FEBRUARY 6th 7AM-8AM*

Universal 3-Way
Phone Holder
Holds phone by
Magnet, Belt clip or
Swivel button.
Mounts to cars
A/C vent
*Only $1.99ea*
(6ac3d)





BP-4



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 7th, 2003*

# EXPRO
HEAVY DUTY, PADDED,
NYLON PHONE POUCHES
3-WAY ATTACHMENT SYSTEM
AVAILABLE IN THREE SIZES
SMALL, MEDIUM OR LARGE
*NOW ONLY $3.29ea*

**Universal Hands-Free**
Hear your calls through
Your car stereo…
WIRELESSLY!!!
*Only $6.95ea*
(hfu2)



*UNIVERSAL
PLUG 'N' TALK*
WITH A/C VENT MOUNT
MAKES ANY PHONE
HANDS FREE!
*JUST $4.95*
(hfu1)

**Nokia 3300/8000
Hands-free earbud**
With on/off button.
*ONLY $.89!!*
(3nok3360hfp-1)

**Universal
Phone Holder**
Holds phone by leather
case clip or swivel button.
*Only $.49*
(6sccup)

*NEW & IMPROVED
"RETRACT-IT"*
UNIVERSAL
RETRACTABLE
BELT CLIP
*WILL BE SEEN ON QVC
FEBRUARY 6th 7AM-8AM*

Universal 3-Way
Phone Holder
Holds phone by
Magnet, Belt clip or
Swivel button.
Mounts to cars
A/C vent
*Only $1.99ea*
(6ac3d)

BP-5



**_Express Products_**

WIRELESS ACCESSORIES & MORE

PHONE: **888-676-4046**
FAX: **888-780-1234**
EMAIL: _SALES@1888EXPRESS.COM_
VISIT: _WWW.1888EXPRESS.COM_

_PRICES GOOD THROUGH FEBRUARY 14th, 2003_

# E**X**PRO



## BALLISTIC NYLON, ZIPPER POCKET HORIZONTAL POUCH WITH TWO-WAY BELT ATTACHMENT

HOLDS PHONE IN FRONT AND HAS A ZIPPERED POCKET IN BACK PERFECT FOR HOLDING HEADSETS, CASH OR I.D!
CLIPS ON BELT WITH A STRAIGHT STEEL CLIP OR USE THE SNAP-DOWN BELT LOOP!

_ORDER FROM THIS FAX AND GET A FREE NOKIA EAR BUD WITH ON/OFF BUTTON!_

## _Only $4.95ea_

---

_**DON'T LOSE PROFIT, PUT THE MONEY IN YOUR POCKET!!!**_
THE EXPRESS PHONE REPAIR PROGRAM.
SEND US YOUR CUSTOMERS BROKEN PHONES FOR REPAIRS!
- _**FREE**_ SHIPPING TO US
- _**FREE**_ SHIPPING BACK TO YOU
- _**FREE**_ MONEY IN YOUR POCKET!
_**CALL YOUR REP FOR DETAILS!**_

---




### _16MB DIGITAL POCKET CAM!_
### _3N1 CAMERA_
TAKE STILL PICS.
TAKE EMAIL VIDEOS.
USE AS A WEB CAM.
_COMES WITH FREE PHOTO & VIDEO EDITING SOFTWARE AND USB CABLE!_
_Only $19.95ea_



_FACEPLATES!!_
MOTOROLA 332
MOTOROLA V60
MOTOROLA T720
_Only $2.99ea_
CALL FOR COLORS!!

_HDSET13_ 2.5mm
_HDSET13-N3_ Nokia 3300 series
_PREMIUM HEADSET_
FLEXABLE EAR LOOP.
SUPERIOR SOUND QUALITY.
BUILT-IN BELT CLIP.
_Only $7.25ea_

BP-6



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*





*NEW!*
ION AND PRIZM CASES
NOW IN STOCK!!

DATA CABLES, IN STOCK NOW!



AVAILABLE FOR
NEXTEL i95/i90/i85/i80
i60/i55/i50/i35/i30
And
MOTOROLA V66/V60/V120/
P270/P280

CONNECT YOUR PHONE TO YOUR
LAP-TOP OR PC!

Come visit us at the CTIA show in New Orleans!
March 17-19 Booth #4676

BP-7



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 14th, 2003*

## E**X**PRO



**BALLISTIC NYLON, ZIPPER POCKET HORIZONTAL POUCH WITH TWO-WAY BELT ATTACHMENT**

HOLDS PHONE IN FRONT AND HAS A ZIPPERED POCKET IN BACK PERFECT FOR HOLDING HEADSETS, CASH OR I.D!

CLIPS ON BELT WITH A STRAIGHT STEEL CLIP OR USE THE SNAP-DOWN BELT LOOP!

*ORDER FROM THIS FAX AND GET A FREE NOKIA EAR BUD WITH ON/OFF BUTTON!*

*Only $4.95ea*

---

*DON'T LOSE PROFIT, PUT THE MONEY IN YOUR POCKET!!!*

THE EXPRESS PHONE REPAIR PROGRAM.

SEND US YOUR CUSTOMERS BROKEN PHONES FOR REPAIRS!

- *FREE* SHIPPING TO US
- *FREE* SHIPPING BACK TO YOU
- *FREE* MONEY IN YOUR POCKET!

**CALL YOUR REP FOR DETAILS!**

---



*16MB DIGITAL POCKET CAM!*

*3N1 CAMERA*

TAKE STILL PICS.

TAKE EMAIL VIDEOS.

USE AS A WEB CAM.

*COMES WITH FREE PHOTO & VIDEO EDITING SOFTWARE AND USB CABLE!*

*Only $19.95ea*



*FACEPLATES!!*

MOTOROLA 332
MOTOROLA V60
MOTOROLA T720

*Only $2.99ea*

CALL FOR COLORS!!

*HDSET13* 2.5mm

*HDSET13-N3* Nokia 3300 series

*PREMIUM HEADSET*

FLEXABLE EAR LOOP.

SUPERIOR SOUND QUALITY.

BUILT-IN BELT CLIP.

*Only $7.25ea*

BP-8



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*PRICES GOOD THROUGH FEBRUARY 21st, 2003*



## Jabra Ear Boom
2.5mm Plug.
Six Comfort Gels
Retail Packaged.

### *Only $4.95*
*(HDSETJB-SP)*



With Built-in
Pen Holder!*

## *NEW!*
*New addition to the* **EXPRO**
*"TUF CASE" line.*
Universal pouch for larger phones.
Double Closure for added protection.
Modular Heavy-Duty Belt Clip System.

### *$8.95ea* *(7UP40TUF)*
*(*Pen not included)*

## *"WIND-UP"*
EMERGENCY CHARGER
FOR NOKIA PHONES
NO BATTERIES OR OUTLET
NEEDED!
GREAT TAKE-A-LONG
FOR HUNTING, CAMPING OR
HIKING!

### *ONLY $4.95* *(49N2EMC)*

## *It's Racing Season!*
Officially Licensed NASCAR Driver
Faces for Nokia 5100 and 3360 Series.

### *$16.50ea*
*Earnhardt, Earnhardt Jr., Martin,*
*Stewart, Rudd, Harvick & More!*





**EXPRO**

## *Deluxe Leather Pouches*
Genuine Leather. 4 Convenient sizes!
Stylish Stainless Steel Magnetic Closure.

### *Only $3.95ea* Retail Packaged!
*(7P1-XXXX) (3ea)*

**EXPRO**



Over-The-Ear headset.
Specifically For Nokia phones.
*HDSET-P135-N3BU* for Nokia 3300/8000 series
*HDSET-P135-N5* for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!

### *Only $8.00ea*

## **HDSET9**
Over-The-Ear
Neoprene Covered Headset.
Comes With Interchangeable
Neoprene Covers in 4 Colors.
2.5mm Plug

### *$3.95*



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru Jan 31 2003*

## NEXTEL i1000/i2000(i1ico)
EXPRESS PLUG-IN CHARGER
100 COUNT CASE SPECIAL
$350.00 VALUE
*Now Only $129.00*





## SPEEDPLATES
OFFICIALLY LICENSED , NOKIA OK
NASCAR DRIVER FACES FOR 5100
AND 3300 SERIES.
*EARNHARDT, KENSETH, LABONTE,
JARRETT & MORE*
*$16.50ea*

### YAGI
Home Mount 14dB
Dual-band
Antenna
*$29.95*
*INCLUDES
30 ft CABLE
(1YAGI14)*

**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
*$4.50ea*

### NEXTEL SPECIALS
i1000 NAVIGATORS          *$22.95*
i700/i550 NAVIGATORS      *$22.95*
i1000 EAR BUD WITH PTT    *$4.95*

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
*$7.50ea*



### NEW & IMPROVED
### "RETRACT-IT"
UNIVERSAL RETRACTABLE
BELT CLIP
*AS SEEN ON QVC!!*

NOKIA 5100/6100/3285
550mah Ni-Mh,
VIBE BATTERY.
*WOW! $3.95*
PART #29N2nv0.5/sp

*ASK YOUR SALES REP ABOUT OUR
REFERRAL PROGRAM!*

BP-10



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*COME VISIT US AT CTIA WIRELESS I.T. & INTERNET 2002 SHOW*
*BOOTH #1110 OCTOBER 16 THRU 18 AT THE*
*SANDS CONVENTION CENTER  LAS VEGAS!*

*SUMMERTIME SPECIALS!!* (OFFERS EXPIRE 6/28/02)
*HANDS FREE SAFETY FOR THE FAMILY VACATION!*



**Cellport** SYSTEMS

GET A *CELLPORT 3000*
*AND* A POCKET ADAPTER FOR
NOKIA 5100 OR STAR TAC
(HFCP-K51)          (HFCP-KST)
*JUST $99.95*
(YOU SAVE OVER $56.00)

GET A *CELLPORT*
*VOICE COMMAND*
*AND* A POCKET ADAPTER FOR
NOKIA 5100 OR STAR TAC
(HFDPDS-K51)          (HFCPDS-KST)
*JUST $169.95*
(YOU SAVE OVER $35.00)

**HIRSCHMANN DIALOG +**
PREMIUM QUALITY
SOFT INSTALL HANDS FREE CAR KIT.
FOR NOKIA 3360/8260
EASY TO INSTALL!
SOUNDS GREAT!
WAS $39.95 SPECIAL $19.95 *WOW! $12.95*





**SUPER SUMMER**
**SIX-PACK**
**OF HEADSETS**
1 -Telex over-the-ear. *(HDSET-TELEX)*
1 -Clearlink over-the-ear. *(HDSET4)*
1 -Retractable ear-bud. *(HDSET5)*
1 -Vizier, ear-bud w/boom. *(HDSET6)*
1 -Fixed Ear Hook *(HDSET 8-1)*
1 – Over-the-ear with answer/disconnect & volume.

All for just *$19.95*

BP-11



**Express Products**
**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*SPECIALS!!* (OFFERS EXPIRE 6/21/02)



EXPRESS CHARGER
FOR ERICSSON 1228/R280
CASE SPECIAL!
100 COUNT CASE
ONLY *$100.00*

3124EC

*NEW!*



OFFICIALLY LICENSED
*ELVIS PRESLEY*
FACE PLATES
FOR NOKIA 5165 AND 3360





EXPRESS SWIVEL CLIP KIT
*IN ASSORTED COLORS*
INCLUDES...
1 UNIVERSAL BUTTON
1 NOKIA BUTTON
1 DASH MOUNT
AND
1 "FLIP ACTION" BELT CLIP
ONLY *$ .99ea*

UBC-SP

BP-12



**Express Products**

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: SALES@1888EXPRESS.COM
WEB: WWW.1888EXPRESS.COM

# HOT SPECIALS FOR FIRST TIME BUYERS!!!
### (PRICES VALID 6/10/02 THRU 6/14/02)

NOKIA 5100/6100/3285
1000mah LITHIUM **POLYMER**, ULTRA SLIM
VIBRATING BATTERY.
6mm THICK. WEIGHS ONLY 1oz
PART #29N2PV1.0/6



WAS $29.99  SALE $~~14.99~~ *$9.95*



EXPRESS
LEATHER PHONE COVERS
CASE SPECIAL!
100 COUNT RETAIL BOXED
ONLY *$50.00!!*
AVAILABLE FOR
MOST PHONES!

*NAVIGATORS!*
BUY ANY NAVIGATOR PLUS
FOR $29.95
AND GET A FREE
RETRACTABLE EARBUD!



NOKIA 3360
SWIVEL
BELT CLIP
HOLSTERS
*$.75ea*
*PART #6NOK3360BCH*



PANASONIC 210/220
PLUG-IN CHARGER
*$75.00*/100ct BOX PART #3PAN210EC-1
MITSUBISHI T300/G310
PLUG-IN CHARGER
*$50.00*/100ct BOX PART #3MITG310EC-1

BP-13



TOLL FREE **1-888-676-4046**
FAX **1-888-780-1234**
EMAIL: **INFO@1888EXPRESS.COM**
VISIT *WWW.1888EXPRESS.COM*



**WIRELESS ACCESSORIES & MORE**

# UNIVERSAL HANDS FREE SYSTEM

*THE SMARTER, SAFER WAY TO USE A WIRELESS PHONE IN YOUR VEHICLE.*



*Special prices are in Effect only while supplies last!*

## $99.99 SPECIAL



| | |
|---|---|
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A NOKIA 5100/6100 POCKET ADAPTER *ITEM #HFCP-K51* | *$99.99* |
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A MOTOROLA STAR TAC POCKET ADAPTER *ITEM #HFCP-KST* | *$99.99* |

## $109.99 SPECIAL



| | |
|---|---|
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A NOKIA 5100/6100 POCKET ADAPTER AND ON-GLASS ANTENNA *ITEM #HFCP-K51 & 101IDL* | *$109.99* |
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A MOTOROLA STAR TAC POCKET ADAPTER AND AN ON-GLASS ANTENNA *ITEM #HFCP-KST & 101IDL* | *$109.99* |



### FEATURED ANTENNA

101IDL DUAL BAND GLASS-MOUNT
INTERNAL INSTALLATION ONLY. NO EXTERNAL MAST NEEDED

BP-14



**Express Products**
**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *EXPRESS EXECUTIVE KITS!!!*

### *OFFERS EXPIRE 6/9/02*

**NOKIA 3390/3360**
CAR CHARGER,
LEATHER CASE,
EAR BUD
AND A
1000 MAH LI-ION
BATTERY
*$12.99*

**NOKIA 6360**
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 900 MAH LI-ION
BATTERY
*$12.99*

**NOKIA 5100/6100**
CAR CHARGER,
CASE,
EAR BUD
&
600 MAH ni-mh
*VIBE* BATTERY
*$9.99*

**NEXTEL i85 KIT**
CAR CHARGER,
LEATHER CASE
EAR BUD
WITH PUSH-TO-TALK
&
900 MAH LI-ION
BATTERY
*$14.99*

**NEXTEL i550/i700 KIT**
CAR CHARGER,
LEATHER CASE
EAR BUD
WITH PUSH-TO-TALK
&
800 MAH NI-MH
BATTERY
*$12.99*

**NEXTEL i1000**
CAR CHARGER,
LEATHER CASE,
EAR BUD
WITH PUSH-TO-TALK
&
1000 MAH LI-ION
BATTERY
*$14.99*

**NEXTEL i90**
CAR CHARGER,
LEATHER CASE
EAR BUD
WITH PUSH-TO-TALK
& 900 MAH LI-ION
BATTERY
*$14.99*



**STAR TAC**
CAR CHARGER,
LEATHER CASE,
EAR BUD &
600 MAH NI-MH
BATTERY
*$9.99*

*ALL KITS ARE RETAIL PACKAGED!*

BP-15



**Express Products**

WIRELESS ACCESSORIES & MORE

TOLL FREE **1-888-676-4046**
FAX **1-888-780-1234**
EMAIL: **INFO@1888EXPRESS.COM**
VISIT *WWW.1888EXPRESS.COM*



**Cellport** SYSTEMS

# UNIVERSAL HANDS FREE SYSTEM

*THE SMARTER, SAFER WAY TO USE A WIRELESS PHONE IN YOUR VEHICLE.*

*Special prices are in Effect only while supplies last!*

## *$99.99 SPECIAL*



| | |
|---|---|
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A NOKIA 5100/6100 POCKET ADAPTER *ITEM #HFCP-K51* | *$99.99* |
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A MOTOROLA STAR TAC POCKET ADAPTER *ITEM #HFCP-KST* | *$99.99* |

## *$109.99 SPECIAL*



| | |
|---|---|
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A NOKIA 5100/6100 POCKET ADAPTER AND ON-GLASS ANTENNA *ITEM #HFCP-K51 & 101IDL* | *$109.99* |
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A MOTOROLA STAR TAC POCKET ADAPTER AND AN ON-GLASS ANTENNA *ITEM #HFCP-KST & 101IDL* | *$109.99* |



### *FEATURED ANTENNA*

101IDL DUAL BAND GLASS-MOUNT
INTERNAL INSTALLATION ONLY. NO EXTERNAL MAST NEEDED

BP-16



**Express Products**

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# OVERSTOCK BLOWOUT!!!

*Nokia plug-in charger case special.*
*100 count case*
*Only $50.00*



## NEXTEL i90/i85/i50
Remote Speaker/Mic
For use with 2-way *AND* phone!
Clips to clothing, belt, or car visor
Keeps your hands free!
*Only $36.00*





**ClipSafe**
EASY MOUNT CLIP



**Cell Safe DP1**
BOXIT 5.0 DOLPHIN
- Fits most phones
- Completely watertight
  & shockproof
- Allows full use of phone
- Convenient belt loop

Mini carabiner style clip
mounts easily to your phone,
radio or GPS
*$3.50ea*

Officially Licensed
NASCAR Driver
face plates for Nokia 5100 Series
*$16.50ea*



M. Kenseth    D. Earnhardt
B. LaBonte    R. Gordon
T. Stewart    M. Martin
R. Rudd    D. Jarrett
K. Harvick    J. Burton

5/20/02

BP-17



**Express Products**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

*NEW!!* **EXPRO**

HEAVY DUTY
LEATHER POUCHES FOR
NEXTEL PHONES
1/8" DURABLE LEATHER,
STEEL BELT CLIP.



i1000

i700/i550

i85/i50



ON-GLASS PATCH

SLIM PATCH

HIRSCHMANN
TRI-MODE ANTENNAS
INTERNAL GLASS MOUNT
*NO MAST!*

**HIRSCHMANN DIALOG +**
PREMIUM QUALITY
SOFT INSTALL HANDS FREE CAR KIT.
FOR NOKIA 3360/8260
EASY TO INSTALL!
SOUNDS GREAT!



5/13/02

BP-18



**Express Products**

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: SALES@1888EXPRESS.COM
WEB: WWW.1888EXPRESS.COM

**SPECIALS!** 5/6/02

*NEW!*


**Lowepro®**

HEAVY DUTY, PADDED,
NYLON PHONE POUCHES
3-WAY ATTACHMENT SYSTEM
AVAILABLE IN THREE SIZES
SMALL, MEDIUM OR LARGE



CELLSKINS
SOFT PLIABLE RUBBER SKINS
PROTECT YOUR PHONE
AVAILABLE IN ASSORTED COLORS.
NOKIA 5100, NOKIA 3300, NOKIA 8200
MOTOROLA V2397 & SANYO 4500



NOKIA 5100/6100/3285
1000mah LI-ION VIBRATING
HANDS FREE SPEAKER BATTERY

**$29.95**

NOKIA 5100/6100/3285
1000mah LITHIUM POLYMER, ULTRA SLIM
VIBRATING BATTERY.
6mm THICK. WEIGHS ONLY 1oz

**ONLY $14.95**



BP-19



**Express Products**
PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
**WIRELESS ACCESSORIES & MORE** VISIT: *WWW.1888EXPRESS.COM*

## *NEW!!* E**X**PRO
HEAVY DUTY
LEATHER POUCHES FOR
NEXTEL PHONES
1/8" DURABLE LEATHER,
STEEL BELT CLIP.



i1000

i700/i550

i85/i50



ON-GLASS PATCH

SLIM PATCH

HIRSCHMANN
TRI-MODE ANTENNAS
INTERNAL GLASS MOUNT
*NO MAST!*

## HIRSCHMANN DIALOG +
PREMIUM QUALITY
SOFT INSTALL HANDS FREE CAR KIT.
FOR NOKIA 3360/8260
EASY TO INSTALL!
SOUNDS GREAT!



5/13/02

BP-20



**PHONE: 888-676-4046**
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

## NEW CCM NAVIGATORS



### NAVIGATOR PLUS
TOUCHPOINT 5200
SAMSUNG N200

### NAVIGATOR FM
MOTOROLA V60
SAMSUNG N200
NOKIA 3360

### AND
#### NAVIGATOR FM PLUS
#### WITH WIRELESS HEADSET
NOKIA 5100/6100
MOTOROLA STAR TAC
NOKIA 3360
NOKIA 8260

Nokia 3360
**DELUXE STARTER KIT**
Includes...
Belt Clip Holster
1050mah LI-ION Battery
Express Plug-In Charger
And a Hands Free Ear Bud
*All in a retail package.*
**$14.99**



Jabra Ear-mic
For Nokia 5100/6100
Only $9.99

Sybersay Earlite
For Nokia 5100/6100
Only $12.00





**Express Products**

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

SPECIALS FOR WEEK OF  04/15/02-04/19/02



**MOTOROLA V120**
SNAP ON
COVERS.
ASST. COLORS
*$2.50 EACH*

*NEW!!*
*TERK XM RADIO*
*GLASS MOUNT*
*ANTENNA!*
*ONLY $69.00*



UNIVERSAL PHONE CLIP.
USES VELCRO
TECHNOLOGY.
COMES WITH DASH PAD!
*$2.99*





PANAVISE "IN DASH"
CUSTOM DASH MOUNTS
*"NOW IN STOCK"*

*PDA ACCESSORIES*
- MOBILE HOLDERS
- CAR CHARGERS
- LEATHER CASES
- NEOPRENE ORGANIZERS



BP-22



# Express Products

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**



## NEW! ONLY AT EXPRESS PRODUCTS

### 8260 HANDS FREE ADAPTER

**CONVERTS CARK 91 HANDS FREE KIT
TO FIT A NOKIA 8260!**

### ONLY $65.00

## FM WIRELESS HANDS FREE

**PORTABLE HANDS FREE
EAR BUD ALSO TRANSMITS TO
YOUR FM CAR STEREO**

### $14.95



# BLOW OUT SPECIAL!!!



## NOKIA 5100/6100

**SOFT INSTALL HANDS FREE KIT
INCLUDES... SPEAKER, EXTERNAL
MIC, PHONE MOUNT AND EAR BUD
FOR PRIVATE CONVERSATIONS.**

### ONLY $13.95

BP-23



**Express Products**
**Wireless Accessories & More**

Phone: 888-676-4046
Fax: 888-780-1234
Email: sales@1888express.com

# ATTENTION DEALERS!!!

GET ONE OF THE GREATEST INVENTIONS
*AVAILABLE ONLY AT EXPRESS PRODUCTS*



AS SEEN ON **TV**



## *Retract-It*

Patented, Retractable, Magnetic,
Swivel Belt Clip

*GREAT FOR...*

- MOBILE PHONES
- DIGITAL CAMERAS
- ELECTRONIC ORGANIZERS
- PORTABLE CD PLAYERS
- HAND HELD GAMES
  *AND DOZENS OF OTHER GREAT USES!*

**ORDER NOW!!**



- MADE WITH A 38" 100 lb NYLON CABLE THAT WON'T TANGLE.
- RETRACTS ITEMS UP TO 10oz.
- ROTATES 360 DEGREES.
- DEVICE IS HELD IN PLACE BY A *ONE WAY* "RARE EARTH" MAGNET THAT WILL *NOT* HARM ANY ELECTRONIC DEVICE AND PLACES *NO* STRESS ON THE BELT CLIP.
- COMES WITH 2 DETACHABLE POSTS FOR MULTIPLE APPLICATIONS.
- ADDITIONAL POSTS ARE AVAILABLE
- THE RETRACT-IT IS BEING BACKED BY A **5** MILLION DOLLAR DIRECT RESPONSE TV ADVERTISING CAMPAIGN.

CHANCES ARE YOUR CUSTOMERS
WILL HAVE ALREADY SEEN THE RETRACT-IT ADS
BEFORE THEY EVEN WALK IN YOUR STORE.
*DON'T LET THEM LEAVE WITHOUT IT!*

BP-24



**Express Products**

*WIRELESS ACCESSORIES & MORE*

**PHONE:** *1-888-676-4046*
**FAX:** *1-888-780-1234*
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT OUR WEB SITE:**
*WWW.1888EXPRESS.COM*

# SPECIALS



## *"CLEARLINK"* Drive Time Kits
5dB mini magnet mount antenna.
Connects directly to phone
Available for...

| | | | |
|---|---|---|---|
| Audiovox | Motorola | Nokia | Kyocera |
| Ericsson | NEC | Panasonic | Samsung |
| Lg | Nextel | Qualcomm | |

### *ONLY $12.00ea*

## *HDSET-P135*
OVER-THE-EAR HEADSET
WITH VOLUME & MUTE
For Nokia 3360/3390 or 2.5mm PLUG



### *$9.95 EACH*
BUY 3 GET 1 *FREE!*



## SUPER SIX-PACK OF HEADSETS
1-Telex over-the-ear.
1-Clearlink over-the-ear.
1-Retractable ear-bud.
1-Vizier, ear-bud w/boom.
1-Fixed Ear Hook
1– Over-the-ear with answer/disconnect & volume.

### All for just *$19.95*

BP-25



**PHONE: *1-888-676-4046***
**FAX: *1-888-780-1234***
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT OUR WEB SITE:**
***WWW.1888EXPRESS.COM***

*WIRELESS ACCESSORIES & MORE*

# Cellport

# Nokia 5100/6100 and StarTAC All-in-One Bundle Offer

| | |
|---|---|
| Purchase a Cellport 3000 with a N61 Pocket Adapter **Order code: HFCPK61** | $109.99 |
| Purchase a Cellport 3000 with a StarTAC Pocket Adapter **Order code: HFCPKST** | $109.99 |

## *CALL FOR QUANTITY DISCOUNTS!*

**Promotion Period:  March 1, 2002 to March 31, 2002** (or while supplies last)

**Terms:**

- Dealers must purchase *CELLPORT* kits for shipment before March 31, 2002.
- Offer is subject to change without notice.
- Take advantage of this offer as many times as desired.
- Offer is good for new orders placed starting March 1, 2002.

**Eligibility:**

- All Dealers and Distributors who purchase from EXPRESS PRODUCTS at standard terms.



N61 Pocket Adapter compatible with: 3285, 5110, 5120, 5160, 5165, 5170, 5170i, 5185i, 5190, 6120, 6120i, 6150, 6160, 6060i, 6160m, 6161, 6161i, 6162, 6162i, 6162m, 6185, 6190, 6210.

StarTAC Pocket Adapter compatible with: StarTAC-ST7868W, ST7867W, ST7860W, ST7797, ST7790si, ST7790i, ST7762, ST7760, 6500, 3000, Timeport P8767, P8167, P8160, P8097, P8090, Talkabout T9097, T8167, T8160, T8097, T8090.

**To place an order...**

# Contact Your *EXPRESS PRODUCTS* Sales Representative Today!



**PHONE 1-888-676-4046**
**FAX 1-888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*



**WIRELESS ACCESSORIES & MORE**

CELLPORT POCKET ADAPTERS ARE NOW AVAILABLE
FOR THE KYOCERA 2035 AND NOKIA 8260*
*NOKIA 3360* POCKET ADAPTER (3/02)*

*PURCHASE A COMPLETE CELLPORT SYSTEM AND GET A FREE ON-GLASS ANTENNA*

*NEW!*



**NEXTEL i550/i700/i1000/i2000**
Remote Speaker/Mic
Clips to clothing, belt, or car visor
Keeps your hands free!

**EAR BUD W/PTT AVAILABLE FOR i85/i50!**

**ClipSafe**
EASY MOUNT CLIP



Mini carabiner style clip
mounts easily to your phone,
radio or GPS

**Cell Safe DX4**
ALL CONDITIONS PHONE & GPS CASE

- Virtually indestructible
- Watertight O-ring seal
- Floats
- Protects phone from shock
- Available in yellow or black

**Cell Safe DP1**
BOXIT 5.0 DOLPHIN



- Fits most phones
- Completely watertight & shockproof
- Allows full use of phone
- Convenient belt loop

**NOKIA 5100 SERIES FACE PLATES**



**NBA:** *LAKERS, SIXERS, MAVERICKS & MORE*
**NHL:** *FLYERS, RED WINGS, STARS, PENGUINS & MORE*
**NASCAR:** *KENSETH, LaBONTE, STEWART, EARNHARDT & OTHERS*
**COLLEGE:** *NOTRE DAME, MISS STATE, LSU & MANY MORE*

BP-27



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials good thru July 30, 2004



# NEW!



## FUSION

High quality water resistant, (Rubber Like) cases that keep your phone stylishly handy! Attractive color trim and swivel belt clip!

*Available for Nextel, Motorola, Sanyo and Universal Pouch!*

## StingRay

**Deluxe Fitted
and Universal Cases
Available for...
Nextel Falcon series, Kyocera,
LG, Motorola, Nokia, Sam-
sung,Sanyo, Audiovox and Uni-**



# PLUS, Get a *FREE* Universal
Swivel Vent clip with
every Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-28



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials good thru July 30, 2004



# NEW!



## FUSION

High quality water resistant, (Rubber Like) cases that keep your phone stylishly handy! Attractive color trim and swivel belt clip!

*Available for Nextel, Motorola, Sanyo and Universal Pouch!*

*StingRay*

**Deluxe Fitted and Universal Cases Available for...**

**Nextel Falcon series, Kyocera, LG, Motorola, Nokia, Sam-sung, Sanyo, Audiovox and Uni-**



## PLUS, Get a *FREE* Universal Swivel Vent clip with every Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-29



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials good thru July 23, 2004



# NEW!
## CCM Roadster
ALL-IN-ONE HANDS FREE

For Nextel i530

### *Special. This week Only $26.99!*

## NOW IN STOCK!
TUF Cases for Nextel i830!
Available in Nylon,
Black Leather
And Blonde Nubuck Leather.
### *Order Today!*





EXPRO Swivel Clip Combo Kit
4pc kit includes…
Belt clip, Universal Button, Nokia
button and Car dash mount.
$ .50ea or 6 kits for $1.99!!!!



**HDSET-12**
PREMIUM
EXPRO EAR BUD
WITH 2" BOOM & ON/OFF.
2.5mm JACK
*$9.89ea BUY 1 GET 1*
*FREE*

**HDSET4**
"CLEARLINK"
OVER-THE-EAR HEADSET
ADJUSTABLE EARHOOK
AND CLEAR VOICE TUBE
2.5mm JACK
*$5.00ea BUY 1 GET 1*
*FREE!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-30



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

Specials good thru July 23, 2004



# NEW!
## CCM Roadster
ALL-IN-ONE HANDS FREE

For Nextel i530

*Special. This week Only $26.99!*

## NOW IN STOCK!
TUF Cases for Nextel i830!
Available in Nylon,
Black Leather
And Blonde Nubuck Leather.
*Order Today!*





EXPRO Swivel Clip Combo Kit
4pc kit includes...
Belt clip, Universal Button, Nokia
button and Car dash mount.
$ .50ea or 6 kits for $1.99!!!!



**HDSET-12**
PREMIUM
EXPRO EAR BUD
WITH 2" BOOM & ON/OFF.
2.5mm JACK
*$9.89ea BUY 1 GET 1
FREE*

**HDSET4**
"CLEARLINK"
OVER-THE-EAR HEADSET
ADJUSTABLE EARHOOK
AND CLEAR VOICE TUBE
2.5mm JACK
*$5.00ea BUY 1 GET 1
FREE!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-31



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

Specials good thru July 16, 2004

# New! Flashing Disco Ball Antennas!!
## Flashing, Multicolor Lights Inside a "Disco Ball"



Available for...
Nextel i730/i530 (retractable)
Nextel i90 (retractable)
Motorola V60 (TDMA retractable)

# NEW! Parrot CK3100 Bluetooth Hands Free Kit

Works with ANY Bluetooth enabled phone!
Brings your phones display to your dashboard!
Displays your phonebook and caller ID!
Voice recognition dialing!
Automatically mutes your car stereo!
Plays your calls through your car stereo!
Easy to install and easy to use!

*Only $179.99*

E**X**PRO

**P135 HEADSET**
OVER THE EAR HEADSET
WITH 2.5mm PLUG, and On/Off Button
*ONLY $3.99ea!!!*



**TELEX**
OVER-THE-EAR
HEADSET.
*$1.00*ea
With any order.
No Limit!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-32



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials good thru July 16, 2004

# New! Flashing Disco Ball Antennas!!
## Flashing, Multicolor Lights Inside a "Disco Ball"



Available for...
Nextel i730/i530 (retractable)
Nextel i90 (retractable)
Motorola V60 (TDMA retractable)

## NEW! Parrot CK3100 Bluetooth Hands Free Kit

Works with ANY Bluetooth enabled phone!
Brings your phones display to your dashboard!
Displays your phonebook and caller ID!
Voice recognition dialing!
Automatically mutes your car stereo!
Plays your calls through your car stereo!
Easy to install and easy to use!



*Only $179.99*

**EXPRO**

**P135 HEADSET**
OVER THE EAR HEADSET
WITH 2.5mm PLUG, and On/Off Button
*ONLY $3.99ea!!!*

**TELEX**
OVER-THE-EAR
HEADSET
*$1.00ea*
With any order.
No Limit!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-33

**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials good thru July 16, 2004

# New! Flashing Disco Ball Antennas!!
## Flashing, Multicolor Lights Inside a "Disco Ball"



Available for...
Nextel i730/i530 (retractable)
Nextel i90 (retractable)
Motorola V60 (TDMA retractable)

## NEW! Parrot CK3100 Bluetooth Hands Free Kit

Works with ANY Bluetooth enabled phone!
Brings your phones display to your dashboard!
Displays your phonebook and caller ID!
Voice recognition dialing!
Automatically mutes your car stereo!
Plays your calls through your car stereo!
Easy to install and easy to use!



*Only $179.99*

**EXPRO**

**P135 HEADSET**
OVER THE EAR HEADSET
WITH 2.5mm PLUG, and On/Off Button
*ONLY $3.99ea!!!*

**TELEX**
OVER-THE-EAR
HEADSET.
*$1.00*ea
With any order.
No Limit!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

Specials good thru July 9, 2004



## Order ANY Heavy-Duty
## Nylon *TUF Case*
## For only $8.95
## and get a
## Plug-In Car Charger
## For Only $ .50!

### Introducing the worlds first
### *BLUETOOTH* Hands Free Zero Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly
provides drivers with advanced
Hands free functions. Full Duplex!

### *Only $89.99ea*





## CCM BLUE WARRIOR
Wireless Bluetooth Headset!
Compatible with ALL Bluetooth
enabled phones!

## *Only $55.00*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

Specials good thru July 9, 2004



# Order ANY Heavy-Duty
# Nylon *TUF Case*
# *For only $8.95*
# and get a
# Plug-In Car Charger
# *For Only $ .50!*

### Introducing the worlds first
### *BLUETOOTH* Hands Free Zero Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly
provides drivers with advanced
Hands free functions. Full Duplex!

*Only $89.99ea*







# CCM BLUE WARRIOR
Wireless Bluetooth Headset!
Compatible with ALL Bluetooth
enabled phones!

# *Only $55.00*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-36



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: SALES@1888EXPRESS.COM**
**VISIT: WWW.1888EXPRESS.COM**

WIRELESS ACCESSORIES & MORE

*Specials Valid Thru July 9th, 2004*

*ITS RETRACTABLE!*



*Uses PROTEC Interchangeable Tips!*

**Call For More Details!**

## NEW!
## PROTEC 3 in 1 Charger
### Charge at Home!
### Charge in the Car!
### AND
### Charge at the Office,
### using the USB Interface!

*NEW!* Nextel i730 Extended Battery Cover!
Will accommodate up to a 1400mah battery!
*$2.00ea*





### 3D Holograms
Lowest Price Ever!

Get Three for $1.00!

## Patriotic Phone Holders!
Magnetic Flags For The Dash Board*!*
*Hold phones securely!*
*Fast and easy to use!*
### Only $1.99ea



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-37



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Specials Valid Thru July 9th, 2004*

*ITS RETRACTABLE!*



*Uses PROTEC Interchangeable Tips!*

Call For More Details!

**NEW!**
**PROTEC 3 in 1 Charger**
Charge at Home!
Charge in the Car!
AND
Charge at the Office,
using the USB Interface!

*NEW!* Nextel i730 Extended Battery Cover!
Will accommodate up to a 1400mah battery!
*$2.00ea*



*3D Holograms*
Lowest Price Ever!

Get Three for $1.00!



**Patriotic Phone Holders!**
Magnetic Flags For The Dash Board*!*
*Hold phones securely!*
*Fast and easy to use!*
*Only $1.99ea*



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: SALES@1888EXPRESS.COM
VISIT: WWW.1888EXPRESS.COM

*Specials Valid Thru July 9th, 2004*

ITS RETRACTABLE!



*Uses PROTEC Interchangeable Tips!*

Call For More Details!

**NEW!**
**PROTEC 3 in 1 Charger**
Charge at Home!
Charge in the Car!
AND
Charge at the Office,
using the USB Interface!

**NEW!** Nextel i730 Extended Battery Cover!
Will accommodate up to a 1400mah battery!
**$2.00ea**



**3D Holograms**
Lowest Price Ever!

Get Three for $1.00!



**Patriotic Phone Holders!**
Magnetic Flags For The Dash Board!
*Hold phones securely!*
*Fast and easy to use!*
**Only $1.99ea**



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of June 22-25, 2004



# *Bakers Dozen Special!*
# Buy 12 Holsters
# And
# Get a 13th *FREE!*
*Choose any model, mix and match!*







## Introducing the worlds first
### *BLUETOOTH*
### Handsfree Soft Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
**Full Duplex!**

## *Only $89.99ea*





# M3000 from Plantronics

**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**

## *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of June 22-25, 2004



# *Bakers Dozen Special!*
## Buy 12 Holsters
## And
## Get a 13th *FREE!*
### *Choose any model, mix and match!*





## Introducing the worlds first
### *BLUETOOTH*
### Handsfree Soft Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
**Full Duplex!**
## *Only $89.99ea*





## M3000 from Plantronics
**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**
## *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-41



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
*EMAIL: SALES@1888EXPRESS.COM*
*VISIT: WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of June 14-18, 2004

# NEW!

## Imported Italian Rubberized Cases!
Beautiful yet Tough! Cut for a perfect fit!
Durable Steel Belt Clip!
Available for Samsung, Siemens, Motorola
Nextel and Sanyo Phones!

### Introductory Priced *Only $7.95*

HDSET 12


HDSET-TELEX



## *Bakers Dozen Special!*
Buy 12 Headsets
And
Get a 13th *FREE!*
*Choose from these
great headsets!*


HDSET 8


HDSET 2

HDSET 10

HDSET

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-42



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

Specials for week of June 7-11, 2004



# NEW!  HDSET-P135-730

## Over-The-Ear Headset for NEXTEL Falcon Series Phones With PTT Button!

## Premium Quality at a Low Price!

# *Only $7.99!*



# *Bakers Dozen Special!*
## Buy 12 Car Chargers and Get a 13th *FREE!*



**Standard**

**EXPRO**



**PROTEC**

**Retractable**



### HDSET 8
HANDSFREE EAR HOOK.
COMFORTABLE AND LIGHT.
WITH ON/OFF BUTTON
BLOWOUT SALE!

### *Only $2.00*

### HDSET10
PREMIUM, OVER-THE-EAR
WITH BOOM.
CRYSTAL CLEAR SOUND.
THREE WAY COMFORT
ADJUSTMENT.

### *Only $4.00*
(HDSET-10)



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*WIRELESS ACCESSORIES & MORE*

Specials for week of June 1-4, 2004



# The Italian Executive Kit

We've paired up two great
Express Products exclusives!

Get The New Imported
Italian Leather Case *AND* get the
PROTEC In-Car charger with it's innovative design
and detachable tip!

*Only $10.00!*

**Available for
ALL popular phones!**

# NEW!

CCM Universal Desk-Top Station.
Hands free For the Home or Office!
Built-in Speaker, Volume Control
and Privacy Handset!

*Only $39.99!*





**Jabra Ear Boom**
2.5mm Plug.
Six Comfort Gels
Retail Packaged.
*Only $4.95*
*(HDSET JB-SP)*

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
INTRODUCTORY SPECIAL!
*$7.50ea*



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-44



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Express Products*
WIRELESS ACCESSORIES & MORE

Specials for week of June 1-4, 2004



# The Italian Executive Kit

## We've paired up two great Express Products exclusives!

Get The New Imported Italian Leather Case *AND* get the PROTEC In-Car charger with it's innovative design and detachable tip!

*Only $10.00!*

Available for
ALL popular phones!

# NEW!
CCM Universal Desk-Top Station.
Hands free For the Home or Office!
Built-in Speaker, Volume Control
and Privacy Handset!

*Only $39.99!*





**Jabra Ear Boom**
2.5mm Plug.
Six Comfort Gels
Retail Packaged.
*Only $4.95*
*(HDSETJB-SP)*

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
*$7.50ea*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

Specials for week of June 1-4, 2004



# The Italian Executive Kit

We've paired up two great
Express Products exclusives!

Get The New Imported
Italian Leather Case *AND* get the
PROTEC In-Car charger with it's innovative design
and detachable tip!

*Only $10.00!*

Available for
ALL popular phones!

# NEW!
CCM Universal Desk-Top Station.
Hands free For the Home or Office!
Built-in Speaker, Volume Control
and Privacy Handset!

*Only $39.99!*





**Jabra Ear Boom**
2.5mm Plug.
Six Comfort Gels
Retail Packaged.
*Only $4.95*
*(HDSETJB-SP)*

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
INTRODUCTORY SPECIAL!
*$7.50ea*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-46



# Express Products
### WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials for week of June 1-4, 2004



# The Italian Executive Kit

## We've paired up two great Express Products exclusives!

Get The New Imported
Italian Leather Case *AND* get the
PROTEC In-Car charger with it's innovative design
and detachable tip!

## *Only $10.00!*

**Available for
ALL popular phones!**

# NEW!
## CCM Universal Desk-Top Station.
## Hands free For the Home or Office!
## Built-in Speaker, Volume Control
## and Privacy Handset!

## *Only $39.99!*





### Jabra Ear Boom
2.5mm Plug.
Six Comfort Gels
Retail Packaged.
## *Only $4.95*
*(HDSETJB-SP)*

### HDSET-15
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
### $7.50ea

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of June 1-4, 2004



# The Italian Executive Kit

## We've paired up two great Express Products exclusives!

Get The New Imported Italian Leather Case *AND* get the PROTEC In-Car charger with it's innovative design and detachable tip!

### *Only $10.00!*

Available for ALL popular phones!

# NEW!
CCM Universal Desk-Top Station.
Hands free For the Home or Office!
Built-in Speaker, Volume Control
and Privacy Handset!

## *Only $39.99!*



**Jabra Ear Boom**
2.5mm Plug.
Six Comfort Gels
Retail Packaged.



### *Only $4.95*
*(HDSETJB-SP)*

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
*$7.50*ea

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of May 24-28, 2004

# Motorola V300/V400
# *Executive Starter Kits*



### *3 piece kit includes...*
In-Car Charger
Swivel Belt Clip Holster
*And*
Handsfree Earbud



# *Only $3.88!*



## NEW!
## CCM BLUE WARRIOR
Wireless Bluetooth Headset!
Compatible with ALL Bluetooth
enabled phones!



## Introductory Priced, Only $55.00

Call today about our
Fone Data Suite
Demo Disc Program!



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-49



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Express Products*
WIRELESS ACCESSORIES & MORE

Specials for week of May 17– 23, 2004

# *NEW!* LED Flashlight attachment for PROTEC Series Chargers.

Use it with the PROTEC In-Car Chargers or with the PROTEC Travel Chargers!

Can also be used as a map light, reading light for passengers or to find lost items in the car at night!



# trēo

## OEM In-Car Chargers And Hotsync Cables Now Available!



# Get a FREE Universal Vent Clip When You Buy ANY Premium Phone Case



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-50



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of May 17– 23, 2004

# NEW! LED Flashlight attachment for PROTEC Series Chargers.

Use it with the PROTEC In-Car Chargers or with the PROTEC Travel Chargers!

Can also be used as a map light, reading light for passengers or to find lost items in the car at night!



## trēo

OEM In-Car Chargers And Hotsync Cables Now Available!



Get a FREE Universal Vent Clip When You Buy ANY Premium Phone Case



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-51



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of May 17– 23, 2004

*NEW!* LED Flashlight attachment for PROTEC Series Chargers.

Use it with the PROTEC In-Car Chargers or with the PROTEC Travel Chargers!

Can also be used as a map light, reading light for passengers or to find lost items in the car at night!





## trēo

OEM In-Car Chargers And Hotsync Cables Now Available!

Get a FREE Universal Vent Clip When You Buy ANY Premium Phone Case



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-52



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# NEW!



## CCM Roadster
### ALL-IN-ONE HANDS FREE

## For Motorola V300/V400/V500/V600

## *Order Today!*

## *Headsets with PTT*
## For Nextel Falcon Series!
### Three Styles to Choose!

Earbud $4.95
Over-The-Ear $7.95
Over-The-Head $9.95





### SUPER SUMMER SIX-PACK
### OF HEADSETS
1-Over-the-ear w/mini boom. *(HDSET-10)*
1-Clearlink over-ear. *(HDSET-4)*
1-Retractable Ear Bud w/nokia adapter *(HDSET-5)*
1-Telex Over-The Ear. *(HDSET-TELEX)*
1-Over-Ear with boom. *(HDSET-2)*
1-Over-ear with answer/end & vol. control *(HDSET-7)*

### All for just *$19.95*
#### *(hdset six pack)*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



PHONE: **888-676-4046**
FAX: **888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# NEW!



## CCM Roadster
### ALL-IN-ONE HANDS FREE

For Motorola V300/V400/V500/V600

## *Order Today!*

## *Headsets with PTT*
### For Nextel Falcon Series!
Three Styles to Choose!

Earbud $4.95
Over-The-Ear $7.95
Over-The-Head $9.95





### SUPER SUMMER SIX-PACK
### OF HEADSETS
1-Over-the-ear w/mini boom. *(HDSET-10)*
1-Clearlink over-ear. *(HDSET-4)*
1-Retractable Ear Bud w/nokia adapter *(HDSET-5)*
1-Telex Over-The Ear. *(HDSET-TELEX)*
1-Over-Ear with boom. *(HDSET-2)*
1-Over-ear with answer/end & vol. control *(HDSET-7)*

## All for just *$19.95*
*(hdset six pack)*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

## *NEW AT EXPRESS PRODUCTS!!!*

*NEW!* **EXPRO**

## Nylon Sport Pouches
## Heavy-Duty Construction
## For years of use!
## Three ways to wear!
## Steel belt clip, Belt loop
## or Lanyard!



*Only $3.50 each!*

*StingRay*

### New Deluxe Fitted
### and Universal Cases
### Available for
### Nextel Falcon series,
### Lg 6000, and More!



PLUS, Get a **FREE** Universal
Swivel Vent clip for every
Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-55



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Specials for week of May 3-7*

# Shuttle Cases

These High-Tech cases fit your
phone perfectly!
Stylish 2-tone design!
Elastic "flex band" for maximum
flexibility!
Convenient, easy-to-use swivel clip
with push-button release!

Available in FOUR great styles for...
LG-vx4400
Motorola T722/T720, V60, V66



# *CLEARANCE PRICED! $3.00ea*

---

# *NEW!!!*

## *StingRay* Premium Cases

Available for...

| | |
|---|---|
| **AUDIOVOX 8900** | **NOKIA 2260, 3560, 3570, 3585,** |
| **AUDIOVOX 8600** | **3586, 3590, 3595** |
| **KYOCERA 413, 414, 423, 434** | **NOKIA 3200** |
| **LG VX4400** | **SAMSUNG X426, X427** |
| **LG VX4500** | **SAMSUNG VI660, A660** |
| **LG VX6000** | **SAMSUNG A620, VGA1000** |
| **MOTOROLA V300** | **SANYO 5400/RL2500** |
| **MOTOROLA V400** | **SANYO SCP7300/RL7300** |
| **MOTOROLA V60P, V60S** | **SANYO 8100** |
| **NEXTEL i730** | **UNIVERSAL, FOR FLIP PHONES** |
| **NEXTEL i530** | **UNIVERSAL, FOR BAR PHONES** |
| **NEXTEL i305** | |
| **NEXTEL i205** | |

PLUS,
Get a *FREE*
Universal
Swivel Vent clip
for every Stingray
case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-56



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

## *NEW AT EXPRESS PRODUCTS!!!*

*NEW!* **EXPRO**

**Nylon Sport Pouches**
**Heavy-Duty Construction**
**For years of use!**
**Three ways to wear!**
**Steel belt clip, Belt loop**
**or Lanyard!**

*Only $3.50 each!*



*StingRay*

**New Deluxe Fitted**
**and Universal Cases**
**Available for**
**Nextel Falcon series,**
**Lg 6000, and More!**



PLUS, Get a *FREE* Universal
Swivel Vent clip for every
Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: SALES@1888EXPRESS.COM
VISIT: WWW.1888EXPRESS.COM

## NEW AT EXPRESS PRODUCTS!!!

**NEW! EXPRO**

## Nylon Sport Pouches
**Heavy-Duty Construction**
**For years of use!**
**Three ways to wear!**
**Steel belt clip, Belt loop**
**or Lanyard!**

*Only $3.50 each!*





*StingRay*

**New Deluxe Fitted**
**and Universal Cases**
**Available for**
**Nextel Falcon series,**
**Lg 6000, and More!**

PLUS, Get a **FREE** Universal Swivel Vent clip for every Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



BP-58



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

## *NEW AT EXPRESS PRODUCTS!!!*



# E𝑿PRO P311

## Over-The-Ear Headset With Push-To-Talk Button!
## For NEXTEL Falcon Series.
## Compatible with i730, i530, i305 and i205

# IMPORTED ITALIAN LEATHER CASES
## Now available for...

Samsung A620    Sanyo 8100
Samsung A660    Motorola V60s
Motorola V600   Motorola V400



## Get a FREE Leather Key Fob with any Italian Leather Purchase!

### *Other New Items Available!*

**DESK-TOP CHARGERS**
LG 4400
Motorola V300

**LEATHER CASES**
LG 4500
Nokia 3200

**BATTERIES**
Sanyo 4500
NEC 515

**HOLSTERS**
Audiovox 8410
LG 5250
LG 4050
Motorola V400
Motorola MPx200

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-59



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## Visit us at the CTIA show in Atlanta, March 22, 23 & 24
## Booth #2669

## Order ANY Heavy-Duty Nylon *TUF* Case
## For only $8.95
## and get an



## E*X*PRO
## Plug-In Car Charger
## FREE!

# *New Items Now Available!*

**DATA CABLES**
LG 4010, LG 4050
LG 4400, Siemans A56
**HOLSTERS**
Sanyo 7200, Sanyo 5400,
Nokia N-GAGE
**LEATHER CASES**
Audiovox 8450, 8900,
Motorola V300, MPx200
Nokia 3300

**BATTERIES**
Nokia 6510, LG VX3100 (silver), 4050
Samsung N400, A400, N240, S105, S307,
A620/vga1000
Siemans S46 Sanyo 4000
Audiovox 8600, 8500, 9500, 8900, 9900
Kyocera SE47, Samsung E715
Motorola T720 (1400Mah), V300
Sony/Ericsson T610

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-60



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# Visit us at the CTIA show in Atlanta, March 22,23 & 24
## Booth #2669



## Order ANY Heavy-Duty Nylon *TUF* Case
## *For only $8.95*
## and get an



## E*X*PRO
## Plug-In Car Charger
## FREE!

# *New Items Now Available!*

**DATA CABLES**
LG 4010, LG 4050
LG 4400, Siemans A56
**HOLSTERS**
Sanyo 7200, Sanyo 5400,
Nokia N-GAGE
**LEATHER CASES**
Audiovox 8450, 8900,
Motorola V300, MPx200
Nokia 3300

**BATTERIES**
Nokia 6510, LG VX3100 (silver), 4050
Samsung N400, A400, N240, S105, S307,
A620/vga1000
Siemans S46 Sanyo 4000
Audiovox 8600, 8500, 9500, 8900, 9900
Kyocera SE47, Samsung E715
Motorola T720 (1400Mah), V300
Sony/Ericsson T610

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-61



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# Visit us at the CTIA show in Atlanta, March 22,23 & 24
## Booth #2669

## Order ANY Heavy-Duty Nylon *TUF* Case For only $8.95 and get an



## E*X*PRO
## Plug-In Car Charger
## FREE!

# *New Items Now Available!*

**DATA CABLES**
LG 4010, LG 4050
LG 4400, Siemans A56
**HOLSTERS**
Sanyo 7200, Sanyo 5400,
Nokia N-GAGE
**LEATHER CASES**
Audiovox 8450, 8900,
Motorola V300, MPx200
Nokia 3300

**BATTERIES**
Nokia 6510, LG VX3100 (silver), 4050
Samsung N400, A400, N240, S105, S307,
A620/vga1000
Siemans S46 Sanyo 4000
Audiovox 8600, 8500, 9500, 8900, 9900
Kyocera SE47, Samsung E715
Motorola T720 (1400Mah), V300
Sony/Ericsson T610

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-62



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: **888-676-4046**
FAX: **888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# E**X**PRO SPORT POUCHES
## WITH ROTATING BELT CLIP
AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

Available in black, silver or blue!
*Only $2.95*

# *FLASHING ACCESSORIES!*
## FLASHING BATTERIES, KEYPADS, AND BATTERY COVERS!
*AVAILABLE FOR ...*
*NEXTEL i730, i95/i90*
*NOKIA, MOTOROLA, AND MORE!*





# *CELLFOAM POUCHES*
Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!
## *On Sale, Only $2.50 each!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# E**X**PRO SPORT POUCHES

## WITH ROTATING BELT CLIP
AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

*Available in black, silver or blue!*
*Only $2.95*

# *FLASHING ACCESSORIES!*
FLASHING BATTERIES, KEYPADS,
AND BATTERY COVERS!
*AVAILABLE FOR ...*
*NEXTEL i730, i95/i90*
*NOKIA, MOTOROLA, AND MORE!*





## CELLFOAM POUCHES
Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!
*On Sale, Only $2.50 each!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



# E**X**PRO SPORT POUCHES
## WITH ROTATING BELT CLIP
AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

Available in black, silver or blue!
*Only $2.95*

# *FLASHING ACCESSORIES!*
## FLASHING BATTERIES, KEYPADS, AND BATTERY COVERS!
*AVAILABLE FOR ...*
*NEXTEL i730, i95/i90*
*NOKIA, MOTOROLA, AND MORE!*



# *CELLFOAM POUCHES*
Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!
## *On Sale, Only $2.50 each!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

# HANDSFREE SPECIALS!!!



***NEW!!!*** Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
***Only $9.99ea!***

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
***Only $6.99ea!***



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
***Only $4.50ea***



**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
***WAS $9.95 NOW $3.59***



***NEW & IMPROVED "RETRACT-IT"***
UNIVERSAL RETRACTABLE
BELT CLIP.
***$7.99 Buy 1 Get 1 Free!!***

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# HANDSFREE SPECIALS!!!



### NEW!!! Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $9.99ea!*

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $6.99ea!*



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
*Only $4.50ea*

**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
**WAS $9.95  NOW $3.59**

 

*NEW & IMPROVED "RETRACT-IT"*
UNIVERSAL RETRACTABLE
BELT CLIP.
*$7.99 Buy 1 Get 1 Free!!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-67



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# HANDSFREE SPECIALS!!!



**NEW!!!** Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $9.99ea!*

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $6.99ea!*



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
*Only $4.50ea*



**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*WAS $9.95  NOW $3.59*



*NEW & IMPROVED "RETRACT-IT"*
UNIVERSAL RETRACTABLE
BELT CLIP.
*$7.99 Buy 1 Get 1 Free!!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-68



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

**WIRELESS ACCESSORIES & MORE**

# HANDSFREE SPECIALS !



### HDSET-12
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
***WAS $9.95 NOW $3.59***

**E*X*PRO** Over-The-Ear headset.
HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!

## Buy 1 for $6.99 Get 1 Free





## *M3000* from **Plantronics**
Plantronics M3000 Bluetooth™ Headset offers the ultimate in wire-
less freedom and sound quality in a stylish, comfortable design.
The M3000 has up to eight hours of talk time and 200 hours of
standby time, and a noise-canceling microphone that reduces back-
ground noise. Compatible with Bluetooth devices supporting the
headset or hands-free profile.
## *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# HANDSFREE SPECIALS!!!



### NEW!!!

Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $9.99ea!*

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $6.99ea!*



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
*Only $4.50ea*



**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*WAS $9.95 NOW $3.59*



### NEW & IMPROVED "RETRACT-IT"
UNIVERSAL RETRACTABLE
BELT CLIP.
*$7.99 Buy 1 Get 1 Free!!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-70