**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BUSINESS PRO COMMUNICATIONS, INC., an Illinois corporation and TUNICA PHARMACY, Inc., individually and as the representatives of a Class of Similarly-Situated Persons, | ) ) ) ) | |
| | ) | Judge St. Eve |
| Plaintiffs, | ) | Magistrate Valdez |
| | ) | |
| v. | ) | Case No.  08 C 1323 |
| | ) | |
| EXPRESS PRODUCTS, INC. | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**

TO:    Service List

**PLEASE TAKE NOTICE THAT** on **March 31, 2008 at 8:30 a.m**., we shall appear before the **Honorable Judge Amy J. St. Eve** in **Room 1241**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, Defendant's **Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6)**, a copy of which has been previously served upon you.

By:    /s/ Molly A. Arranz
          Attorneys for EXPRESS PRODUCTS, INC.
          SMITH AMUNDSEN, LLC
          150 North Michigan Avenue, Suite 3300
          Chicago, Illinois 60601
          (312) 894-3200
          ARDC No.:  6281122

Dated:  March 17, 2008

Case No. 08 C 1323                                                                                3004105

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 17th day of March 2008, she served an **Amended Notice of Motion** regarding the Defendant, Express Products, Inc.'s **Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6)** on:

Brian J. Wanca                                             Phillip A. Bock
Ryan M. Kelly                                               Bock & Hatch LLC
Anderson & Wanca                                      134 N. LaSalle Street, Suite 1000
3701 Algonquin Road, Suite 760                Suite 1000
Rolling Meadows, IL 60008                        Chicago, IL  60602

Kevin Campbell
LaBarge, Campbell & Lyon, LLC
200 W. Jackson Blvd.
Suite 2050
Chicago, IL  60606

This pleading was served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]      Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on:  March 17, 2008.


                                  Molly A. Arranz

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR EXPRESS PRODUCTS, INC.