## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Business Pro Communications, Inc., et al.
                                  Plaintiff,

v.                                          Case No.: 1:08−cv−01323
                                                      Honorable Amy J. St. Eve

Express Products, Inc.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Date for filing Joint Status Report is extended to 3/31/2008. Initial Status hearing and Motion hearing on Defendant's motion to dismiss [12] is reset from 3/31/2008 to 4/3/2008 at 08:30 AM. in courtroom 1241. Mailed notice(dl)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.