# LaBarge, Campbell & Lyon, L.L.C.

ATTORNEYS AT LAW

200 WEST JACKSON BOULEVARD - SUITE 2050
CHICAGO, ILLINOIS 60606
TELEPHONE 312.580.9010   FACSIMILE 312.580.9011

Writer's Direct Dial (312) 580-9016
Writer's E-mail: NMesplou@LCLLAW.Com

March 10, 2006

Mr. Ryan Kelly
Anderson & Wanca
3701 Algonquin Road
Suite 7650
Rolling Meadows, IL  60008

      Re:    **Business Pro Communications v. Express Products**
               Lake County Court No.:  04 L 10438
               Our File No.:  800.021423

Dear Mr. Kelly:

I am in receipt of your correspondence dated March 3, 2006, regarding the defendant's supplemental answers to interrogatories. In response to your inquiry regarding Interrogatory No. 11, the defendant estimates that on approximately 40 separate occasions, it sent 2,000 to 3,000 facsimiles on each occasion. With respect to Interrogatory No. 15, the defendant no longer possesses any lists provided by Info USA.

                                   Very truly yours,

                                   LaBARGE, CAMPBELL & LYON, L.L.C.

                                   By:  Natalie M. Mesplou

NMM