# ANDERSON + WANCA
## ATTORNEYS AT LAW

3701 ALGONQUIN ROAD, SUITE 760, ROLLING MEADOWS, IL 60008
TEL: (847) 368-1500 • FAX: (847) 368-1501
EMAIL: BUSLIT@ANDERSONWANCA.COM

March 31, 2006

Kevin Campbell
LaBarge, Campbell & Lyon, LLC
200 W. Jackson Blvd., Suite 2050
Chicago, IL 60606

Re: <u>Business Pro Communications v. Express Products</u>

Dear Counsel:

Enclosed please find all the documents and one CD-ROM produced by Mail2Media pursuant to the subpoena issued in Michigan. My office has been billed $255.00 from Mail2Media to retrieve this information and request that one half of the bill be paid by your client. Accordingly, please remit payment in the amount of $152.50 made payable to Anderson + Wanca.

Should you have any questions, please do not hesitate to call.

Very truly yours,

ANDERSON + WANCA

Ryan M. Kelly

RMK
cc: Phillip A. Bock