**Mail2Media L.L.C.**
**2241 Bellingham**
**Troy, MI 48083-2005**



Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

| MAIL YOUR PAYMENTS TO: |
|---|

**SOLD TO:**

Express Products
18 Cassell Road
Souderton, PA  18964

**Attn: Mr. Dan Geiger**
   **(215) 703-0890**

| INVOICE NUMBER: | 022002-030 |
|---|---|
| INVOICE DATE: | February 19, 2002 |
| GMS NUMBER: | 215-703-0890 |

| TERMS:   Credit Card |
|---|

| TERMS:   PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT |
|---|

| DATE | DESCRIPTION OF DIRECT MAIL & FAX SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 02/18/02 | GMS Faxing Silver Registration | | $250.00 |
| | Paid by Credit Card 02/19/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION. VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –
www.yipeee.com

| | TOTAL DUE: | $0.00 |
|---|---|---|



PLAINTIFF'S EXHIBIT
No. 1
9-14-06

**Mail2Media L.L.C.**
2241 Bellingham
Troy, MI 48083-2005




Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

---

**MAIL YOUR PAYMENTS TO:**

**SOLD TO:**

Express Products
18 Cassell Road
Souderton, PA  18964

**Attn: Mr. Dan Geiger**
      **(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | **032002-043** |
| **INVOICE DATE:** | **March 15, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |

**TERMS:**  Credit Card

---

**TERMS:   PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 03/15/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $250.00 |
| | Paid by Credit Card 03/15/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET
OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.
VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

**TOTAL DUE:**     $0.00

**Mail2Media L.L.C.**
2241 Bellingham
Troy, MI 48083-2005





Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

**MAIL YOUR PAYMENTS TO:**

**SOLD TO:**

Express Products
18 Cassell Road
Souderton, PA  18964

**Attn: Mr. Dan Geiger**
**(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | 042002-024 |
| **INVOICE DATE:** | April 8, 2002 |
| **GMS NUMBER:** | (215) 703-0890 |
| | |
| **TERMS:** | Credit Card |

**TERMS:   PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 04/08/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $250.00 |
| | Paid by Credit Card 04/08/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

**TOTAL DUE:**      $0.00

**Mail2Media L.L.C.**
2241 Bellingham
Troy, MI 48083-2005



Phone: (248) 689-5601
Fax:     (248) 689-5606
Email: billing@mail2media.net

**MAIL YOUR PAYMENTS TO:**

SOLD TO:

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
     **(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | **042002-054** |
| **INVOICE DATE:** | **April 15, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |
| | **TERMS:  Credit Card** |

**TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 04/15/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $250.00 |
| | Paid by Credit Card 04/15/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

| | |
|---|---|
| **TOTAL DUE:** | $0.00 |



**Mail2Media, Inc.**
**2241 Bellingham**
**Troy, MI 48083-2005**



Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

**MAIL YOUR PAYMENTS TO:**

SOLD TO:

Express Products
18 Cassell Road
Souderton, PA  18964

Attn: Mr. Dan Geiger
     (215) 703-0890

| INVOICE NUMBER: | 052002-046 |
|---|---|
| INVOICE DATE: | May 14, 2002 |
| GMS NUMBER: | (215) 703-0890 |

TERMS:  Credit Card

**TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 05/14/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $250.00 |
| | Paid by Credit Card 05/14/02 | | |
| | | TOTAL DUE: | $0.00 |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –



**Mail2Media L.L.C.**
**2241 Bellingham**
**Troy, MI 48083-2005**



**Phone: (248) 689-5601**
**Fax:    (248) 689-5606**
**Email: billing@mail2media.net**

---

**MAIL YOUR PAYMENTS TO:**

**SOLD TO:**

Express Products
18 Cassell Road
Souderton, PA  18964

**Attn: Mr. Dan Geiger**
     **(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | **052002-056** |
| **INVOICE DATE:** | **May 20, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |
| **TERMS:  Credit Card** | |

---

**TERMS:   PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

---

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 05/20/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $300.00 |
| | Paid by Credit Card 05/20/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

| | |
|---|---|
| **TOTAL DUE:** | $0.00 |

**Mail2Media L.L.C.**
2241 Bellingham
Troy, MI 48083-2005





Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

---

**MAIL YOUR PAYMENTS TO:**

SOLD TO:

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
    **(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | **052002-068** |
| **INVOICE DATE:** | **May 30, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |

**TERMS:**  Credit Card

---

**TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 05/30/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $150.00 |
| | - Paid by Credit Card 05/30/02 | | |

---

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

| | |
|---|---|
| **TOTAL DUE:** | $0.00 |



**Mail2Media L.L.C.**
**2241 Bellingham**
**Troy, MI 48083-2005**



Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

| MAIL YOUR PAYMENTS TO: |
|---|

**SOLD TO:**

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
**(215) 703-0890**

| INVOICE NUMBER: | 062002-002 |
|---|---|
| INVOICE DATE: | June 3, 2002 |
| GMS NUMBER: | (215) 703-0890 |
| TERMS:  Credit Card | |

| TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT |
|---|

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 06/03/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $250.00 |
| | - Paid by Credit Card 06/03/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

| | | TOTAL DUE: | $0.00 |
|---|---|---|---|

**Mail2Media L.L.C.**
**2241 Bellingham**
**Troy, MI 48083-2005**





Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

**MAIL YOUR PAYMENTS TO:**

**SOLD TO:**

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
**(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | **062002-044** |
| **INVOICE DATE:** | **June 17, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |
| **TERMS:** | **Credit Card** |

**TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 06/17/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $350.00 |
| | Paid by Credit Card 06/17/02 | | |
| | | | |
| | **TOTAL DUE:** | | $0.00 |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

**Mail2Media L.L.C.**
2241 Bellingham
Troy, MI 48083-2005



Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net



MAIL YOUR PAYMENTS TO:

SOLD TO:

Express Products
18 Cassell Road
Souderton, PA  18964

Attn: Mr. Dan Geiger
(215) 703-0890

| INVOICE NUMBER: | 072002-004 |
|---|---|
| INVOICE DATE: | July 1, 2002 |
| GMS NUMBER: | (215) 703-0890 |

TERMS:  Credit Card

TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 07/01/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $350.00 |
| | -Paid by Credit Card 07/01/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET
OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.
VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

**TOTAL DUE:** $0.00

**Mail2Media L.L.C.**
**2241 Bellingham**
**Troy, MI 48083-2005**





**Phone: (248) 689-5601**
**Fax:     (248) 689-5606**
**Email: billing@mail2media.net**

**MAIL YOUR PAYMENTS TO:**

**SOLD TO:**

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
**(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | **072002-029** |
| **INVOICE DATE:** | **July 10, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |

**TERMS:   Credit Card**

**TERMS:   PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 07/10/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $1,000.00 |
| | Paid by Credit Card 07/10/02 | | |
| | | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

**TOTAL DUE:**          $0.00

**Mail2Media L.L.C.**
2241 Bellingham
Troy, MI 48083-2005



Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

| MAIL YOUR PAYMENTS TO: |
|---|

**SOLD TO:**

Express Products
18 Cassell Road
Souderton, PA  18964

Attn: Mr. Dan Geiger
      (215) 703-0890

| INVOICE NUMBER: | 082002-064 |
|---|---|
| **INVOICE DATE:** | **August 20, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |
| **TERMS:  Credit Card** | |

**TERMS:   PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 08/20/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $1,000.00 |
| | Paid by Credit Card 08/20/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

| | TOTAL DUE: | $0.00 |
|---|---|---|

**Mail2Media, L.L.C.** 
**2241 Bellingham**
**Troy, MI 48083-2005**



**Phone: (248) 689-5601**
**Fax:    (248) 689-5606**
**Email: billing@mail2media.net**

---

**MAIL YOUR PAYMENTS TO:**

---

**SOLD TO:**

Express Products
18 Cassell Road
Souderton, PA  18964

**Attn: Mr. Dan Geiger**
**(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | **102002-005** |
| **INVOICE DATE:** | **October 1, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |

**TERMS:  Credit Card**

---

**TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

---

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 10/01/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $1,000.00 |
| | Paid by Credit Card 10/01/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

| | |
|---|---|
| **TOTAL DUE:** | $0.00 |

Mail2Media L.L.C.
2241 Bellingham
Troy, MI 48083-2005





Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: billing@mail2media.net

**MAIL YOUR PAYMENTS TO:**

**SOLD TO:**

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
**(215) 703-0890**

| | |
|---|---|
| **INVOICE NUMBER:** | **112002-0105** |
| **INVOICE DATE:** | **November 22, 2002** |
| **GMS NUMBER:** | **(215) 703-0890** |

**TERMS:  Credit Card**

**TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 11/22/02 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $1,000.00 |
| | - Paid by Credit Card 11/22/02 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET
OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.
VISIT US ON THE WEB AT:**
www.Mail2Media.com –www.USAJobauction.com  www.downtownroyaloak.com.com –
www.woodwardave.com – www.downtownbirmingham.com – www.harperave.com –

**TOTAL DUE:**   $0.00

Mail2Media L.L.C.
4248 Delemere Court
Royal Oak, MI 48073-1808



Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: support@mail2media.net

**MAIL YOUR PAYMENTS TO:**

⇧

**SOLD TO:**

Express Products
18 Cassell Road
Souderton, PA  18964

**Attn: Mr. Dan Geiger**
     (215) 703-0890

| | |
|---|---|
| **INVOICE NUMBER:** | 122003-066 |
| **INVOICE DATE:** | December 16, 2003 |
| **GMS NUMBER:** | 608-825-9556 |

**TERMS:   Must be received by 12/31/2003**

**TERMS:   PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF FACSIMILE  SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 01/01/2004 | 100,000 Minutes into Account **608-825-9556** | $ .04 per page | $4,000.00 |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET
OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.
VISIT US ON THE WEB AT:**
www.Mail2Media.com

| | |
|---|---|
| **TOTAL DUE:** | $4,000.00 |

**Mail2Media L.L.C.**
**4248 Delemere Court**
**Royal Oak, MI 48073-1808**



Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: support@mail2media.net

| MAIL YOUR PAYMENTS TO: |
|---|

SOLD TO:

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
**(215) 703-0890**

| INVOICE NUMBER: | 012004-020 |
|---|---|
| INVOICE DATE: | January 13, 2004 |
| GMS NUMBER: | (215) 703-0890 |

| TERMS:  Credit Card |
|---|

| TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT |
|---|

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 01/13/04 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $700.00 |
| | Paid by Credit Card 01/13/04 | | |
| | | TOTAL DUE: | $0.00 |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com

**Mail2Media LLC**
**4248 Delemere Court**
**Royal Oak, MI 48073-1808**



**Phone: (248) 689-5601**
**Fax:    (248) 689-5606**
**Email: support@mail2media.net**

| MAIL YOUR PAYMENTS TO: |
|---|

SOLD TO:

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
    **(215) 703-0890**

| INVOICE NUMBER: | 062004-060 |
|---|---|
| INVOICE DATE: | June 18, 2004 |
| GMS NUMBER: | (215) 703-0890 |

| TERMS:  Credit Card |
|---|

| TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT |
|---|

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 06/18/04 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $609.50 |
| | Paid by Credit Card 06/24/04 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
www.Mail2Media.com

| TOTAL DUE: | $0.00 |
|---|---|

**Mail2Media, L.L.C.**
4248 Delemere Court
Royal Oak, MI 48073-1808



Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: support@mail2media.net

**MAIL YOUR PAYMENTS TO:**

SOLD TO:

Express Products
18 Cassell Road
Souderton, PA  18964

Attn: Mr. Dan Geiger
(215) 703-0890

| INVOICE NUMBER: | 062004-071 |
|---|---|
| INVOICE DATE: | June 24, 2004 |
| GMS NUMBER: | (215) 703-0890 |

TERMS:   Credit Card

**TERMS:   PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 06/24/04 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $592.23 |
| | Paid by Credit Card 06/24/04 | | |

SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET
OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.
VISIT US ON THE WEB AT:
www.Mail2Media.com

| TOTAL DUE: | $0.00 |
|---|---|

Mail2Media, Inc.
4248 Delemere Court
Royal Oak, MI 48073-1808





Phone: (248) 689-5601
Fax:    (248) 689-5606
Email: support@mail2media.net

**MAIL YOUR PAYMENTS TO:**

**SOLD TO:**

Express Products
18 Cassell Road
Souderton, PA 18964

Attn: Mr. Dan Geiger
(215) 703-0890

| | |
|---|---|
| **INVOICE NUMBER:** | 062004-075 |
| **INVOICE DATE:** | June 25, 2004 |
| **GMS Account No:** | 215-703-0890 |

**TERMS:** Immediate Upon Receipt

**TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT**

| DATE | DESCRIPTION OF GLOBAL MESSAGING SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 06/25/04 | New List Email Purchase | | $1,201.73 |
| | Paid by Check #3152<br>06/25/04 | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET
OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**

| | |
|---|---|
| **TOTAL DUE:** | $1,201.73 |

**Mail2Media L.L.C.**
**4248 Delemere Court**
**Royal Oak, MI 48073-1808**

**Phone: (248) 689-5601**
**Fax:   (248) 689-5606**
**Email: support@mail2media.net**

| MAIL YOUR PAYMENTS TO: |
|---|

**SOLD TO:**

**Express Products**
**18 Cassell Road**
**Souderton, PA  18964**

**Attn: Mr. Dan Geiger**
**(215) 703-0890**

| INVOICE NUMBER: | 102004-059 |
|---|---|
| INVOICE DATE: | October 26, 2004 |
| GMS NUMBER: | (215) 703-0890 |

| TERMS:  Credit Card |
|---|

| TERMS:  PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT |
|---|

| DATE | DESCRIPTION OF GMS FAX & EMAIL SERVICE | Per Unit/Thousand | AMOUNT |
|---|---|---|---|
| 10/26/04 | Add'l Funds GMS Fax Account **(215) 703-0890** | | $250.00 |
| | Paid by Credit Card 10/26/04 | | |
| | | | |

**SPECIALIZING IN OPEN & RESPOND MAIL/FAX & INTERNET**
**OVERNIGHT, PRIORITY, DIRECT MAIL CREATION AND DISTRIBUTION.**
**VISIT US ON THE WEB AT:**
**www.Mail2Media.com**

| | TOTAL DUE: | $0.00 |
|---|---|---|

https://messaging.mail2media.net/php/index.php

Mail2Media Global Messaging Service

## Welcome to Mail2Media Account Management On-Line!

| HOME |
| --- |

v2.10

Wednesday, March 29, 2006 1:01:27 PM

2157030890 / 1143656280 / 7810edef8598f0d9984c74ecf5ecd0d
Verifying account.......Your account has been verified!

+ + +   Thank you for using Mail2Media's On-Line Message System.The Junk Fax Preve

## Your account info:

Mail2Media Account Number: 2157030890 | Company: Express. Products
Sales Contact: dan_geiger | Fax: 2157030899 | Email: dang@1888express.com

| Place A New Order | | View My Fax/Email Logs | | LOG OUT | | Add more funds |
| --- | --- | --- | --- | --- | --- |



| Date | Time (EST) | Transaction | Quantity | Pages | Unit Price | Tax | Total Amount | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12-31-05 | 1:00pm | Account Closed_No Activity_1 Year_12_31_2005 | 1 | 1 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12-14-04 | 5:18pm | Facsimile-Business_Day | 1703 | 1pg | $0.05 | $0.00 | $85.15 | $85.15 |

Displaying **2 transactions.** Your current balance is: **$0.00.**
Negative balance indicates debits due on your account. Positive amount is credit available to you.
Credits cannot be withdrawn and/or transferred. Account credits are for use only through Mail2Media's GMS system here at this site.

[Log Out] | [Change Registration] | [Home]

©1999-2006 Mail2Media, Inc. All Rights Reserved.

THAWTE
AUTHENTIC SITE
CLICK TO VERIFY
Secured by SSL