## IN THE CIRCUIT COURT OF THE 19th JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| BUSINESS PRO COMMUNICATIONS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 04 L 1043 |
| | ) | |
| EXPRESS PRODUCTS, | ) ) | |
| Defendant. | ) ) ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, by and through its attorneys, pursuant to Supreme Court Rule 214, answers

Defendant's Supplemental Request for Production as follows:

1.     All facsimile advertisements received by plaintiff from Express Products and, specifically, those facsimile advertisements referenced in plaintiff's third request for defendant's admissions sent to plaintiff's fax number 847-885-2667.

**RESPONSE:** See Response attached; Bates labeled BP-1 to BP-117.

Ryan M. Kelly
One of the Attorneys for Plaintiff

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
DIAB & BOCK, LLC
20 N. Wacker Drive, Suite 1741
Chicago, IL 60606
Telephone: 312/334-1970

## CERTIFICATE OF SERVICE

I, the undersigned, state that on March 19, 2007, I served a true and correct copy of *Plaintiff's Response to Defendant's Supplemental Request for Production of Documents* on the parties listed below, by depositing it in the U.S. mail at Rolling Meadows, IL at or before 5:00 p.m. with proper postage prepaid:

> Natalie Mesplou
> LaBarge, Campbell & Lyon
> 200 W. Jackson Blvd., Suite 2050
> Chicago, IL 60606

[X]  Under penalties as provided by law pursuant
     to 735 ILCS 5/1-109, I certify that the statements
     set forth herein are true and correct.

_____
Ryan M. Kelly
One of the Attorneys for Plaintiff

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone: 847/368-1500

Phillip A. Bock
DIAB & BOCK, LLC
20 N. Wacker Drive, Suite 1741
Chicago, IL  60606
Telephone:  312/334-1970



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 21st, 2003*



### Jabra Ear Boom
2.5mm Plug.
Six Comfort Gels
Retail Packaged.

## Only $4.95
*(HDSETJB-SP)*



**EXPRO**

### Deluxe Leather Pouches
Genuine Leather. 4 Convenient sizes!
Stylish Stainless Steel Magnetic Closure.

## Only $3.95ea Retail Packaged!
*(7P1-XXXXX) (3ex)*



With Built-in
Pen Holder!*

## NEW!
*New addition to the* **EXPRO**
*"TUF CASE" line.*
Universal pouch for larger phones.
Double Closure for added protection.
Modular Heavy-Duty Belt Clip System.

### $8.95ea *(7UP40TUF)*
*(*Pen not included)*

**EXPRO**



Over-The-Ear headset.
Specifically For Nokia phones.
*HDSET-P135-N3BU* for Nokia 3300/8000 series
*HDSET-P135-N5* for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!

## Only $8.00ea



### "WIND-UP"
EMERGENCY CHARGER
FOR NOKIA PHONES
NO BATTERIES OR OUTLET
NEEDED!
GREAT TAKE-A-LONG
FOR HUNTING, CAMPING OR
HIKING!

### ONLY $4.95 *(49N2EMC)*



**HDSET9**
Over-The-Ear
Neoprene Covered Headset.
Comes With Interchangeable
Neoprene Covers in 4 Colors.
2.5mm Plug

### $3.95



### It's Racing Season!
Officially Licensed NASCAR Driver
Faces for Nokia 5100 and 3360 Series

### $16.50ea
*Earnhardt, Earnhardt Jr., Martin,*
*Stewart, Rudd, Harvick & More!*

BP-1



# *Express Products*

**WIRELESS ACCESSORIES & MORE**

**Phone: 888-676-4046**
**Fax: 888-780-1234**
**Visit: www.1888express.com**
**Email: sales@1888express.com**

# "TUF" CASES
## by *EXPRO*

**Commercial Grade, ballistic nylon cases for Nextel & Nokia phones. Available for...**

**NEXTEL**
**i1000**
**i700/i550**
**i95/i90/i60**
**i85/i55/i50**
**i30**

**NOKIA**
**5100/6100/7100**
**3300/8000 Series**



## *Show Special!*
### For our customers NOT attending the CES show in Las Vegas.
### Order "TUF" cases on January 9th and 10th and get the "show special" price of only $5.00ea. PLUS get the optional straight steel belt clip FREE!

# NEW!

**Universal Contractors "TUF" pouch. With plenty of places for all of your important stuff!**




Front pouch

Two left-side pockets.

Front elastic band

Safety band

Rear pocket

Phone pouch

Pen Holder

One right-side pocket.

Two front pockets

BP-2



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru Jan 31 2003*



## NEXTEL i1000/i2000 (J183EC)
### EXPRESS PLUG-IN CHARGER
### 100 COUNT CASE SPECIAL
### $350.00 VALUE
### *Now Only $129.00*

## SPEEDPLATES

OFFICIALLY LICENSED , NOKIA OK
NASCAR DRIVER FACES FOR 5100
AND 3300 SERIES.
*EARNHARDT, KENSETH, LABONTE,
JARRETT & MORE*
### *$16.50ea*



### YAGI
Home Mount 14dB
Dual-band
Antenna
### *$29.95*
*INCLUDES
30 ft CABLE
(1YAGI14)*



### HDSET-10
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
### *$4.50ea*

### NEXTEL SPECIALS

| | |
|---|---|
| i1000 NAVIGATORS | *$22.95* |
| i700/i550 NAVIGATORS | *$22.95* |
| i1000 EAR BUD WITH PTT | *$4.95* |

### HDSET-15
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
### *$7.50ea*



### *NEW & IMPROVED
"RETRACT-IT"*
UNIVERSAL RETRACTABLE
BELT CLIP
*AS SEEN ON QVC!!*

NOKIA 5100/6100/3285
550mah Ni-Mh,
VIBE BATTERY.
### *WOW! $3.95*
PART #29N2nv0.5/sp

### *ASK YOUR SALES REP ABOUT OUR
REFERRAL PROGRAM!*

BP-3



**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 7th, 2003*

# E**X**PRO
## HEAVY DUTY, PADDED,
## NYLON PHONE POUCHES
## 3-WAY ATTACHMENT SYSTEM
## AVAILABLE IN THREE SIZES
## SMALL, MEDIUM OR LARGE
### *NOW ONLY $3.29ea*

**Universal Hands-Free**
Hear your calls through
Your car stereo...
WIRELESSLY!!!
*Only $6.95ea*
(hfu2)





*UNIVERSAL*
*PLUG 'N' TALK*
WITH A/C VENT MOUNT
MAKES ANY PHONE
HANDS FREE!
*JUST $4.95*
(hfu1)

**Nokia 3300/8000**
**Hands-free earbud**
With on/off button.
*ONLY $ .89!!*
(3nok3360hfp-1)



**Universal**
**Phone Holder**
Holds phone by leather
case clip or swivel button.
*Only $ .49*
(6sccup)

*NEW & IMPROVED*
*"RETRACT-IT"*
UNIVERSAL
RETRACTABLE
BELT CLIP
*WILL BE SEEN ON QVC*
*FEBRUARY 6th 7AM-8AM*



Universal 3-Way
Phone Holder
Holds phone by
Magnet, Belt clip or
Swivel button.
Mounts to cars
A/C vent
*Only $1.99ea*
(6ac3d)



BP-4


**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 7th, 2003*

# EXPRO
## HEAVY DUTY, PADDED, NYLON PHONE POUCHES
### 3-WAY ATTACHMENT SYSTEM
### AVAILABLE IN THREE SIZES
### SMALL, MEDIUM OR LARGE
*NOW ONLY $3.29ea*

**Universal Hands-Free**
Hear your calls through
Your car stereo...
WIRELESSLY!!!
*Only $6.95ea*
(hfu2)



*UNIVERSAL*
*PLUG 'N' TALK*
WITH A/C VENT MOUNT
MAKES ANY PHONE
HANDS FREE!
*JUST $4.95*
(hfu1)



**Nokia 3300/8000**
**Hands-free earbud**
With on/off button.
*ONLY $ .89!!*
(3nok3360hfp-1)



**Universal**
**Phone Holder**
Holds phone by leather
case clip or swivel button.
*Only $ .49*
(6sccup)

*NEW & IMPROVED*
*"RETRACT-IT"*
UNIVERSAL
RETRACTABLE
BELT CLIP
*WILL BE SEEN ON QVC*
*FEBRUARY 6th 7AM-8AM*



Universal 3-Way
Phone Holder
Holds phone by
Magnet, Belt clip or
Swivel button.
Mounts to cars
A/C vent
*Only $1.99ea*
(6ac3d)



BP-5



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*PRICES GOOD THROUGH FEBRUARY 14th, 2003*



# E**X**PRO

## BALLISTIC NYLON, ZIPPER POCKET HORIZONTAL POUCH WITH TWO-WAY BELT ATTACHMENT

HOLDS PHONE IN FRONT AND HAS A ZIPPERED POCKET IN BACK PERFECT FOR HOLDING HEADSETS, CASH OR I.D!

CLIPS ON BELT WITH A STRAIGHT STEEL CLIP OR USE THE SNAP-DOWN BELT LOOP!

*ORDER FROM THIS FAX AND GET A FREE NOKIA EAR BUD WITH ON/OFF BUTTON!*

### Only $4.95ea

---

## DON'T LOSE PROFIT, PUT THE MONEY IN YOUR POCKET!!!

THE EXPRESS PHONE REPAIR PROGRAM.
SEND US YOUR CUSTOMERS BROKEN PHONES FOR REPAIRS!

- *FREE* SHIPPING TO US
- *FREE* SHIPPING BACK TO YOU
- *FREE* MONEY IN YOUR POCKET!

### CALL YOUR REP FOR DETAILS!

---




## 16MB DIGITAL POCKET CAM!
## 3N1 CAMERA
TAKE STILL PICS.
TAKE EMAIL VIDEOS.
USE AS A WEB CAM.
*COMES WITH FREE PHOTO & VIDEO EDITING SOFTWARE AND USB CABLE!*

### Only $19.95ea



## FACEPLATES!!
MOTOROLA 332
MOTOROLA V60
MOTOROLA T720

### Only $2.99ea
CALL FOR COLORS!!

**HDSET13** 2.5mm
**HDSET13-N3** Nokia 3300 series
**PREMIUM HEADSET**
FLEXABLE EAR LOOP.
SUPERIOR SOUND QUALITY.
BUILT-IN BELT CLIP.

### Only $7.25ea

BP-6



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE



*NEW!*
ION AND PRIZM CASES
NOW IN STOCK!!

DATA CABLES, IN STOCK NOW!



AVAILABLE FOR
NEXTEL i95/i90/i85/i80
i60/i55/i50/i35/i30
And
MOTOROLA V66/V60/V120/
P270/P280

CONNECT YOUR PHONE TO YOUR
LAP-TOP OR PC!

Come visit us at the CTIA show in New Orleans!
March 17-19 Booth #4676

BP-7



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 14th, 2003*



## E**X**PRO

### BALLISTIC NYLON, ZIPPER POCKET HORIZONTAL POUCH WITH TWO-WAY BELT ATTACHMENT

HOLDS PHONE IN FRONT AND HAS A ZIPPERED POCKET IN BACK PERFECT FOR HOLDING HEADSETS, CASH OR I.D!

CLIPS ON BELT WITH A STRAIGHT STEEL CLIP OR USE THE SNAP-DOWN BELT LOOP!

*ORDER FROM THIS FAX AND GET A FREE NOKIA EAR BUD WITH ON/OFF BUTTON!*

*Only $4.95ea*

---

## *DON'T LOSE PROFIT, PUT THE MONEY IN YOUR POCKET!!!*

THE EXPRESS PHONE REPAIR PROGRAM.
SEND US YOUR CUSTOMERS BROKEN PHONES FOR REPAIRS!

- *FREE* SHIPPING TO US
- *FREE* SHIPPING BACK TO YOU
- *FREE* MONEY IN YOUR POCKET!

### CALL YOUR REP FOR DETAILS!

---




### *16MB DIGITAL POCKET CAM!*
### *3N1 CAMERA*
TAKE STILL PICS,
TAKE EMAIL VIDEOS.
USE AS A WEB CAM.
*COMES WITH FREE PHOTO & VIDEO EDITING SOFTWARE AND USB CABLE!*
*Only $19.95ea*



### *FACEPLATES!!*
MOTOROLA 332
MOTOROLA V60
MOTOROLA T720
*Only $2.99ea*
CALL FOR COLORS!!

*HDSET13* 2.5mm
*HDSET13-N3 Nokia 3300 series*
*PREMIUM HEADSET*
FLEXABLE EAR LOOP.
SUPERIOR SOUND QUALITY.
BUILT-IN BELT CLIP.
*Only $7.25ea*

BP-8



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH FEBRUARY 21st, 2003*



## Jabra Ear Boom
2.5mm Plug.
Six Comfort Gels
Retail Packaged.

*Only $4.95*
*(HDSETJB-SP)*



E**X**PRO

### Deluxe Leather Pouches
Genuine Leather. 4 Convenient sizes!
Stylish Stainless Steel Magnetic Closure.

*Only $3.95ea* Retail Packaged!
*(7P1-XXXX) (3ex)*



With Built-in
Pen Holder!*

## NEW!

*New addition to the* E**X**PRO
*"TUF CASE" line.*
Universal pouch for larger phones.
Double Closure for added protection.
Modular Heavy-Duty Belt Clip System.

*$8.95ea* *(7UP40TUF)*
*(*Pen not included)*



E**X**PRO

Over-The-Ear headset.
Specifically For Nokia phones.
***HDSET-P135-N3BU*** for Nokia 3300/8000 series
***HDSET-P135-N5*** for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!

*Only $8.00ea*



## "WIND-UP"
EMERGENCY CHARGER
FOR NOKIA PHONES
NO BATTERIES OR OUTLET
NEEDED!
GREAT TAKE-A-LONG
FOR HUNTING, CAMPING OR
HIKING!

*ONLY $4.95* *(49N2EMC)*



**HDSET9**
Over-The-Ear
Neoprene Covered Headset.
Comes With Interchangeable
Neoprene Covers in 4 Colors.
2.5mm Plug

*$3.95*

## It's Racing Season!
Officially Licensed NASCAR Driver
Faces for Nokia 5100 and 3360 Series.

*$16.50ea*

*Earnhardt, Earnhardt Jr., Martin,*
*Stewart, Rudd, Harvick & More!*

BP-9



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru Jan 31 2003*



### NEXTEL i1000/i2000(i185EC)
## EXPRESS PLUG-IN CHARGER
## 100 COUNT CASE SPECIAL
## $350.00 VALUE
### *Now Only $129.00*

## *SPEEDPLATES*
OFFICIALLY LICENSED , NOKIA OK
NASCAR DRIVER FACES FOR 5100
AND 3300 SERIES.
*EARNHARDT, KENSETH, LABONTE,*
*JARRETT & MORE*
### *$16.50ea*

### *YAGI*
Home Mount 14dB
Dual-band
Antenna
### *$29.95*
*INCLUDES*
*30 ft CABLE*
*(1YAGI14)*



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
### *$4.50ea*

## *NEXTEL SPECIALS*
| | |
|---|---|
| i1000 NAVIGATORS | *$22.95* |
| i700/i550 NAVIGATORS | *$22.95* |
| i1000 EAR BUD WITH PTT | *$4.95* |

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
### *$7.50ea*



### *NEW & IMPROVED*
### *"RETRACT-IT"*
UNIVERSAL RETRACTABLE
BELT CLIP
*AS SEEN ON QVC!!*

NOKIA 5100/6100/3285
550mah Ni-Mh,
VIBE BATTERY.
### *WOW! $3.95*
PART #29N2nv0.5/sp

### *ASK YOUR SALES REP ABOUT OUR*
### *REFERRAL PROGRAM!*

BP-10



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*COME VISIT US AT CTIA WIRELESS I.T. & INTERNET 2002 SHOW*
*BOOTH #1110 OCTOBER 16 THRU 18 AT THE*
*SANDS CONVENTION CENTER LAS VEGAS!*

*SUMMERTIME SPECIALS!!* (OFFERS EXPIRE 6/28/02)
*HANDS FREE SAFETY FOR THE FAMILY VACATION!*

**Cellport** SYSTEMS

GET A *CELLPORT 3000*
*AND* A POCKET ADAPTER FOR
NOKIA 5100 OR STAR TAC
(HFCP-K51)          (HFCP-KST)
*JUST $99.95*
*(YOU SAVE OVER $56.00)*

GET A *CELLPORT*
*VOICE COMMAND*
*AND* A POCKET ADAPTER FOR
NOKIA 5100 OR STAR TAC
(HFDPDS-K51)        (HFCPDS-KST)
*JUST $169.95*
*(YOU SAVE OVER $35.00)*

**HIRSCHMANN DIALOG +**
PREMIUM QUALITY
SOFT INSTALL HANDS FREE CAR KIT.
FOR NOKIA 3360/8260
EASY TO INSTALL!
SOUNDS GREAT!
WAS $39.95 SPECIAL $19.95 *WOW! $12.95*





**SUPER SUMMER**
**SIX-PACK**
**OF HEADSETS**
1-Telex over-the-ear. *(HDSET-TELEX)*
1-Clearlink over-the-ear. *(HDSET4)*
1-Retractable ear-bud. *(HDSET5)*
1-Vizier, ear-bud w/boom. *(HDSET6)*
1-Fixed Ear Hook *(HDSET 8-1)*
1– Over-the-ear with answer/disconnect & volume.



All for just *$19.95*

BP-11

 **Express Products**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

*SPECIALS!!* (OFFERS EXPIRE 6/21/02)



EXPRESS CHARGER
FOR ERICSSON 1228/R280
CASE SPECIAL!
100 COUNT CASE
ONLY *$100.00*
*3124EC*

*NEW!*



OFFICIALLY LICENSED
**ELVIS PRESLEY**
FACE PLATES
FOR NOKIA 5165 AND 3360



EXPRESS SWIVEL CLIP KIT
*IN ASSORTED COLORS*
INCLUDES...
1 UNIVERSAL BUTTON
1 NOKIA BUTTON
1 DASH MOUNT
AND
1 "FLIP ACTION" BELT CLIP
ONLY *$.99ea*
*UBC-SP*



BP-12



# *Express Products*

## *WIRELESS ACCESSORIES & MORE*

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: SALES@1888EXPRESS.COM
WEB: WWW.1888EXPRESS.COM

## HOT SPECIALS FOR FIRST TIME BUYERS!!!

### (PRICES VALID 6/10/02 THRU 6/14/02)

NOKIA 5100/6100/3285
1000mah LITHIUM **POLYMER**, ULTRA SLIM
VIBRATING BATTERY.
6mm THICK. WEIGHS ONLY 1oz
PART #29N2PV1.0/6



WAS $29.99  SALE $~~14.99~~ *$9.95*



EXPRESS
LEATHER PHONE COVERS
CASE SPECIAL!
100 COUNT RETAIL BOXED
ONLY *$50.00!!*
AVAILABLE FOR
MOST PHONES!

*NAVIGATORS!*
BUY ANY NAVIGATOR PLUS
FOR $29.95
AND GET A FREE
RETRACTABLE EARBUD!



NOKIA 3360
SWIVEL
BELT CLIP
HOLSTERS
*$.75ea*
PART #6NOK3360BCH



PANASONIC 210/220
PLUG-IN CHARGER
*$75.00*/100ct BOX PART #3PAN210EC-1
MITSUBISHI T300/G310
PLUG-IN CHARGER
*$50.00*/100ct BOX PART #3MITG310EC-1

BP-13



# Express Products
**WIRELESS ACCESSORIES & MORE**

TOLL FREE **1-888-676-4046**
FAX **1-888-780-1234**
EMAIL: **INFO@1888EXPRESS.COM**
VISIT *WWW.1888EXPRESS.COM*



**Cellport**
SYSTEMS

## UNIVERSAL HANDS FREE SYSTEM
*THE SMARTER, SAFER WAY TO USE A WIRELESS PHONE IN YOUR VEHICLE.*

*Special prices are in Effect only while supplies last!*

## $99.99 SPECIAL



| | |
|---|---|
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A NOKIA 5100/6100 POCKET ADAPTER *ITEM #HFCP-K51* | *$99.99* |
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A MOTOROLA STAR TAC POCKET ADAPTER *ITEM #HFCP-KST* | *$99.99* |

## $109.99 SPECIAL



| | |
|---|---|
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A NOKIA 5100/6100 POCKET ADAPTER AND ON-GLASS ANTENNA *ITEM #HFCP-K51 & 101IDL* | *$109.99* |
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A MOTOROLA STAR TAC POCKET ADAPTER AND AN ON-GLASS ANTENNA *ITEM #HFCP-KST & 101IDL* | *$109.99* |



### *FEATURED ANTENNA*

101IDL DUAL BAND GLASS-MOUNT
INTERNAL INSTALLATION ONLY. NO EXTERNAL MAST NEEDED



**Express Products**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

# *EXPRESS EXECUTIVE KITS!!!*

## *OFFERS EXPIRE 6/9/02*

| **NOKIA 3390/3360** | **NOKIA 6360** | **NOKIA 5100/6100** |
|---|---|---|
| CAR CHARGER, | CAR CHARGER, | CAR CHARGER, |
| LEATHER CASE, | LEATHER CASE, | CASE, |
| EAR BUD | EAR BUD | EAR BUD |
| AND A | & 900 MAH LI-ION | & |
| 1000 MAH LI-ION | BATTERY | 600 MAH ni-mh |
| BATTERY | *$12.99* | *VIBE* BATTERY |
| *$12.99* | | *$9.99* |

| **NEXTEL i85 KIT** | **NEXTEL i550/i700 KIT** | **NEXTEL i1000** |
|---|---|---|
| CAR CHARGER, | CAR CHARGER, | CAR CHARGER, |
| LEATHER CASE | LEATHER CASE | LEATHER CASE, |
| EAR BUD | EAR BUD | EAR BUD |
| WITH PUSH-TO-TALK | WITH PUSH-TO-TALK | WITH PUSH-TO-TALK |
| & | & | & |
| 900 MAH LI-ION | 800 MAH NI-MH | 1000 MAH LI-ION |
| BATTERY | BATTERY | BATTERY |
| *$14.99* | *$12.99* | *$14.99* |

**NEXTEL i90**
CAR CHARGER,
LEATHER CASE
EAR BUD
WITH PUSH-TO-TALK
& 900 MAH LI-ION
BATTERY
*$14.99*



**STAR TAC**
CAR CHARGER,
LEATHER CASE,
EAR BUD &
600 MAH NI-MH
BATTERY
*$9.99*

*ALL KITS ARE RETAIL PACKAGED!*



**Express Products**

WIRELESS ACCESSORIES & MORE

TOLL FREE **1-888-676-4046**
FAX **1-888-780-1234**
EMAIL: **INFO@1888EXPRESS.COM**
VISIT *WWW.1888EXPRESS.COM*



# UNIVERSAL HANDS FREE SYSTEM

*THE SMARTER, SAFER WAY TO USE A WIRELESS PHONE IN YOUR VEHICLE.*

*Special prices are in Effect only while supplies last!*

# $99.99 SPECIAL



| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A NOKIA 5100/6100 POCKET ADAPTER *ITEM #HFCP-K51* | *$99.99* |
|---|---|
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A MOTOROLA STAR TAC POCKET ADAPTER *ITEM #HFCP-KST* | *$99.99* |

# $109.99 SPECIAL



| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A NOKIA 5100/6100 POCKET ADAPTER AND ON-GLASS ANTENNA *ITEM #HFCP-K51 & 101IDL* | *$109.99* |
|---|---|
| ORDER A CELLPORT 3000 NON-VOICE DOCKING STATION WITH A MOTOROLA STAR TAC POCKET ADAPTER AND AN ON-GLASS ANTENNA *ITEM #HFCP-KST & 101IDL* | *$109.99* |



## FEATURED ANTENNA

101IDL DUAL BAND GLASS-MOUNT
INTERNAL INSTALLATION ONLY. NO EXTERNAL MAST NEEDED

 *Express Products*

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# OVERSTOCK  BLOWOUT!!!

*Nokia plug-in charger case special.*
*100 count case*
*Only $50.00*



## NEXTEL i90/i85/i50
Remote Speaker/Mic
For use with 2-way *AND* phone!
Clips to clothing, belt, or car visor
Keeps your hands free!

*Only $36.00*



### ClipSafe
EASY MOUNT CLIP





### Cell Safe DP1
· BOXIT 5.0 DOLPHIN
· Fits most phones
· Completely watertight
   & shockproof
· Allows full use of phone
· Convenient belt loop

Mini carabiner style clip
mounts easily to your phone,
radio or GPS
*$3.50ea*

Officially Licensed
NASCAR Driver
face plates for Nokia 5100 Series.
*$16.50ea*



M. Kenseth    D. Earnhardt
B. LaBonte    R. Gordon
T. Stewart     M. Martin
R. Rudd        D. Jarrett
K. Harvick    J. Burton

5/20/02



**Express Products**

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*NEW!!* **EXPRO**

## HEAVY DUTY
## LEATHER POUCHES FOR
## NEXTEL PHONES
1/8" DURABLE LEATHER,
STEEL BELT CLIP.



i1000

i700/i550

i85/i50



ON-GLASS PATCH

SLIM PATCH

## HIRSCHMANN
## TRI-MODE ANTENNAS
## INTERNAL GLASS MOUNT
## *NO MAST!*

# HIRSCHMANN DIALOG +
## PREMIUM QUALITY
## SOFT INSTALL HANDS FREE CAR KIT.
## FOR NOKIA 3360/8260
## EASY TO INSTALL!
## SOUNDS GREAT!



5/13/02

BP-18



**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: SALES@1888EXPRESS.COM
WEB: WWW.1888EXPRESS.COM



SPECIALS! 5/6/02

*NEW!*



HEAVY DUTY, PADDED,
NYLON PHONE POUCHES
3-WAY ATTACHMENT SYSTEM
AVAILABLE IN THREE SIZES
SMALL, MEDIUM OR LARGE





CELLSKINS
SOFT PLIABLE RUBBER SKINS
PROTECT YOUR PHONE
AVAILABLE IN ASSORTED COLORS.
NOKIA 5100, NOKIA 3300, NOKIA 8200
MOTOROLA V2397 & SANYO 4500

NOKIA 5100/6100/3285
1000mah LI-ION VIBRATING
HANDS FREE SPEAKER BATTERY
**$29.95**



NOKIA 5100/6100/3285
1000mah LITHIUM POLYMER, ULTRA SLIM
VIBRATING BATTERY.
6mm THICK. WEIGHS ONLY 1oz

**ONLY $14.95**



BP-19



*Express Products*

**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*NEW!!* E✗PRO

HEAVY DUTY
LEATHER POUCHES FOR
NEXTEL PHONES
1/8" DURABLE LEATHER,
STEEL BELT CLIP.



i1000

i700/i550

i85/i50



ON-GLASS PATCH

SLIM PATCH

HIRSCHMANN
TRI-MODE ANTENNAS
INTERNAL GLASS MOUNT
*NO MAST!*

**HIRSCHMANN DIALOG +**
PREMIUM QUALITY
SOFT INSTALL HANDS FREE CAR KIT.
FOR NOKIA 3360/8260
EASY TO INSTALL!
SOUNDS GREAT!



5/13/02

BP-20



**Express Products**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

## *NEW CCM NAVIGATORS*

*NAVIGATOR PLUS*
TOUCHPOINT 5200
SAMSUNG N200

*NAVIGATOR FM*
MOTOROLA V60
SAMSUNG N200
NOKIA 3360



*AND*

*NAVIGATOR FM PLUS*
*WITH WIRELESS HEADSET*
NOKIA 5100/6100
MOTOROLA STAR TAC
NOKIA 3360
NOKIA 8260

Nokia 3360
*DELUXE STARTER KIT*
Includes…
Belt Clip Holster
1050mah LI-ION Battery
Express Plug-In Charger
And a Hands Free Ear Bud
*All in a retail package.*
**$14.99**



Jabra Ear-mic
For Nokia 5100/6100
Only $9.99

Sybersay Earlite
For Nokia 5100/6100
Only $12.00



BP-21



**Express Products**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

SPECIALS FOR WEEK OF  04/15/02-04/19/02



**MOTOROLA V120**
SNAP ON
COVERS.
ASST. COLORS
*$2.50 EACH*

*NEW!!*
*TERK XM RADIO*
*GLASS MOUNT*
*ANTENNA!*
*ONLY $69.00*



UNIVERSAL PHONE CLIP.
USES VELCRO
TECHNOLOGY.
COMES WITH DASH PAD!
*$2.99*





PANAVISE "IN DASH"
CUSTOM DASH MOUNTS
*"NOW IN STOCK"*

*PDA ACCESSORIES*
- MOBILE HOLDERS
- CAR CHARGERS
- LEATHER CASES
- NEOPRENE ORGANIZERS



BP-22



**Express Products**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*

*WIRELESS ACCESSORIES & MORE* VISIT: *WWW.1888EXPRESS.COM*



## NEW! ONLY AT EXPRESS PRODUCTS

### 8260 HANDS FREE ADAPTER

*CONVERTS CARK 91 HANDS FREE KIT*
*TO FIT A NOKIA 8260!*

### ONLY $65.00

---

## FM WIRELESS HANDS FREE

### PORTABLE HANDS FREE
### EAR BUD ALSO TRANSMITS TO
### YOUR FM CAR STEREO

### $14.95



## BLOW OUT SPECIAL!!!

---



## ~~NOKIA 5100/6100~~

## SOFT INSTALL HANDS FREE KIT
*INCLUDES... SPEAKER, EXTERNAL*
*MIC, PHONE MOUNT AND EAR BUD*
*FOR PRIVATE CONVERSATIONS.*

### ONLY $13.95

 **Express Products**
**Wireless Accessories & More**

Phone: 888-676-4046
Fax: 888-780-1234
Email: sales@1888express.com

# ATTENTION DEALERS!!!

GET ONE OF THE GREATEST INVENTIONS
*AVAILABLE ONLY AT EXPRESS PRODUCTS*

**AS SEEN ON TV**



## *Retract-It*
Patented, Retractable, Magnetic,
Swivel Belt Clip

### GREAT FOR...
- MOBILE PHONES
- DIGITAL CAMERAS
- ELECTRONIC ORGANIZERS
- PORTABLE CD PLAYERS
- HAND HELD GAMES
  *AND DOZENS OF OTHER GREAT USES!*




**ORDER NOW!!**

- MADE WITH A 38" 100 lb NYLON CABLE THAT WON'T TANGLE.
- RETRACTS ITEMS UP TO 10oz.
- ROTATES 360 DEGREES.
- DEVICE IS HELD IN PLACE BY A *ONE WAY* "RARE EARTH" MAGNET THAT WILL *NOT* HARM ANY ELECTRONIC DEVICE AND PLACES *NO* STRESS ON THE BELT CLIP.
- COMES WITH 2 DETACHABLE POSTS FOR MULTIPLE APPLICATIONS.
- ADDITIONAL POSTS ARE AVAILABLE
- THE RETRACT-IT IS BEING BACKED BY A **5** MILLION DOLLAR DIRECT RESPONSE TV ADVERTISING CAMPAIGN.

CHANCES ARE YOUR CUSTOMERS
WILL HAVE ALREADY SEEN THE RETRACT-IT ADS
BEFORE THEY EVEN WALK IN YOUR STORE.
*DON'T LET THEM LEAVE WITHOUT IT!*

BP-24



**PHONE:** *1-888-676-4046*
**FAX:** *1-888-780-1234*
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT OUR WEB SITE:**
*WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

# SPECIALS



## *"CLEARLINK"* Drive Time Kits
5dB mini magnet mount antenna.
Connects directly to phone
Available for...

| | | | |
|---|---|---|---|
| Audiovox | Motorola | Nokia | Kyocera |
| Ericsson | NEC | Panasonic | Samsung |
| Lg | Nextel | Qualcomm | |

*ONLY $12.00ea*

## HDSET-P135
OVER-THE-EAR HEADSET
WITH VOLUME & MUTE
For Nokia 3360/3390 or 2.5mm PLUG



*$9.95 EACH*
BUY 3 GET 1 *FREE!*

## SUPER SIX-PACK
## OF HEADSETS



1-Telex over-the-ear.
1-Clearlink over-the-ear.
1-Retractable ear-bud.
1-Vizier, ear-bud w/boom.
1-Fixed Ear Hook
1– Over-the-ear with answer/disconnect & volume.

All for just *$19.95*

BP-25



**PHONE: 1-888-676-4046**
**FAX: 1-888-780-1234**
**EMAIL: SALES@1888EXPRESS.COM**
**VISIT OUR WEB SITE:**
**WWW.1888EXPRESS.COM**

*WIRELESS ACCESSORIES & MORE*

# Cellport

# Nokia 5100/6100 and StarTAC
# All-in-One Bundle Offer

| | |
|---|---|
| Purchase a Cellport 3000 with a N61 Pocket Adapter **Order code: HFCPK51** | $109.99 |
| Purchase a Cellport 3000 with a StarTAC Pocket Adapter **Order code: HFCPKST** | $109.99 |

## *CALL FOR QUANTITY DISCOUNTS!*

**Promotion Period:  March 1, 2002
to March 31, 2002** (or while supplies last)

**Terms:**
- Dealers must purchase *CELLPORT* kits for shipment before March 31, 2002.
- Offer is subject to change without notice.
- Take advantage of this offer as many times as desired.
- Offer is good for new orders placed starting March 1, 2002.

**Eligibility:**
- All Dealers and Distributors who purchase from EXPRESS PRODUCTS at standard terms.



N61 Pocket Adapter compatible with: 3285, 5110, 5120, 5160, 5165, 5170, 5170i, 5185i, 5190, 6120, 6120i, 6150, 6160, 6060i, 6160m, 6161, 6161i, 6162, 6162i, 6162m, 6185, 6190, 6210.

StarTAC Pocket Adapter compatible with: StarTAC-ST7868W, ST7867W, ST7860W, ST7797, ST7790si, ST7790i, ST7762, ST7760, 6500, 3000, Timeport P8767, P8187, P8160, P8097, P8090, Talkabout T9097, T8167, T8160, T8097, T8090.

**To place an order...**

# Contact Your *EXPRESS PRODUCTS* Sales Representative
# Today!



PHONE 1-888-676-4046
FAX 1-888-780-1234
EMAIL:*SALES@1888EXPRESS.COM*



**WIRELESS ACCESSORIES & MORE**

CELLPORT POCKET ADAPTERS ARE NOW AVAILABLE
FOR THE KYOCERA 2035 AND NOKIA 8260*
*NOKIA 3360* POCKET ADAPTER  (3/02)*

*PURCHASE A COMPLETE CELLPORT SYSTEM AND GET A FREE ON-GLASS ANTENNA*

*NEW!*



## NEXTEL i550/i700/i1000/i2000
Remote Speaker/Mic
Clips to clothing, belt, or car visor
Keeps your hands free!

## EAR BUD W/PTT AVAILABLE FOR i85/i50!

**ClipSafe**
EASY MOUNT CLIP



Mini carabiner style clip
mounts easily to your phone,
radio or GPS

## Cell Safe DX4
ALL CONDITIONS PHONE & GPS CASE



- Virtually indestructible
- Watertight O-ring seal
- Floats
- Protects phone from shock
- Available in yellow or black

### Cell Safe DP1
BOXIT 5.0 DOLPHIN
- Fits most phones
- Completely watertight & shockproof
- Allows full use of phone
- Convenient belt loop



## NOKIA 5100 SERIES FACE PLATES



**NBA:** *LAKERS, SIXERS, MAVERICKS & MORE*
**NHL:** *FLYERS, RED WINGS, STARS, PENGUINS & MORE*
**NASCAR:** *KENSETH, LaBONTE, STEWART, EARNHARDT & OTHERS*
**COLLEGE:** *NOTRE DAME, MISS STATE, LSU & MANY MORE*



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials good thru July 30, 2004



# NEW!

## FUSION

High quality water resistant, (Rubber Like) cases that keep your phone stylishly handy! Attractive color trim and swivel belt clip!



*Available for Nextel, Motorola, Sanyo and Universal Pouch!*

## *StingRay*

**Deluxe Fitted and Universal Cases Available for...**
**Nextel Falcon series, Kyocera, LG, Motorola, Nokia, Sam-sung,Sanyo, Audiovox and Uni-**



## PLUS, Get a *FREE* Universal Swivel Vent clip with every Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials good thru July 30, 2004



# NEW!

## FUSION

High quality water resistant, (Rubber Like) cases that keep your phone stylishly handy! Attractive color trim and swivel belt clip!

*Body Glove*

*Available for Nextel, Motorola, Sanyo and Universal Pouch!*

*StingRay*

**Deluxe Fitted and Universal Cases Available for...**
**Nextel Falcon series, Kyocera, LG, Motorola, Nokia, Samsung, Sanyo, Audiovox and Uni-**



PLUS, Get a *FREE* Universal
Swivel Vent clip with
every Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-29



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

Specials good thru July 23, 2004



# NEW!

## CCM Roadster

ALL-IN-ONE HANDS FREE

For Nextel i530

### *Special. This week Only $26.99!*

## NOW IN STOCK!
TUF Cases for Nextel i830!
Available in Nylon,
Black Leather
And Blonde Nubuck Leather.
### *Order Today!*





EXPRO Swivel Clip Combo Kit
4pc kit includes...
Belt clip, Universal Button, Nokia
button and Car dash mount.
$ .50ea or 6 kits for $1.99!!!!



**HDSET-12**
PREMIUM
EXPRO EAR BUD
WITH 2" BOOM & ON/OFF.
2.5mm JACK
*$9.89ea BUY 1 GET 1
FREE*

**HDSET4**
"CLEARLINK"
OVER-THE-EAR HEADSET
ADJUSTABLE EARHOOK
AND CLEAR VOICE TUBE
2.5mm JACK
*$5.00ea BUY 1 GET 1
FREE!*



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-30



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials good thru July 23, 2004



# NEW!

## CCM Roadster

ALL-IN-ONE HANDS FREE

For Nextel i530

### *Special. This week Only $26.99!*

## NOW IN STOCK!
TUF Cases for Nextel i830!
Available in Nylon,
Black Leather
And Blonde Nubuck Leather.
### *Order Today!*





EXPRO Swivel Clip Combo Kit
4pc kit includes…
Belt clip, Universal Button, Nokia
button and Car dash mount.
$ .50ea or 6 kits for $1.99!!!!



**HDSET-12**
PREMIUM
EXPRO EAR BUD
WITH 2" BOOM & ON/OFF.
2.5mm JACK
*$9.89ea BUY 1 GET 1*
*FREE*

**HDSET4**
"CLEARLINK"
OVER-THE-EAR HEADSET
ADJUSTABLE EARHOOK
AND CLEAR VOICE TUBE
2.5mm JACK
*$5.00ea BUY 1 GET 1*
*FREE!*



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-31



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials good thru July 16, 2004

# New! Flashing Disco Ball Antennas!!
## Flashing, Multicolor Lights Inside a
## "Disco Ball"



Available for...
Nextel i730/i530 (retractable)
Nextel i90 (retractable)
Motorola V60 (TDMA retractable)



# NEW! Parrot CK3100 Bluetooth
# Hands Free Kit

Works with ANY Bluetooth enabled phone!
Brings your phones display to your dashboard!
Displays your phonebook and caller ID!
Voice recognition dialing!
Automatically mutes your car stereo!
Plays your calls through your car stereo!
Easy to install and easy to use!

*Only $179.99*



**E X PRO**

**P135 HEADSET**
OVER THE EAR HEADSET
WITH 2.5mm PLUG, and On/Off Button
*ONLY $3.99ea!!!*

**TELEX**
OVER-THE-EAR
HEADSET
*$1.00*ea
With any order.
No Limit!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

Specials good thru July 16, 2004

# New! Flashing Disco Ball Antennas!!
## Flashing, Multicolor Lights Inside a "Disco Ball"



Available for...
Nextel i730/i530 (retractable)
Nextel i90 (retractable)
Motorola V60 (TDMA retractable)



## NEW! Parrot CK3100 Bluetooth Hands Free Kit

Works with ANY Bluetooth enabled phone!
Brings your phones display to your dashboard!
Displays your phonebook and caller ID!
Voice recognition dialing!
Automatically mutes your car stereo!
Plays your calls through your car stereo!
Easy to install and easy to use!

*Only $179.99*



**E✗PRO**

**P135 HEADSET**
OVER THE EAR HEADSET
WITH 2.5mm PLUG, and On/Off Button
*ONLY $3.99ea!!!*

**TELEX**
OVER-THE-EAR
HEADSET.
*$1.00*ea
With any order.
No Limit!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-33



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials good thru July 16, 2004

# New! Flashing Disco Ball Antennas!!
## Flashing, Multicolor Lights Inside a "Disco Ball"



Available for...
Nextel i730/i530 (retractable)
Nextel i90 (retractable)
Motorola V60 (TDMA retractable)

## NEW! Parrot CK3100 Bluetooth Hands Free Kit

Works with ANY Bluetooth enabled phone!
Brings your phones display to your dashboard!
Displays your phonebook and caller ID!
Voice recognition dialing!
Automatically mutes your car stereo!
Plays your calls through your car stereo!
Easy to install and easy to use!

*Only $179.99*



**E✗PRO**
**P135 HEADSET**
OVER THE EAR HEADSET
WITH 2.5mm PLUG, and On/Off Button
*ONLY $3.99ea!!!*

**TELEX**
OVER-THE-EAR
HEADSET
*$1.00*ea
With any order.
No Limit!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

Specials good thru July 9, 2004



# Order ANY Heavy-Duty
# Nylon *TUF Case*
# *For only $8.95*
# and get a
# Plug-In Car Charger
# *For Only $ .50!*

**Introducing the worlds first**
*BLUETOOTH* Hands Free Zero Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly
provides drivers with advanced
Hands free functions. Full Duplex!
### *Only $89.99ea*






# CCM BLUE WARRIOR
Wireless Bluetooth Headset!
Compatible with ALL Bluetooth
enabled phones!
# *Only $55.00*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

Specials good thru July 9, 2004



## Order ANY Heavy-Duty
## Nylon *TUF Case*
## *For only $8.95*
## and get a
## Plug-In Car Charger
## *For Only $ .50!*

## Introducing the worlds first
*BLUETOOTH* Hands Free Zero Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly
provides drivers with advanced
Hands free functions. Full Duplex!
## *Only $89.99ea*







# CCM BLUE WARRIOR
Wireless Bluetooth Headset!
Compatible with ALL Bluetooth
enabled phones!

## *Only $55.00*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Specials Valid Thru July 9th, 2004*

*ITS RETRACTABLE!*



*Uses PROTEC*
*Interchangeable Tips!*

*Call For More Details!*

# NEW!
## PROTEC 3 in 1 Charger
Charge at Home!
Charge in the Car!
AND
Charge at the Office,
using the USB Interface!

*NEW!* Nextel i730 Extended Battery Cover!
Will accommodate up to a 1400mah battery!
*$2.00ea*





## *3D Holograms*
Lowest Price Ever!

Get Three for $1.00!

## **Patriotic Phone Holders!**
Magnetic Flags For The Dash Board*!*
*Hold phones securely!*
*Fast and easy to use!*
*Only $1.99ea*



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

*Specials Valid Thru July 9th, 2004*

*ITS RETRACTABLE!*



*Uses PROTEC Interchangeable Tips!*

*Call For More Details!*

# NEW!
## PROTEC 3 in 1 Charger
### Charge at Home!
### Charge in the Car!
### AND
### Charge at the Office, using the USB Interface!

*NEW!* Nextel i730 Extended Battery Cover!
Will accommodate up to a 1400mah battery!
### *$2.00ea*





## *3D Holograms*
### Lowest Price Ever!

Get Three for $1.00!

## **Patriotic Phone Holders!**
Magnetic Flags For The Dash Board*!*
### *Hold phones securely!*
### *Fast and easy to use!*
## *Only $1.99ea*



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-38



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Specials Valid Thru July 9th, 2004*



*ITS RETRACTABLE!*

*Uses PROTEC Interchangeable Tips!*

*Call For More Details!*

# NEW!
## PROTEC 3 in 1 Charger
Charge at Home!
Charge in the Car!
AND
Charge at the Office,
using the USB Interface!



*NEW!* Nextel i730 Extended Battery Cover!
Will accommodate up to a 1400mah battery!
**$2.00ea**



### 3D Holograms
Lowest Price Ever!

Get Three for $1.00!

## Patriotic Phone Holders!
Magnetic Flags For The Dash Board*!*
***Hold phones securely!***
***Fast and easy to use!***
***Only $1.99ea***



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-39



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

Specials for week of June 22-25, 2004



# *Bakers Dozen Special!*
## Buy 12 Holsters
## And
## Get a 13th *FREE!*
*Choose any model, mix and match!*



## Introducing the worlds first
### *BLUETOOTH*
### Handsfree Soft Install Kit!
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
Full Duplex!

### *Only $89.99ea*





# **M3000** from Plantronics
### Plantronics M3000 Bluetooth™
### Headset offers the ultimate in wireless freedom
### and sound quality in a stylish, comfortable design.

## *Only $75.00!*



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

Specials for week of June 22-25, 2004



# *Bakers Dozen Special!*
## Buy 12 Holsters
## And
## Get a 13th *FREE!*
*Choose any model, mix and match!*







## **Introducing the worlds first**
### *BLUETOOTH*
### **Handsfree Soft Install Kit!**
### *The Parrot DriveBlue*
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
Full Duplex!



## *Only $89.99ea*



## **M3000** from Plantronics
**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**

## *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-41


***Express Products***

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials for week of June 14-18, 2004

# NEW!

## Imported Italian Rubberized Cases!
Beautiful yet Tough! Cut for a perfect fit!
Durable Steel Belt Clip!
Available for Samsung, Siemens, Motorola
Nextel and Sanyo Phones!

## Introductory Priced *Only $7.95*


HDSET 12


HDSET-TELEX

## *Bakers Dozen Special!*
### Buy 12 Headsets
### And
### Get a 13th *FREE!*
*Choose from these
great headsets!*


HDSET 8


HDSET 2

HDSET 10

HDSET

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-42



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials for week of June 7-11, 2004



# NEW!  HDSET-P135-730

## Over-The-Ear Headset for NEXTEL Falcon Series Phones With PTT Button!
## Premium Quality at a Low Price!

*Only $7.99!*



**EXPRO**

*Bakers Dozen Special!*
Buy 12 Car Chargers
and Get a 13th *FREE!*



**Standard**



**PROTEC**

**Retractable**



**HDSET 8**
HANDSFREE EAR HOOK.
COMFORTABLE AND LIGHT.
WITH ON/OFF BUTTON
BLOWOUT SALE!
*Only $2.00*

**HDSET10**
PREMIUM, OVER-THE-EAR
WITH BOOM.
CRYSTAL CLEAR SOUND.
THREE WAY COMFORT
ADJUSTMENT.
*Only $4.00*
(HDSET-10)



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-43



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

Specials for week of June 1-4, 2004

# The Italian Executive Kit

## We've paired up two great Express Products exclusives!

Get The New Imported
Italian Leather Case *AND* get the
PROTEC In-Car charger with it's innovative design
and detachable tip!



Available for
ALL popular phones!

### *Only $10.00!*

# NEW!
## CCM Universal Desk-Top Station.
Hands free For the Home or Office!
Built-in Speaker, Volume Control
and Privacy Handset!
### *Only $39.99!*






**Jabra Ear Boom**
2.5mm Plug.
Six Comfort Gels
Retail Packaged.
### *Only $4.95*
*(HDSETJB-SP)*

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
*$7.50*ea

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of June 1-4, 2004

# The Italian Executive Kit

### We've paired up two great Express Products exclusives!

Get The New Imported
Italian Leather Case *AND* get the
PROTEC In-Car charger with it's innovative design
and detachable tip!



Available for
ALL popular phones!

## *Only $10.00!*



# NEW!
CCM Universal Desk-Top Station.
Hands free For the Home or Office!
Built-in Speaker, Volume Control
and Privacy Handset!

## *Only $39.99!*





### Jabra Ear Boom
2.5mm Plug.
Six Comfort Gels
Retail Packaged.

## *Only $4.95*
*(HDSET-JB-SP)*

### HDSET-15
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
*$7.50*ea

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**WIRELESS ACCESSORIES & MORE**

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

Specials for week of June 1-4, 2004



# The Italian Executive Kit

## We've paired up two great Express Products exclusives!

Get The New Imported
Italian Leather Case *AND* get the
PROTEC In-Car charger with it's innovative design
and detachable tip!

### *Only $10.00!*

Available for
ALL popular phones!

# NEW!
CCM Universal Desk-Top Station.
Hands free For the Home or Office!
Built-in Speaker, Volume Control
and Privacy Handset!

## *Only $39.99!*






### Jabra Ear Boom
2.5mm Plug.
Six Comfort Gels
Retail Packaged.

## *Only $4.95*
*(HDSETJB-SP)*

### HDSET-15
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
**$7.50ea**

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

Specials for week of June 1-4, 2004

# The Italian Executive Kit

## We've paired up two great Express Products exclusives!

Get The New Imported
Italian Leather Case *AND* get the
PROTEC In-Car charger with it's innovative design
and detachable tip!



Available for
ALL popular phones!

## *Only $10.00!*

# NEW!
CCM Universal Desk-Top Station.
Hands free For the Home or Office!
Built-in Speaker, Volume Control
and Privacy Handset!

## *Only $39.99!*



---



### Jabra Ear Boom
2.5mm Plug.
Six Comfort Gels
Retail Packaged.
### *Only $4.95*
*(HDSETJB-SP)*

### HDSET-15
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
*$7.50*ea

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

Specials for week of June 1-4, 2004

# The Italian Executive Kit

## We've paired up two great Express Products exclusives!

Get The New Imported
Italian Leather Case *AND* get the
PROTEC In-Car charger with it's innovative design
and detachable tip!



Available for
ALL popular phones!

## *Only $10.00!*

# NEW!
## CCM Universal Desk-Top Station.
## Hands free For the Home or Office!
## Built-in Speaker, Volume Control
## and Privacy Handset!

# *Only $39.99!*



**Jabra Ear Boom**
2.5mm Plug.
Six Comfort Gels
Retail Packaged.



## *Only $4.95*
*(HDSETJB-SP)*

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
*INTRODUCTORY SPECIAL!*
**$7.50**ea

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials for week of May 24-28, 2004

# Motorola V300/V400
## *Executive Starter Kits*

### *3 piece kit includes…*
In-Car Charger
Swivel Belt Clip Holster
*And*
Handsfree Earbud

## *Only $3.88!*







## **NEW!**
## **CCM BLUE WARRIOR**
Wireless Bluetooth Headset!
Compatible with ALL Bluetooth
enabled phones!



Introductory Priced, Only $55.00

Call today about our
Fone Data Suite
Demo Disc Program!



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

Specials for week of May 17– 23, 2004

# *NEW!* LED Flashlight attachment for PROTEC Series Chargers.

### Use it with the PROTEC In-Car Chargers or with the PROTEC Travel Chargers!

Can also be used as a map light, reading light for passengers or to find lost items in the car at night!





# trēo

## OEM In-Car Chargers And Hotsync Cables Now Available!

## Get a FREE Universal Vent Clip When You Buy ANY Premium Phone Case



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

Specials for week of May 17– 23, 2004

# *NEW!* LED Flashlight attachment for PROTEC Series Chargers.

## Use it with the PROTEC In-Car Chargers or with the PROTEC Travel Chargers!

Can also be used as a
map light, reading light for
passengers or to find lost items
in the car at night!



# trēo

## OEM In-Car Chargers And Hotsync Cables Now Available!



# Get a FREE Universal Vent Clip When You Buy ANY Premium Phone Case



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-51



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

Specials for week of May 17– 23, 2004

---

# *NEW!* LED Flashlight attachment for PROTEC Series Chargers.

## Use it with the PROTEC In-Car Chargers or with the PROTEC Travel Chargers!

Can also be used as a map light, reading light for passengers or to find lost items in the car at night!

# trēo

## OEM In-Car Chargers And Hotsync Cables Now Available!



# Get a FREE Universal Vent Clip When You Buy ANY Premium Phone Case



If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-52



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

**WIRELESS ACCESSORIES & MORE**

# NEW!



## CCM Roadster
### ALL-IN-ONE HANDS FREE

### For Motorola V300/V400/V500/V600

### *Order Today!*

## *Headsets with PTT*
# For Nextel Falcon Series!
## Three Styles to Choose!

Earbud $4.95
Over-The-Ear $7.95
Over-The-Head $9.95





## SUPER SUMMER SIX-PACK
## OF HEADSETS

1-Over-the-ear w/mini boom. *(HDSET-10)*
1-Clearlink over-ear. *(HDSET-4)*
1-Retractable Ear Bud w/nokia adapter *(HDSET-5)*
1-Telex Over-The Ear. *(HDSET-TELEX)*
1-Over-Ear with boom. *(HDSET-2)*
1-Over-ear with answer/end & vol. control *(HDSET-7)*

### All for just *$19.95*
*(hdset six pack)*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# NEW!



## CCM Roadster
ALL-IN-ONE HANDS FREE

## For Motorola V300/V400/V500/V600

## *Order Today!*

## *Headsets with PTT*
# For Nextel Falcon Series!
Three Styles to Choose!

Earbud $4.95
Over-The-Ear $7.95
Over-The-Head $9.95





### SUPER SUMMER SIX-PACK
### OF HEADSETS
1-Over-the-ear w/mini boom. *(HDSET-10)*
1-Clearlink over-ear. *(HDSET-4)*
1-Retractable Ear Bud w/nokia adapter *(HDSET-5)*
1-Telex Over-The Ear. *(HDSET-TELEX)*
1-Over-Ear with boom. *(HDSET-2)*
1-Over-ear with answer/end & vol. control *(HDSET-7)*

### All for just *$19.95*
*(hdset six pack)*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

## *NEW AT EXPRESS PRODUCTS!!!*

### *NEW!  EXPRO*

**Nylon Sport Pouches**
**Heavy-Duty Construction**
**For years of use!**
**Three ways to wear!**
**Steel belt clip, Belt loop**
**or Lanyard!**

*Only $3.50 each!*



*StingRay*

**New Deluxe Fitted**
**and Universal Cases**
**Available for**
**Nextel Falcon series,**
**Lg 6000, and More!**



PLUS, Get a *FREE* Universal
Swivel Vent clip for every
Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Specials for week of May 3-7*



# Shuttle Cases

These High-Tech cases fit your phone perfectly!
Stylish 2-tone design!
Elastic "flex band" for maximum flexibility!
Convenient, easy-to-use swivel clip with push-button release!

Available in FOUR great styles for...
LG-vx4400
Motorola T722/T720, V60, V66

# CLEARANCE PRICED! *$3.00ea*

# NEW!!!

## *StingRay* Premium Cases

Available for...

| | |
|---|---|
| **AUDIOVOX 8900** | **NOKIA 2260, 3560, 3570, 3585,** |
| **AUDIOVOX 8600** | **3586, 3590, 3595** |
| **KYOCERA 413, 414, 423, 434** | **NOKIA 3200** |
| **LG VX4400** | **SAMSUNG X426, X427** |
| **LG VX4500** | **SAMSUNG VI660, A660** |
| **LG VX6000** | **SAMSUNG A620, VGA1000** |
| **MOTOROLA V300** | **SANYO 5400/RL2500** |
| **MOTOROLA V400** | **SANYO SCP7300/RL7300** |
| **MOTOROLA V60P, V60S** | **SANYO 8100** |
| **NEXTEL i730** | **UNIVERSAL, FOR FLIP PHONES** |
| **NEXTEL i530** | **UNIVERSAL, FOR BAR PHONES** |
| **NEXTEL i305** | |
| **NEXTEL i205** | |

PLUS,
Get a *FREE*
Universal
Swivel Vent clip
for every Stingray
case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

*Express Products*
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *NEW AT EXPRESS PRODUCTS!!!*

*NEW!* **EXPRO**

**Nylon Sport Pouches**
**Heavy-Duty Construction**
**For years of use!**
**Three ways to wear!**
**Steel belt clip, Belt loop**
**or Lanyard!**

*Only $3.50 each!*



*StingRay*

**New Deluxe Fitted**
**and Universal Cases**
**Available for**
~~**Nextel Falcon series,**~~
**Lg 6000, and More!**



PLUS, Get a *FREE* Universal
Swivel Vent clip for every
Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *NEW AT EXPRESS PRODUCTS!!!*

### *NEW!* E**X**PRO

**Nylon Sport Pouches**
**Heavy-Duty Construction**
**For years of use!**
**Three ways to wear!**
**Steel belt clip, Belt loop**
**or Lanyard!**

*Only $3.50 each!*



*StingRay*

**New Deluxe Fitted**
**and Universal Cases**
**Available for**
**Nextel Falcon series,**
**Lg 6000, and More!**



PLUS, Get a *FREE* Universal
Swivel Vent clip for every
Stingray case you buy!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.