

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *NEW AT EXPRESS PRODUCTS!!!*



# E*X*PRO P311
### Over-The-Ear Headset
### With Push-To-Talk Button!
### For NEXTEL Falcon Series.
### *Compatible with i730, i530, i305 and i205*

## IMPORTED ITALIAN LEATHER CASES
### Now available for…



Samsung A620        Sanyo 8100
Samsung A660        Motorola V60s
Motorola V600       Motorola V400

### Get a FREE Leather Key Fob with any Italian Leather Purchase!

## *Other New  Items Available!*

**DESK-TOP CHARGERS**
LG 4400
Motorola V300
**LEATHER CASES**
LG 4500
Nokia 3200

**BATTERIES**
Sanyo 4500
NEC 515

**HOLSTERS**
Audiovox 8410
LG 5250
LG 4050
Motorola V400
Motorola MPx200

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## Visit us at the CTIA show in Atlanta, March 22,23 & 24
## Booth #2669



# Order ANY Heavy-Duty
# Nylon *TUF Case*
# For only *$8.95*
# and get an

# E*X*PRO
# Plug-In Car Charger
# FREE!

# *New Items Now Available!*

**DATA CABLES**
~~LG 4010, LG 4050~~
LG 4400, Siemans A56

**HOLSTERS**
Sanyo 7200, Sanyo 5400,
Nokia N-GAGE

**LEATHER CASES**
Audiovox 8450, 8900,
Motorola V300, MPx200
Nokia 3300

**BATTERIES**
~~Nokia 6510, LG VX3100 (silver), 4050~~
Samsung N400, A400, N240, S105, S307,
A620/vga1000
Siemans S46 Sanyo 4000
Audiovox 8600, 8500, 9500, 8900, 9900
Kyocera SE47, Samsung E715
Motorola T720 (1400Mah), V300
Sony/Ericsson T610

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# Visit us at the CTIA show in Atlanta, March 22,23 & 24
## Booth #2669



## Order ANY Heavy-Duty
## Nylon *TUF Case*
## For only $8.95
## and get an



## E*X*PRO
## Plug-In Car Charger
## FREE!

# *New Items Now Available!*

**DATA CABLES**
~~LG 4010, LG 4050~~
LG 4400, Siemans A56

**HOLSTERS**
Sanyo 7200, Sanyo 5400,
Nokia N-GAGE

**LEATHER CASES**
Audiovox 8450, 8900,
Motorola V300, MPx200
Nokia 3300

**BATTERIES**
~~Nokia 6510, LG VX3100 (silver), 4050~~
Samsung N400, A400, N240, S105, S307,
A620/vga1000
Siemans S46 Sanyo 4000
Audiovox 8600, 8500, 9500, 8900, 9900
Kyocera SE47, Samsung E715
Motorola T720 (1400Mah), V300
Sony/Ericsson T610

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# Visit us at the CTIA show in Atlanta, March 22,23 & 24
## Booth #2669



## Order ANY Heavy-Duty Nylon *TUF Case* For only $8.95 and get an



## E**X**PRO
## Plug-In Car Charger
## FREE!

# *New Items Now Available!*

**DATA CABLES**
LG 4010, LG 4050
LG 4400, Siemans A56
**HOLSTERS**
Sanyo 7200, Sanyo 5400,
Nokia N-GAGE
**LEATHER CASES**
Audiovox 8450, 8900,
Motorola V300, MPx200
Nokia 3300

**BATTERIES**
Nokia 6510, LG VX3100 (silver), 4050
Samsung N400, A400, N240, S105, S307,
A620/vga1000
Siemans S46 Sanyo 4000
Audiovox 8600, 8500, 9500, 8900, 9900
Kyocera SE47, Samsung E715
Motorola T720 (1400Mah), V300
Sony/Ericsson T610

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-62



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE



# E✗PRO SPORT POUCHES

## WITH ROTATING BELT CLIP
AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

Available in black, silver or blue!
*Only $2.95*

# *FLASHING ACCESSORIES!*
## FLASHING BATTERIES, KEYPADS, AND BATTERY COVERS!
### *AVAILABLE FOR ...*
### *NEXTEL i730, i95/i90*
### *NOKIA, MOTOROLA, AND MORE!*



# *CELLFOAM POUCHES*

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
    your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!
## *On Sale, Only $2.50 each!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-63



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE



# E**X**PRO SPORT POUCHES

## WITH ROTATING BELT CLIP
AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

Available in black, silver or blue!
*Only $2.95*

# *FLASHING ACCESSORIES!*
## FLASHING BATTERIES, KEYPADS, AND BATTERY COVERS!
*AVAILABLE FOR ...*
*NEXTEL i730, i95/i90*
*NOKIA, MOTOROLA, AND MORE!*



## *CELLFOAM POUCHES*

**Soft neoprene pouches with zippered front.**
**Soft neoprene belt loop makes sure that**
**your phone never leaves your side!**
**Lightweight and Comfortable!**
**FOUR convenient sizes!**
### *On Sale, Only $2.50 each!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# E✗PRO SPORT POUCHES

## WITH ROTATING BELT CLIP

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

Available in black, silver or blue!

*Only $2.95*

# *FLASHING ACCESSORIES!*

FLASHING BATTERIES, KEYPADS,
AND BATTERY COVERS!
*AVAILABLE FOR ...*
*NEXTEL i730, i95/i90*
*NOKIA, MOTOROLA, AND MORE!*





# *CELLFOAM POUCHES*

**Soft neoprene pouches with zippered front.**
**Soft neoprene belt loop makes sure that**
**your phone never leaves your side!**
**Lightweight and Comfortable!**
**FOUR convenient sizes!**
*On Sale, Only $2.50 each!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# HANDSFREE SPECIALS!!!



***NEW!!!*** Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
***Only $9.99ea!***

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
***Only $6.99ea!***



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
***Only $4.50*ea**

**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
***WAS $9.95  NOW $3.59***

 

***NEW & IMPROVED "RETRACT-IT"***
UNIVERSAL RETRACTABLE
BELT CLIP.
***$7.99 Buy 1 Get 1 Free!!***

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-66



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# HANDSFREE SPECIALS!!!



### *NEW!!!*

Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $9.99ea!*

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $6.99ea!*





**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
*Only $4.50*ea



**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*WAS $9.95  NOW $3.59*

 

*NEW & IMPROVED "RETRACT-IT"*
UNIVERSAL RETRACTABLE
BELT CLIP.
*$7.99 Buy 1 Get 1 Free!!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-67



*Express Products*

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

# HANDSFREE SPECIALS!!!



**NEW!!!** Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $9.99ea!*

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
*Only $6.99ea!*



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
*Only $4.50ea*



**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*WAS $9.95 NOW $3.59*

 

*NEW & IMPROVED "RETRACT-IT"*
UNIVERSAL RETRACTABLE
BELT CLIP.
*$7.99 Buy 1 Get 1 Free!!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-68



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# HANDSFREE SPECIALS !



## HDSET-12
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*WAS $9.95  NOW $3.59*

**E*X*PRO** Over-The-Ear headset.

HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!

### Buy 1 for $6.99 Get 1 Free





## *M3000* from **Plantronics**

Plantronics M3000 Bluetooth™ Headset offers the ultimate in wireless freedom and sound quality in a stylish, comfortable design. The M3000 has up to eight hours of talk time and 200 hours of standby time, and a noise-canceling microphone that reduces background noise. Compatible with Bluetooth devices supporting the headset or hands-free profile.

### *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# HANDSFREE SPECIALS!!!



***NEW!!!*** Nextel FALCON series
Over-the-head headset with PTT!
Fits the i730, i530, i305 and the i205
***Only $9.99ea!***

Nextel FALCON series
Ear bud headset with PTT!
Fits the i730, i530, i305 and the i205
***Only $6.99ea!***



**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENTS
***Only $4.50ea***

**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
***WAS $9.95  NOW $3.59***




***NEW & IMPROVED "RETRACT-IT"***
UNIVERSAL RETRACTABLE
BELT CLIP.
***$7.99 Buy 1 Get 1 Free!!***

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-70



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *NEW*! from Express Products

## **Jabra** Ear Wave ™ Bud

The next wave in comfort technology!
Light weight design, discreet look, and crisp, clear sound.



Jabra MiniGels™ Channel sound for great reception, with ear hugging comfort fit.

### Only $16.99



## **Jabra** Ear Wave ™ Boom

The next wave in comfort technology.
Ultra-lightweight design, unbeatable comfort, breakthrough styling, and outstanding voice clarity.

- Low-profile earpiece fits snugly behind the ear for a discreet look.
- Noise-canceling microphone blocks background noise, and lets your voice be heard.

### Only $19.95

# PHONE TATTOOS !



- A GREAT WAY TO *EXPRESS* YOURSELF!
- TURNS PHONES INTO ONE-OF-A-KIND WORKS OF ART!
- DOZENS OF STYLES FOR EVERY PERSONALITY!
- GREAT PROFIT MAKER!
- QUICK AND EASY WAY TO CHANGE THE LOOK OF YOUR PHONE!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *NEW!* from Express Products

## Jabra Ear Wave ™ Bud

The next wave in comfort technology!
Light weight design, discreet look, and crisp, clear sound.

Jabra MiniGels™ Channel sound for great reception, with ear hugging comfort fit.

### Only $16.99



## Jabra Ear Wave ™ Boom

The next wave in comfort technology.
Ultra-lightweight design, unbeatable comfort, breakthrough styling, and outstanding voice clarity.

- Low-profile earpiece fits snugly behind the ear for a discreet look.
- Noise-canceling microphone blocks background noise, and lets your voice be heard.

### Only $19.95

# PHONE TATTOOS !



- A GREAT WAY TO *EXPRESS* YOURSELF!
- TURNS PHONES INTO ONE-OF-A-KIND WORKS OF ART!
- DOZENS OF STYLES FOR EVERY PERSONALITY!
- GREAT PROFIT MAKER!
- QUICK AND EASY WAY TO CHANGE THE LOOK OF YOUR PHONE!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-72



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *NEW!* from Express Products

## **Jabra** Ear Wave ™ Bud

The next wave in comfort technology!
Light weight design, discreet look, and crisp, clear sound.

Jabra MiniGels™ Channel sound for great reception, with ear hugging comfort fit.

### Only $16.99



## **Jabra** Ear Wave ™ Boom

The next wave in comfort technology.
Ultra-lightweight design, unbeatable comfort, breakthrough styling, and outstanding voice clarity.

- Low-profile earpiece fits snugly behind the ear for a discreet look.
- Noise-canceling microphone blocks background noise, and lets your voice be heard.

### Only $19.95



# **PHONE TATTOOS !**



- A GREAT WAY TO *EXPRESS* YOURSELF!
- TURNS PHONES INTO ONE-OF-A-KIND WORKS OF ART!
- DOZENS OF STYLES FOR EVERY PERSONALITY!
- GREAT PROFIT MAKER!
- QUICK AND EASY WAY TO CHANGE THE LOOK OF YOUR PHONE!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *NEW*! from Express Products

### **Jabra** Ear Wave ™ **Bud**
The next wave in comfort technology!
Light weight design, discreet look, and crisp, clear sound.

Jabra MiniGels™ Channel sound for great reception, with ear hugging comfort fit.

### **Only $16.99**



### **Jabra** Ear Wave ™ **Boom**
The next wave in comfort technology.
Ultra-lightweight design, unbeatable comfort, breakthrough styling, and outstanding voice clarity.

- Low-profile earpiece fits snugly behind the ear for a discreet look.
- Noise-canceling microphone blocks background noise, and lets your voice be heard.

### **Only $19.95**

# **PHONE TATTOOS !**



- A GREAT WAY TO *EXPRESS* YOURSELF!
- TURNS PHONES INTO ONE-OF-A-KIND WORKS OF ART!
- DOZENS OF STYLES FOR EVERY PERSONALITY!
- GREAT PROFIT MAKER!
- QUICK AND EASY WAY TO CHANGE THE LOOK OF YOUR PHONE!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

**Express Products**
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

**Soft neoprene pouches with zippered front.**
**Soft neoprene belt loop makes sure that**
     **your phone never leaves your side!**
**Lightweight and Comfortable!**
**FOUR convenient sizes!**
### *On Sale, Only $2.50 each!*





## **M3000** from Plantronics
**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**

### *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

*WIRELESS ACCESSORIES & MORE*



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

**Soft neoprene pouches with zippered front.**
**Soft neoprene belt loop makes sure that**
     **your phone never leaves your side!**
**Lightweight and Comfortable!**
**FOUR convenient sizes!**
### *On Sale, Only $2.50 each!*





## M3000 from Plantronics
**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**

### *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-76



PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
      your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

### *On Sale, Only $2.50 each!*





## M3000 from Plantronics

**Plantronics M3000 Bluetooth™
Headset offers the ultimate in wireless freedom
and sound quality in a stylish, comfortable design.**

### *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

**Soft neoprene pouches with zippered front.**
**Soft neoprene belt loop makes sure that**
    **your phone never leaves your side!**
**Lightweight and Comfortable!**
**FOUR convenient sizes!**
*On Sale, Only $2.50 each!*





## **M3000** from Plantronics
**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**

### *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# NEW!



## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

# CELLFOAM POUCHES

Soft neoprene pouches with zippered front.
Soft neoprene belt loop makes sure that
your phone never leaves your side!
Lightweight and Comfortable!
FOUR convenient sizes!

## *On Sale, Only $2.50 each!*





## M3000 from Plantronics

**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**

## *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-79



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE



# *NEW!*

## *Shuttle Cases*

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

## *CELLFOAM POUCHES*

**Soft neoprene pouches with zippered front.**
**Soft neoprene belt loop makes sure that your phone never leaves your side!**
**Lightweight and Comfortable!**
**FOUR convenient sizes!**
*On Sale, Only $2.50 each!*





## **M3000** from Plantronics

**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom and sound quality in a stylish, comfortable design.**

## *Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-80



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*



# NEW!

## Shuttle Cases

Unique phone cases that are sure to attract attention!
Quality construction highlights these beautiful, modern cases.

# *CELLFOAM POUCHES*

**Soft neoprene pouches with zippered front.**
**Soft neoprene belt loop makes sure that**
**your phone never leaves your side!**
**Lightweight and Comfortable!**
**FOUR convenient sizes!**
*On Sale, Only $2.50 each!*





**M3000** from Plantronics
**Plantronics M3000 Bluetooth™**
**Headset offers the ultimate in wireless freedom**
**and sound quality in a stylish, comfortable design.**

*Only $75.00!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *ATTENTION DEALERS!*

## EXPRESS PRODUCTS is now offering
## PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
## 1-866-616-6000

BP-82



PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *ATTENTION DEALERS!*

## EXPRESS PRODUCTS is now offering
## PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
## 1-866-616-6000

BP-83



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *ATTENTION DEALERS!*

## EXPRESS PRODUCTS is now offering
# PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
# 1-866-616-6000

BP-84



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

# *ATTENTION DEALERS!*

## EXPRESS PRODUCTS is now offering
## PREPAID WIRELESS!

## Make *15%* on renewals!
## Phones as low as *$30.00!*

## To get the details contact Michael at
# 1-866-616-6000

BP-85



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*FONE DATA KIT*
**Data Cable and Software.**
MMS & SMS Composer, Phonebook editor, Melody Composer, File Manager,
Color Picture Editing Software, 500 Ring tones, 700 Logos,
and 100 Polyphonic Ring tones.
*Available For...*
**Motorola** V60/V60i/V66/V70/V70i/T720/T720i/T722i
**Ericsson** 320/R520/T39/T65/T68/T300/T310/T610/T616/Z600
**Samsung** V200/V205/S300/S307/S308/P400/X105/E105
**Nokia** 5100/6100/6108/6610/6800/7210/7250/7250i
**Nokia** 6210/6310i/7190/6250
*Some features depend on phone model*

*Only $21.95!*

INFRARED MODEL AVAILABLE FOR PHONES
THAT ARE EQUIPPED WITH INFRARED! *Only $29.95!*

**Introducing the worlds BEST**
***BLUETOOTH***
**Handsfree Soft Install Kit!**
***The Parrot DriveBlue***
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
Full Duplex!
*Only $110.00ea*

*FULL DUPLEX!*





**TUF CASES** by **E✗PRO**
Contractor grade ballistic nylon cases.
Now available for…
Nextel i205, i305, i530, i730
**TUF HOLSTERS** Now available for…
Nextel i205, i305, i530, i730

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

*FONE DATA KIT*
### Data Cable and Software.
MMS & SMS Composer, Phonebook editor, Melody Composer, File Manager,
Color Picture Editing Software, 500 Ring tones, 700 Logos,
and 100 Polyphonic Ring tones.
*Available For...*
**Motorola** V60/V60i/V66/V70/V70i/T720/T720i/T722i
**Ericsson** 320/R520/T39/T65/T68/T300/T310/T610/T616/Z600
**Samsung** V200/V205/S300/S307/S308/P400/X105/E105
**Nokia** 5100/6100/6108/6610/6800/7210/7250/7250i
**Nokia** 6210/6310i/7190/6250
*Some features depend on phone model*

*Only $21.95!*

INFRARED MODEL AVAILABLE FOR PHONES
THAT ARE EQUIPPED WITH INFRARED! *Only  $29.95!*

**Introducing the worlds BEST**
***BLUETOOTH***
**Handsfree Soft Install Kit!**
***The Parrot DriveBlue***
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
Full Duplex!
*Only $110.00ea*

*FULL DUPLEX!*





### TUF CASES by *EXPRO*
Contractor grade ballistic nylon cases.
Now available for...
Nextel i205, i305, i530, i730
**TUF HOLSTERS** Now available for...
Nextel i205, i305, i530, i730

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-87



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

---

## *FONE DATA KIT*
### Data Cable and Software.

MMS & SMS Composer, Phonebook editor, Melody Composer, File Manager,
Color Picture Editing Software, 500 Ring tones, 700 Logos,
and 100 Polyphonic Ring tones.

### *Available For...*
**Motorola** V60/V60i/V66/V70/V70i/T720/T720i/T722i
**Ericsson** 320/R520/T39/T65/T68/T300/T310/T610/T616/Z600
**Samsung** V200/V205/S300/S307/S308/P400/X105/E105
**Nokia** 5100/6100/6108/6610/6800/7210/7250/7250i
**Nokia** 6210/6310i/7190/6250
*Some features depend on phone model*

## *Only $21.95!*

### INFRARED MODEL AVAILABLE FOR PHONES
### THAT ARE EQUIPPED WITH INFRARED! *Only $29.95!*



**FULL DUPLEX!**

**Introducing the worlds BEST**
***BLUETOOTH***
**Handsfree Soft Install Kit!**
***The Parrot DriveBlue***
Plugged into any vehicle, it wirelessly provides
drivers with advanced handsfree functions.
Full Duplex!

### *Only $110.00ea*

---



## TUF CASES by *EXPRO*

Contractor grade ballistic nylon cases.
Now available for...
Nextel i205, i305, i530, i730
**TUF HOLSTERS** Now available for...
Nextel i205, i305, i530, i730

---

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



*Express Products*

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!*
*Prices good thru July 11th, 2003*

## NEW!
## CCM DOCKING STATION
### DESK-TOP CHARGER
### WITH HANDSFREE SPEAKER PHONE
### *AND* PRIVACY HANDSET!

*THIS INNOVATIVE DESIGN IS AVAILABLE FOR ...*
MOTOROLA V60 *(CCMV60DS)* AND T720i *(CCM720DS)*
NOKIA 6360/6310i *(CCM6360DS)*
AND NOKIA 3360/3320 *(CCM3360DS)*

*INTRODUCTORY PRICE Only $30.00*



**Motorola V60 Faceplate**
Polished Stainless Steel
Premium quality, built to last.
Can be professionally engraved!
*Only $7.95*



***DISPLEX***
LENS CLEANER AND
SCRATCH REMOVER.
*GREAT TO HAVE ON HAND!*

**E X PRO** Over-The-Ear headset.
HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!
*Get 1 FREE with ANY order $25.00 or more!!*



*FREE FREIGHT FRIDAY!!*
*Place an order of $100.00 or more on*
*Friday July 11th and get FREE ground shipping!*
*USE SHIPPING COUPON # fs17303*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

BP-89


### *Express Products*
WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

## *CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!*
*Prices good thru July 3rd, 2003*

# *NEW!*
## CCM DOCKING STATION
### DESK-TOP CHARGER
### WITH HANDSFREE SPEAKER PHONE
### *AND* PRIVACY HANDSET!
*THIS INNOVATIVE DESIGN IS AVAILABLE FOR...*
MOTOROLA V60 *(CCMV60DS)* AND T720i *(CCMT720DS)*
NOKIA 6360/6310i *(CCMNOK6360DS)*
AND NOKIA 3360/3320 *(CCMNOK3360DS)*

## *INTRODUCTORY PRICE Only $30.00*





## *NOW AVAILABLE*
### FM MODULATED NAVIGATORS by CCM
*NOW AVAILABLE FOR...*
### *NEXTEL i90/i95* *(CCMNEXi90N-FM)*
### *AND*
### *MOTOROLA V120* *(CCMV120N-FM)*



## *MOTOROLA OEM USB DATA KIT*
*FOR V60, V120, T720 270, 280*
## *SPECIAL PRICE*
## *Only $30.00* *(DCMOTV60)*
### *USB DATA CABLE FOR MOTOROLA*
## *Only $6.99* *(DCMOTV60-1)*

## *NEW FROM E X PRO*
*P310* OVER-THE-EAR
PREMIUM HEADSET
WITH ON/OFF BUTTON
2.5mm PLUG
## *Only $4.85*

*FREE FREIGHT ~~FRIDAY!~~ THURSDAY*
*Place an order of $100.00 or more on Thursday*
*July 3rd and get FREE ground shipping!*
*USE SHIPPING COUPON # fs18103*

*Ask how you can earn FREE products and FREE shipping with our Customer Referral Program!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-90



**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!*
*Prices good thru July 3rd, 2003*

# NEW!
## CCM DOCKING STATION
### DESK-TOP CHARGER
### WITH HANDSFREE SPEAKER PHONE
*AND* PRIVACY HANDSET!
*THIS INNOVATIVE DESIGN IS AVAILABLE FOR ...*
MOTOROLA V60 *(CCMV60DS)* AND T720i *(CCMT720DS)*
NOKIA 6360/6310i *(CCMNOK6360DS)*
AND NOKIA 3360/3320 *(CCMNOK3360DS)*

*INTRODUCTORY PRICE Only $30.00*



## NOW AVAILABLE
FM MODULATED NAVIGATORS by CCM
*NOW AVAILABLE FOR...*
**NEXTEL i90/i95** *(CCMNEXI90N-FM)*
*AND*
**MOTOROLA V120** *(CCMV120N-FM)*

*MOTOROLA OEM*
*USB DATA KIT*
*FOR V60, V120, T720*
*270, 280*
**SPECIAL PRICE**
*Only $30.00 (DCMOTV60)*
*USB DATA CABLE*
*FOR MOTOROLA*
*Only $6.99 (DCMOTV60-1)*

*NEW FROM E**X**PRO*
*P310* OVER-THE-EAR
PREMIUM HEADSET
WITH ON/OFF BUTTON
2.5mm PLUG
*Only $4.85*




*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

---

*FREE FREIGHT ~~FRIDAY~~!! THURSDAY*
*Place an order of $100.00 or more on Thursday*
*July 3rd and get FREE ground shipping!*
*USE SHIPPING COUPON # fs18103*

---

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

 **Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

## CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!
*Prices good thru June 27th, 2003*

 **Body Glove**

## NEW! FROM BODY GLOVE
## SCUBA CELLSUITS
Gives phones that "cool, edgy look" while providing the ultimate in Protection!

**Introducing the worlds first *BLUETOOTH* Handsfree Soft Install Kit!**
### The Parrot DriveBlue
Plugged into any vehicle, it wirelessly provides drivers with advanced handsfree functions.
### INTRODUCTORY PRICE
*Only $110.00ea*



**NOW AVAILABLE**
**NOKIA 2260**
LEATHER CASES
**NOKIA 3595**
LEATHER CASES
**NOKIA 6200**
LEATHER CASES
**SANYO 8100**
LEATHER CASES
**NOKIA 3650**
DESK TOP CHARGERS
**PANASONIC GU87**
DESK TOP CHARGERS
**MOTOROLA T720**
REPLACEMENT ANTENNAS
**SAMSUNG V205**
REPLACEMENT ANTENNAS
**SAMSUNG N400**
REPLACEMENT ANTENNAS
**SAMSUNG R225**
REPLACEMENT ANTENNAS
**MOTOROLA C331**
REPLACEMENT ANTENNAS
**LG VX4400**
1400MAH BATTERY



### Motorola V60 Faceplate
Polished Stainless Steel
Premium quality, built to last.
*Only $7.95*

**E*X*PRO** Over-The-Ear headset.
HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!
*Get 1 FREE with ANY order $25.00 or more!!*

### FREE FREIGHT FRIDAY!!
*Place an order of $100.00 or more on Friday June 27nd and get FREE ground shipping!*
*USE SHIPPING COUPON # fs18703*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

*Ask how you can earn FREE products and FREE shipping with our Customer Referral Program!*



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*CHECK OUT THESE AND OTHER GREAT DEALS ON OUR WEB SITE!*
*Prices good thru June 20th, 2003*

# CCM UNIVERSAL ROADSTER HANDSFREE
INNOVATIVE UNIVERSAL DESIGN IS COMPATIBLE WITH
NOKIA 5165/3285/6360, NOKIA 1260/3300/3500/3600/8000
PHONES WITH 2.5mm HEADSET JACKS
*AND NOW* SAMSUNG R225-S105/V205
SIEMANS C56/CT56/A56
*ON SALE $26.95*



## *CELLSKINS*
SOFT PLIABLE RUBBER SKINS.
PROTECT YOUR PHONE.
AVAILABLE IN ASSORTED COLORS.
*NOKIA 5165, NOKIA 3300/3585,*
*NOKIA 8000 SERIES*
*MOTOROLA V2397 & SANYO 4500*
*ONLY $ .99ea*

### *RUBBER BUMPERS*
PROTECTS PHONE FROM
BUMPS AND BRUISES!
FOR NOKIA 5165 SERIES
ASSORTED COLORS
4 for *$1.00*



# *LICENSED FACEPLATES*
BUD BOTTLE, BUD CAN, BUD LIGHT, JIM BEAM
CHEVY, FORD, FORD TRUCKS, CORVETTE,
JACK DANIELS LOGO, JACK DANIELS BARRELS,
KAWASAKI, *$6.50ea* THE OSBOURNES! *$5.00*



# *NASCAR DRIVER FACES*
PARK, NEWMAN, M. WALTRIP, KENSETH, B. LABONTE,
STEWART, R. RUDD, HARVICK, EARNHARDT,
EARNHARDT jr, R.GORDON, S. MARLIN, M. MARTIN,
D. JARRETT, J. BURTON

*NOKIA 3360 $14.10ea NOKIA 5160 $13.50ea*

# *ELVIS PRESLEY LICENSED FACES*
*NOKIA 3360 $15.00  NOKIA 5160 $10.00*

*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

BP-93



**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Prices good thru June 6th, 2003*

## *NEW! RETRACTABLE PLUG-IN CHARGERS*

RAPID CHARGER WITH 3 STAGE LED.
PUSH BUTTON RETRACTION. EXTRA LONG CORD.
AVAILABLE FOR NOKIA OR MOTOROLA/NEXTEL.

*ONLY $2.95each*





**NAVIGATORS $4.99ea**
FOR SAMSUNG N200/3500/6100
TOUCHPOINT 5200
MOTOROLA T/V2297/L7089/L2000
MOTOROLA VADER
AND MORE!



**NEXTEL i700/i550**
1200mah BATTERY
ONLY $6.99
800mah BATTERY
ONLY $4.25

**FLASHING KEYS**
AVAILABLE FOR NOKIA 3390, 3360, 5165, 8265
MOTOROLA V120, V60, T720
NEXTEL i95/i90/i60
*Only $3.50ea*







**DUAL-BAND**
GLASS-MOUNT PATCH ANTENNA, NO MAST!
12' CABLE W/FME OR TNC CONNECTION
~~WAS $19.95~~ *NOW ONLY $9.00!!!*

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
2.5mm PLUG
*$7.50ea*



## *NASCAR DRIVER FACEPLATES*

PARK, WALTRIP, KENSETH, B. LABONTE,
STEWART, HARVICK, EARNHARDT,
EARNHARDT Jr, R.GORDON, MARLIN,
MARTIN, D. JARRETT
*AVAILABLE FOR NOKIA 5160 & 3360*
*Only $14.50ea*

*Ask how you can earn*
*FREE products*
*and FREE shipping*
*with our Customer*
*Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

BP-94



PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Prices good thru June 13th, 2003*



## NEW!

**Introducing the worlds first BLUETOOTH
Handsfree Install Kit!.
The Parrot CK3000
Make handsfree calls without touching your phone!**
INTRODUCTORY PRICE *Only $165.95ea*



*CELLSUITS, ION CASES,
PRIZM POUCHES, EARGLOVE AND
EARGLOVE PRO HEADSETS
IN STOCK NOW!!!*

**NOKIA Original Face Plates
for 5160 and 5165
Many colors and patterns to choose
ON SALE, NOW ONLY *$5.00ea***



## E*X*PRO

Over-The-Ear headset. Specifically For Nokia phones.
HDSET-P135-N3BU for Nokia 3300/8000 series
HDSET-P135-N5 for Nokia 5100/6300/3285
Each has Volume Control & On/Off Button!
*Only $5.99ea*

*Ask how you can earn
FREE products
and FREE shipping
with our Customer
Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

BP-95



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good thru May 30th, 2003*



## SUPER SUMMER SIX-PACK
## OF HEADSETS

1-Over-the-ear w/mini boom. *(HDSET-10)*
1-Clearlink over-the-ear. *(HDSET-4)*
1-Fixed Ear Hook *(HDSET-8)*
1-Mini boom Ear Bud w/on-off. *(HDSET-12)*
1-Deluxe Ear Bud w/ear gels. *(HDSET-14)*
1– Over-the-ear with answer/disconnect & volume.
*(HDSET-7)*

### All for just *$19.95*

*(hdset six pack)*

*NEW
ACCESSORIES
AVAILABLE*
NEXTEL i35
HOLSTERS
LG4400
BATTERIES & HOLSTERS
LG2000
HOLSTERS
AUDIOVOX 8500
HOLSTERS
NOKIA 3590
HOLSTERS
NOKIA 8265
HOLSTERS
KYOCERA 5135
HOLSTERS

## *FLASHING ACCESSORIES!*
*FLASHING BATTERIES, KEYPADS,
AND BATTERY DOORS!
AVAILABLE FOR NOKIA,
MOTOROLA, NEXTEL AND MORE!*

### *NEW LICENSED FACES
FOR NOKIA 3360*
BUD CAN, BUD BOTTLE, BUD LITE, CHEVROLET,
JACK DANIELS BARRELS, JACK DANIELS LOGO,
FORD LOGO, FORD TRUCKS, JIM BEAM,
KAWASAKI, & CORVETTE
*ONLY $7.99ea*

### *FREE FREIGHT FRIDAY!!*
*Place an order of $100.00 or more on Friday
May 30th and get FREE ground shipping!
USE SHIPPING COUPON # fs21503*

*Ask how you can earn
FREE products
and FREE shipping
with our Customer
Referral Program!*

If you would like to be taken off of our fax list, please fax this page
back to us with your company name and fax number.

BP-96



**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Prices good thru May 16th,*



## DELUXE PLUG-IN CHARGER
11 ft HEAVY DUTY CORD.
BLUE LED INDICATOR LIGHT.
ATTRACTIVE BLISTER PACKAGING.
*Only $4.00ea*



### PLANTRONICS M1500
**BLUE TOOTH WIRELESS HEADSET**
INCLUDES BLUETOOTH ADAPTER
TO FIT ANY PHONE WITH 2.5mm HEADSET JACK
OR USE WITH HEADSET ADAPTER!
*ONLY $99.99ea*

## FLASHING ACCESSORIES!
FLASHING BATTERIES, KEYPADS,
AND BATTERY DOORS!
*AVAILABLE FOR NOKIA,*
*MOTOROLA, NEXTEL AND MORE!*





### HDSET 8
HANDSFREE EAR HOOK.
COMFORTABLE AND LIGHT.
WITH ON/OFF BUTTON
BLOWOUT SALE!
*Only $2.00*



If you would like to be taken
off of our fax list,
please fax this page
back to us
with your company name
and fax number.

### HFU2
CLIP ON FM HANDSFREE.
SENDS YOUR CALL THROUGH
YOUR FM RADIO!
WORKS BETTER THAN CAR BABY!
*Only $5.50each!!*



BP-97



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Prices good thru May 23rd, 2003*

# E✗PRO

## COMMERCIAL GRADE BALLISTIC NYLON CASES WITH ROTATING STEEL CLIP AND HEAVY DUTY LEATHER BELT STRAP.
### *NOW IN STOCK!!!!*

**CLEARANCE PRICING ON**
Nextel i90
Nextel i1000
Nextel i85
Nextel i30
Nokia 5100
Nokia 3300/1260
Motorola V60
Motorola V120

*Only*
## *2/$8.00*



**HDSETJB-SP**
Jabra EAR BOOM 2.5mm
In Verizon packaging.
### *Only $4.67ea*
*Min 12pcs*



**NEOPRENE BLACK**

**CANVAS CAMO**

By **E✗PRO**

POUCH STYLE CASE WITH ZIPPER COMPARTMENT IN BACK FOR ALL YOUR IMPORTANT STUFF. CLIPS TO BELT OR USE THE INCLUDED SHOULDER STRAP!
### *ONLY $1.95ea*

---



EXPRESS SWIVEL CLIP KIT
*IN ASSORTED COLORS*
INCLUDES... 1 UNIVERSAL BUTTON
1 NOKIA BUTTON
1 DASH MOUNT
AND
1 "FLIP ACTION" BELT CLIP
### *6 FOR ONLY $4.00!!*

*Ask how you can earn FREE products and FREE shipping with our Customer Referral Program!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-98



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

*Prices good thru May 16th,*



## *DELUXE PLUG-IN CHARGER*
11 ft HEAVY DUTY CORD.
BLUE LED INDICATOR LIGHT.
ATTRACTIVE BLISTER PACKAGING.

*Only $4.00ea*



## *PLANTRONICS M1500*
### *BLUE TOOTH WIRELESS HEADSET*
INCLUDES BLUETOOTH ADAPTER
TO FIT ANY PHONE WITH 2.5mm HEADSET JACK
OR USE WITH HEADSET ADAPTER!

*ONLY $99.99ea*

## *FLASHING ACCESSORIES!*
FLASHING BATTERIES, KEYPADS,
AND BATTERY DOORS!
*AVAILABLE FOR NOKIA,*
*MOTOROLA, NEXTEL AND MORE!*



## *HDSET 8*
HANDSFREE EAR HOOK.
COMFORTABLE AND LIGHT.
WITH ON/OFF BUTTON
BLOWOUT SALE!



*Only $2.00*



If you would like to be taken
off of our fax list,
please fax this page
back to us
with your company name
and fax number.

## *HFU2*
CLIP ON FM HANDSFREE.
SENDS YOUR CALL THROUGH
YOUR FM RADIO!
WORKS BETTER THAN CAR BABY!
*Only $5.50each!!*



BP-99



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

*Prices good thru May 30th, 2003*

# *EXPRESS EXECUTIVE KITS!!!*

### NOKIA 3390/3360
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 1050 MAH BATTERY
*$10.99* (9N3360)

### NOKIA 6360
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 900 MAH BATTERY
*$12.99* (9N6360)

### NOKIA 5100/6100
CAR CHARGER, CASE,
EAR BUD
& 600 MAH *VIBE*
BATTERY
*$7.99* (9N5100)

### NEXTEL i85
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX50)

### NEXTEL i1000
CAR CHARGER,
EAR BUD W/PTT
1400 MAH BATTERY
*& "TUF CASE"*
*$14.99* (9NEXi1000TUF)

### NEXTEL i700
CAR CHARGER,
EAR BUD W/PTT
1200 MAH BATTERY
*& "TUF CASE"*
*$13.99* (9NEXi550TUF)

### NEXTEL i90/i95
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX90 / 9NEX95)

### KYOCERA 2135
CAR CHARGER,
LEATHER CASE,
EAR BUD &
900 MAH BATTERY
*$12.99* (9Q2135)

### NEXTEL i30
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH  BATTERY
*$14.99* (9NEX30)

### MOTOROLA T720
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 600 MAH BATTERY
*$12.99* (9MOT720T)

### MOTOROLA V120
CAR CHARGER,
LEATHER CASE,
EAR BUD &
1000 MAH BATTERY
*$14.99* (9MOTV120)

### MOTOROLA V60
CAR CHARGER,
LEATHER CASE,
EAR BUD &
600 MAH BATTERY
*$12.99* (9MOTV60)

## *OTHER EXECUTIVE KITS ARE AVAILABLE!*
## *ASK ABOUT TRIPLE PACKS AND DOUBLE PACKS!*

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.

BP-100



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Prices good thru May*



## E𝑿PRO SPORT POUCHES

*AVAILABLE IN 4 SIZES*
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)
Available in black, blue or silver!
*Only $2.95ea*



## E𝑿PRO

*Deluxe Leather Pouches*
Genuine Leather. 4 Convenient sizes!
Stylish Stainless Steel Magnetic Closure.

*Only $2.95ea*
(7P1-XXXX) (3ex)

### Cell Safe DP1

BOXIT 5.0 DOLPHIN
Fits most phones.
Completely watertight
& shockproof.
Allows full use of phone!
Convenient belt loop.

*$19.95ea*





## HDSET-15

*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
2.5mm PLUG

*$7.50ea*



### *CELLSKINS*

SOFT RUBBER SKINS
PROTECT PHONES FROM
BUMPS AND SCRATCHES.
AVAILABLE IN ASST. COLORS
FOR NOKIA, ERICSSON, SANYO
& MOTOROLA PHONES.

*Only $2.49ea*

## E𝑿PRO

HEAVY DUTY, PADDED,
NYLON PHONE POUCHES
3-WAY ATTACHMENT SYSTEM
AVAILABLE IN THREE SIZES
SMALL, MEDIUM OR LARGE

*NOW ONLY $3.29ea*

**NEW!**



## HDSET-16

*AnyZON-G* by SAMSUNG
IN-THE-EAR DESIGN.
2.5mm PLUG and ON/OFF BUTTON

*$7.50ea*

If you would like to be taken off of our fax list,
please fax this page back to us with
your company name and fax number.

BP-101



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Prices good thru May 30th, 2003*

# EXPRESS EXECUTIVE KITS!!!

### NOKIA 3390/3360
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 1050 MAH BATTERY
*$10.99* (9N3360)

### NOKIA 6360
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 900 MAH BATTERY
*$12.99* (9N6360)

### NOKIA 5100/6100
CAR CHARGER, CASE,
EAR BUD
& 600 MAH *VIBE*
BATTERY
*$7.99* (9N5100)

### NEXTEL i85
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX50)

### NEXTEL i1000
CAR CHARGER,
EAR BUD W/PTT
1400 MAH BATTERY
*& "TUF CASE"*
*$14.99* (9NEXi1000TUF)

### NEXTEL i700
CAR CHARGER,
EAR BUD W/PTT
1200 MAH BATTERY
*& "TUF CASE"*
*$13.99* (9NEXi550TUF)

### NEXTEL i90/i95
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX90 / 9NEX95)

### KYOCERA 2135
CAR CHARGER,
LEATHER CASE,
EAR BUD &
900 MAH BATTERY
*$12.99* (9Q2135)

### NEXTEL i30
CAR CHARGER,
LEATHER CASE
EAR BUD W/PTT
& 900 MAH BATTERY
*$14.99* (9NEX30)

### MOTOROLA T720
CAR CHARGER,
LEATHER CASE,
EAR BUD
& 600 MAH BATTERY
*$12.99* (9MOT720T)

### MOTOROLA V120
CAR CHARGER,
LEATHER CASE,
EAR BUD &
1000 MAH BATTERY
*$14.99* (9MOTV120)

### MOTOROLA V60
CAR CHARGER,
LEATHER CASE,
EAR BUD &
600 MAH BATTERY
*$12.99* (9MOTV60)

## OTHER EXECUTIVE KITS ARE AVAILABLE!
## ASK ABOUT TRIPLE PACKS AND DOUBLE PACKS!

If you would like to be taken off of our fax list, please fax this page back to us with your company name and fax number.



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

*Prices good thru April 25, 2003*




# *NEW!*
CCM "Clip' n Go" instant speaker.
Transforms your cell phone into a powerful speakerphone!
Available for Nokia and Motorola phones

# *NEW!*
Retractable Plug-in Charger!
Easy and convenient.
Less clutter in the car!
Available for Nokia and Motorola phones





*This week only!!!*
***E💡PRO* "TUF CASES"**
*Available for …*
***Nextel, Nokia & Motorola Phones***
*2 for $10.00!!!*

*Ask how you can earn FREE accessories and FREE shipping*
*with our customer referral program!*














**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Prices good thru April 25, 2003*




# *NEW!*
CCM "Clip' n Go" instant speaker.
Transforms your cell phone into a powerful speakerphone!
Available for Nokia and Motorola phones

# *NEW!*
Retractable Plug-in Charger!
Easy and convenient.
Less clutter in the car!
Available for Nokia and Motorola phones





## *This week only!!!*
## *E X PRO "TUF CASES"*
*Available for …*
*Nextel, Nokia & Motorola Phones*
## *2 for $10.00!!!*

*Ask how you can earn FREE accessories and FREE shipping*
*with our customer referral program!*











BP-104



**WIRELESS ACCESSORIES & MORE**

PHONE: **888-676-4046**
FAX: **888-780-1234**
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*



## *NEW LICENSED FACEPLATES*
BUD BOTTLE!
BUD CAN!
CORVETTE!
JACK DANIELS!
KAWASAKI!
THE OSBOURNES!



## *NEW NASCAR DRIVER FACES*
#1 STEVE PARK
#15 MICHAEL WALTRIP
FOR NOKIA 5100 OR 3360

## *ACCESSORIES NOW AVAILABLE FOR*
LG VX4400
AND
LG VX2000



**E✗PRO**
Nubuck horizontal pouch.
Versatile, universal size fits
a wide variety of phones.
*(7uhp30)*












*ASK ABOUT OUR
PHONE REPAIR PROGRAM!*

BP-105



PHONE: 1-888-676-4046
FAX: 1-888-789-1234
EMAIL: SALES@1888EXPRESS.COM
VISIT OUR WEB SITE:
WWW.1888EXPRESS.COM

WIRELESS ACCESSORIES & MORE

# HANDSFREE SPECTACULAR!!!



**HDSET-FM1**
TRANSMITS YOUR CALL TO
YOUR FM RADIO!
INCLUDES A
PRIVACY EARBUD.
*$16.50 BUY 1 GET 1*

**HDSET4**
"CLEARLINK"
OVER-THE-EAR HEADSET
ADJUSTABLE EARHOOK
AND CLEAR VOICE TUBE
2.5mm JACK
*$9.50 BUT 1 GET 1*

**HDSET-SY54002**
"SYBERSAY"EARLITE
LIGHT AND COMPACT.
FOR NOKIA
5100/6100/6360/3285 ONLY.
*$19.95 BUY 1 GET 1*

**HDSET-10**
AIRCRAFT ALUMINUM
OVER-THE-EAR DESIGN.
TELESCOPING ADJUSTMENT.
2.5mm JACK
*$6.98 BUY 1 GET 1*



**HDSET-12**
EXPRO EAR BUD
WITH 2" BOOM.
AND ON/OFF.
2.5mm JACK
*$9.89 BUY 1 GET 1*



**HDSET P135-N3**
**HDSET P135-N5**
EXPRO OVER THE EAR
FOR EITHER NOKIA 5100 OR 3300
WITH VOLUME AND ON/OFF
CONTROLS!
*$11.98 BUY 1 GET 1*

**Universal Hands-Free**
Hear your calls through
Your car stereo…
WIRELESSLY!!!
*$8.98 BUY 1 GET 1 (hfu2)*



*UNIVERSAL*
*PLUG 'N' TALK*
WITH A/C VENT MOUNT
MAKES ANY PHONE
HANDS FREE!
*$8.98 BUY 1 GET 1 (hfu1)*





**SOFT INSTALL KITS**
AVAILABLE FOR… NOKIA, MOTOROLA, ERICSSON, KYOCERA
*$16.95 BUY 1 GET 1*

*Prices good while supplies last!!!!*

BP-106



**Express Products**
WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Prices good through March 28, 2003*

# NEW!

## E✗PRO

New buck horizontal pouch.
Versatile, universal size fits a wide variety of phones.

Introductory Price *ONLY 3.49* (7uhp30)

### *CELLSUITS, ION CASES, PRIZM POUCHES, EARGLOVE AND EARGLOVE PRO HEADSETS NOW IN STOCK!*



*Body Glove*



Available in black or blue! *Only $2.95*

## E✗PRO SPORT POUCHES

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

### *DELUXE SWIVEL LEATHER "ZIPPER" CASE*

SOFT LEATHER PROTECTS PHONE. NO VELCRO!

WAS $4.99ea **NOW $2.99**

**BUY ONE GET ONE** *FREE!!!*

~~MINIMUM 100 pcs TOTAL~~





## EXPRESS SWIVEL CLIP KIT

INCLUDES SWIVEL "FLIP" BELT CLIP,
1 UNIVERSAL BUTTON,
1 NOKIA UNDER BATTERY BUTTON
AND DASHBOARD MOUNT.
ASSORTED COLORS!

**GET 6 COMPLETE KITS FOR** *ONLY $4.95*

---

**ASK ABOUT HOW YOU CAN EARN** *FREE* **ACCESSORIES** *AND*
*FREE* **SHIPPING WITH OUR CUSTOMER REFERRAL PROGRAM!**

BP-107



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Prices good through March 28, 2003*

## NEW!

### E✗PRO

New buck horizontal pouch.
Versatile, universal size fits a wide variety of phones.

Introductory Price *ONLY 3.49* (7uhp30)

### CELLSUITS, ION CASES, PRIZM POUCHES, EARGLOVE AND EARGLOVE PRO HEADSETS NOW IN STOCK!



*Body Glove*



Available in black or blue! *Only $2.95*

### E✗PRO SPORT POUCHES

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

### DELUXE SWIVEL LEATHER "ZIPPER" CASE

SOFT LEATHER PROTECTS PHONE. NO VELCRO!

WAS $4.99ea **NOW $2.99**

**BUY ONE GET ONE** *FREE!!!*

~~MINIMUM 100 pcs TOTAL~~





### EXPRESS SWIVEL CLIP KIT

INCLUDES SWIVEL "FLIP" BELT CLIP,
1 UNIVERSAL BUTTON,
1 NOKIA UNDER BATTERY BUTTON
AND DASHBOARD MOUNT.
ASSORTED COLORS!

**GET 6 COMPLETE KITS FOR** *ONLY $4.95*

---

ASK ABOUT HOW YOU CAN EARN *FREE* ACCESSORIES *AND*
*FREE* SHIPPING WITH OUR CUSTOMER REFERRAL PROGRAM!

---

BP-108



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

*Prices good through March 28, 2003*

# NEW!

## E**X**PRO

New buck horizontal pouch.
Versatile, universal size fits a wide variety of phones.

Introductory Price *ONLY 3.49* *(7uhp30)*

*CELLSUITS, ION CASES,*
*PRIZM POUCHES, EARGLOVE AND*
*EARGLOVE PRO HEADSETS*
*NOW IN STOCK!*



*Body Glove*



### E**X**PRO **SPORT POUCHES**

AVAILABLE IN 4 SIZES
X-SMALL (MOTO V60)
SMALL (NOK 8260)
MEDIUM (NOK 3360)
LARGE (NOK 5100)

Available in black or blue! *Only $2.95*

*DELUXE SWIVEL LEATHER "ZIPPER" CASE*
SOFT LEATHER PROTECTS PHONE. NO VELCRO!

WAS $4.99ea **NOW $2.99**

**BUY ONE GET ONE *FREE!!!***

~~MINIMUM 100 pcs TOTAL~~





## *EXPRESS SWIVEL CLIP KIT*

INCLUDES SWIVEL "FLIP" BELT CLIP,
1 UNIVERSAL BUTTON,
1 NOKIA UNDER BATTERY BUTTON
AND DASHBOARD MOUNT.
ASSORTED COLORS!

**GET 6 COMPLETE KITS FOR *ONLY $4.95***

---

ASK ABOUT HOW YOU CAN EARN *FREE* ACCESSORIES *AND*
*FREE* SHIPPING WITH OUR CUSTOMER REFERRAL PROGRAM!

BP-109



*Express Products*
WIRELESS ACCESSORIES & MORE

PHONE: *1-888-676-4046*
FAX: *1-888-780-1234*
EMAIL: *SALES@1888EXPRESS.COM*
VISIT OUR WEB SITE:
*WWW.1888EXPRESS.COM*

# "TUF" CASES
## by EXPRO

**Commercial Grade,
ballistic nylon cases for
Nextel & Nokia phones.
Available for...**

| NEXTEL | NOKIA |
|--------|-------|
| *i1000* | *5100/6100/7100* |
| *i700/i550* | *3300/8000 Series* |
| *i95/i90/i60* | *MOTOROLA* |
| *i85/i55/i50* | *V60* |
| *i30* | *V120* |

## CTIA SHOW SPECIAL!
*For our customers NOT attending the trade show in
New Orleans. Order Either the "TUF CASES" or
RETRACT-IT Belt Clips
On March 17th, 18th or 19th*

*And Pay Only $4.99 Each.*
*Limited Quantities are Available!*



**RETRACT IT**
Now you can drop everything!

### NEW & IMPROVED
UNIVERSAL RETRACTABLE
BELT CLIP
*AS SEEN ON QVC!!*



**If You Are Attending The CTIA
Show, Visit Us At Booth #4676**

BP-110



PHONE: 1-888-676-4046
FAX: 1-888-780-1234
EMAIL: SALES@1888EXPRESS.COM
VISIT OUR WEB SITE:
WWW.1888EXPRESS.COM

**WIRELESS ACCESSORIES & MORE**

# "TUF" CASES
## by EXPRO

**Commercial Grade,
ballistic nylon cases for
Nextel & Nokia phones.
Available for...**

| NEXTEL | NOKIA |
|--------|-------|
| i1000 | 5100/6100/7100 |
| i700/i550 | 3300/8000 Series |
| i95/i90/i60 | **MOTOROLA** |
| i85/i55/i50 | V60 |
| i30 | V120 |

## CTIA SHOW SPECIAL!
*For our customers NOT attending the trade show in
New Orleans. Order Either the "TUF CASES" or
RETRACT-IT Belt Clips
On March 17th, 18th or 19th*

*And Pay Only $4.99 Each.*
*Limited Quantities are Available!*



Now you can drop everything!

### NEW & IMPROVED
UNIVERSAL RETRACTABLE
BELT CLIP
*AS SEEN ON QVC!!*



**If You Are Attending The CTIA
Show, Visit Us At Booth #4676**

BP-111



**PHONE:** *1-888-676-4046*
**FAX:** *1-888-760-1234*
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT OUR WEB SITE:**
*WWW.1888EXPRESS.COM*

*PRICES GOOD THROUGH MARCH 21st, 2003*

# FLASHING ACCESSORIES!



**KEYPADS–** *MOTO V120, V60, T720*
*NEXTEL– i90*
*NOKIA– 3390, 3360, 5165, 8265*
**BATTERIES–** *NEXTEL i90, i85, i80, i60, i30*
*NOKIA– 5165, 3390, 3360, 8265*
**BATTERY DOORS–** *NEXTEL i90*
*MOTO– V60, T720*
*SEVERAL STYLES TO CHOOSE FROM!*



*CELLSUITS, ION CASES,*
*PRIZM POUCHES, EARGLOVE AND*
*EARGLOVE PRO HEASETS*
*NOW IN STOCK!*



*MODULAR HANDS-FREE SYSTEM*
CHOOSE EITHER HARD-WIRE
OR SOFT INSTALL.
THEN CHOOSE THE POCKET
THAT FITS YOUR PHONE!

# E✗PRO



HEAVY DUTY, PADDED,
NYLON PHONE POUCHES
3-WAY ATTACHMENT SYSTEM
AVAILABLE IN THREE SIZES
SMALL, MEDIUM OR LARGE
*NOW ONLY $3.29ea*

BP-112



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL: *SALES@1888EXPRESS.COM***
**VISIT: *WWW.1888EXPRESS.COM***

WIRELESS ACCESSORIES & MORE

*Prices good through March 7th, 2003*



## *NEW!*
## ION AND PRIZM CASES
## NOW IN STOCK!!
## ALSO IN STOCK
## CELLSUITS, EAR GLOVE HEADSETS
## AND SYBERSAY HEADSETS!

### *THE ROADSTER by CCM*
### *New models available!*
NEWLY DESIGNED ALL-IN-ONE HANDS FREE
AVAILABLE FOR...NOKIA 5100/6100-3360
MOTOROLA V120 AND STAR TAC
AND NOW NOKIA 8265 AND NOKIA 6360



### NEXTEL SPECIALS
| | |
|---|---|
| i1000 NAVIGATORS | *$22.95* |
| i700/i550 NAVIGATORS | *$22.95* |
| i1000 EAR BUD WITH PTT BUTTON | *$5.95* |
| i85/i50/i90 EAR BUD WITH PTT | *$5.95* |

*i1000 or i700*

*PLUG-IN CHARGERS*     *Buy 1 Get 1 FREE*
*LEATHER CASES*     *Buy 1 Get 1 FREE*



*101idl*
Internal Glass-Mount
Antenna
No Mast!
LED light informs of
incoming call!
*Only $12.95*



### *"CLEARLINK"*
### *DRIVE TIME KITS*
*AVAILABLE FOR MOST PHONES*
### *$12.00ea*

NOKIA 5100 SERIES
1600mah HI-CAP LI-ION EXTENDED
VIBRATING BATTERY WITH
BUILT-IN HIGH INTENSITY
LED FLASHLIGHT!
*$12.95*

## Come visit us at the CTIA show in New Orleans!
## March 17-19 Booth #4676

BP-113



**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

WIRELESS ACCESSORIES & MORE

*Prices good through March 7th, 2003*



## NEW!
### Universal Contractors "TUF" pouch.
### With plenty of places for all of your important stuff!

*With New Interchangeable Clip System!*

## Only $8.95ea

Rear pocket
Phone pouch
Pen Holder
One right-side pocket
Two front pockets
Front pouch
Two left-side pockets
Front elastic band
Safety band

(7UP30TUF)

---

*GLASS MOUNT ANTENNAS*
*AS LOW AS $9.00!*
*WE ALSO CARRY A*
*COMPLETE LINE*
*REPLACEMENT ANTENNAS,*
*OLD & NEW.*

*ASK ABOUT OUR*
*INSTALLATION*
*HARDWARE!*

---

## HIRSCHMANN DIALOG+
PREMIUM QUALITY
SOFT INSTALL
HANDS FREE CAR KIT.
FOR AND ALL NOKIAS
WITH THREE RING
AUDIO JACKS.
EASY TO INSTALL
AND SOUNDS GREAT!

### Only $10.00!
*(3nok3360hf-h)*

**Complete with**
**Microphone, Power Cord,**
**High Quality Speaker**
**and Phone Mount!**



---

*DON'T LOSE PROFIT,*
*PUT THE MONEY IN YOUR POCKET!!!*
THE EXPRESS PHONE REPAIR PROGRAM.
SEND IN YOUR CUSTOMERS BROKEN PHONES FOR REPAIRS!
IT'S CHEAP. IT'S EASY
*CALL YOUR REP. FOR DETAILS!*

---

## Come visit us at the CTIA show in New Orleans!
## March 17-19 Booth #4676

BP-114



**Express Products**

WIRELESS ACCESSORIES & MORE

PHONE: 888-676-4046
FAX: 888-780-1234
EMAIL: *SALES@1888EXPRESS.COM*
VISIT: *WWW.1888EXPRESS.COM*

*Prices good through March 7th, 2003*



**NEW!**
**Universal Contractors**
**"TUF" pouch.**
**With plenty of places for all of your important stuff!**

Rear pocket
Front pouch
Phone pouch
Two left-side pockets.
Pen Holder
Front elastic band
One right-side pocket.
Two front pockets
Safety band
(7UP30TUF)

**With New Interchangeable Clip System!**
**Only $8.95ea**

*GLASS MOUNT ANTENNAS AS LOW AS $9.00! WE ALSO CARRY A COMPLETE LINE REPLACEMENT ANTENNAS, OLD & NEW.*

*ASK ABOUT OUR INSTALLATION HARDWARE!*

**HIRSCHMANN DIALOG +**



PREMIUM QUALITY SOFT INSTALL HANDS FREE CAR KIT. FOR AND ALL NOKIAS WITH THREE RING AUDIO JACKS. EASY TO INSTALL AND SOUNDS GREAT!

*Only $10.00!*
(3nok3360hf-h)



Complete with Microphone, Power Cord, High Quality Speaker and Phone Mount!

*DON'T LOSE PROFIT,*
*PUT THE MONEY IN YOUR POCKET!!!*
THE EXPRESS PHONE REPAIR PROGRAM.
SEND IN YOUR CUSTOMERS BROKEN PHONES FOR REPAIRS!
IT'S CHEAP. IT'S EASY
*CALL YOUR REP. FOR DETAILS!*

Come visit us at the CTIA show in New Orleans!
March 17-19 Booth #4676



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Prices good through February 28th, 2003*

## *PLANTRONICS M1500*
## *OR JABRA BT200*
### *BLUE TOOTH WIRELESS HEADSETS*
INCLUDES BLUETOOTH ADAPTER
TO FIT ANY PHONE WITH 2.5mm HEADSET JACK
OR USE WITH HEADSET ADAPTER!
### *ONLY $124.99ea*



### *A LARGE SELECTION*
### *OF NOKIA OK FACES!*
INCLUDING
OFFICIALLY LICENSED RAC-
ING, NBA, NHL AND MORE!



### *BODY GLOVE*
### *HEADSETS AND*
### *CASES NOW IN*
### *STOCK!*



**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
2.5mm PLUG
*$7.50ea*



### *HDSET13* 2.5mm
### *HDSET13-N3* *Nokia 3300 series*
PREMIUM HEADSET W/2.5mm PLUG.
FLEXABLE EAR LOOP.
SUPERIOR SOUND QUALITY.
BUILT-IN BELT CLIP.
### *Only $7.25ea*



**HDSET12**
EXPRO MINI EAR BOOM.
PREMIUM QUALITY.
2 INCH BOOM. 2.5mm PLUG.
ON/OFF BUTTON.
*Only $4.95ea*



## Come visit us at the CTIA show in New Orleans!
## March 17-19 Booth #4676

BP-116



**Express Products**

WIRELESS ACCESSORIES & MORE

**PHONE: 888-676-4046**
**FAX: 888-780-1234**
**EMAIL:** *SALES@1888EXPRESS.COM*
**VISIT:** *WWW.1888EXPRESS.COM*

*Prices good through February 28th, 2003*

## PLANTRONICS M1500
## OR JABRA BT200
### BLUE TOOTH WIRELESS HEADSETS
INCLUDES BLUETOOTH ADAPTER
TO FIT ANY PHONE WITH 2.5mm HEADSET JACK
OR USE WITH HEADSET ADAPTER!
### ONLY $124.99ea



### A LARGE SELECTION
### OF NOKIA OK FACES!
INCLUDING
OFFICIALLY LICENSED RAC-
ING, NBA, NHL AND MORE!



### BODY GLOVE
### HEADSETS AND
### CASES NOW IN
### STOCK!

**HDSET-15**
*"click-it"* by SAMSUNG
OVER-THE-EAR DESIGN.
2.5mm PLUG
### $7.50ea



**HDSET13** 2.5mm

**HDSET13-N3** *Nokia 3300 series*
PREMIUM HEADSET W/2.5mm PLUG.
FLEXABLE EAR LOOP.
SUPERIOR SOUND QUALITY.
BUILT-IN BELT CLIP.
### Only $7.25ea



**HDSET12**
EXPRO MINI EAR BOOM.
PREMIUM QUALITY.
2 INCH BOOM. 2.5mm PLUG.
ON/OFF BUTTON.
### Only $4.95ea



# Come visit us at the CTIA show in New Orleans!
# March 17-19 Booth #4676

BP-117