UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BUSINESS PRO COMMUNICATIONS, INC. an Illinois corporation and TUNICA PHARMACY, INC., individually and as the representatives of a class of similarly-situated persons, | ) ) ) ) ) ) | No. 04 L 1043 |
| Plaintiffs, | ) ) | Judge St. Eve |
| v. | ) ) | |
| EXPRESS PRODUCTS, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Eric L. Samore
    Molly A. Arranz
    Smith Amundsen LLC
    150 N. Michigan Ave., Suite 3300
    Chicago, IL 60601

Please take notice that, on <u>Tuesday, April 8, 2008, at 8:30 a.m.</u>, we will appear in Courtroom 1241 at 219 S. Dearborn Street, Chicago, Illinois, before the Honorable Judge Amy J. St. Eve, or any Judge sitting in her stead, and then and there will present Plaintiffs' Motion for Remand, a copy of which has been served upon you today.

Dated:  April 2, 2008.                Respectfully Submitted,


                                By:    /s Phillip A. Bock
                                One of Plaintiffs' Attorneys


| | |
|---|---|
| Phillip A. Bock | Brian J. Wanca |
| Jordan M. Rudnick | Ryan M. Kelly |
| Bock & Hatch, LLC | Anderson + Wanca |
| 134 N. La Salle St., Suite 1000 | 3701 Algonquin Road, Suite 760 |
| Chicago, IL 60602 | Rolling Meadows, IL 60008 |
| (312) 658-5500 | (847) 368-1500 |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that, on April 2, 2008, he caused a copy of the foregoing Notice of Motion to be served by CM/ECF upon all counsel of record.

                                      /s Phillip A. Bock