**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Business Pro Communications, Inc., et al.

                                  Plaintiff,

v.                                                     Case No.: 1:08−cv−01323
                                                        Honorable Amy J. St. Eve

Express Products, Inc.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to dismiss [12] is entered. Briefing schedule to be set after ruling on the motion to remand by agreement. Oral motion for leave to file additional pages is granted. Motion to remand [16] is entered. Appearance on this motion for 4/8/2008 is stricken. Status hearing held on 4/3/2008; ( Status hearing set for 6/30/2008 at 08:30 AM.); Set deadlines/hearing as to motion to remand,, [16] :( Responses due by 5/1/2008, Replies due by 5/15/2008.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.