Case No. 08-1323								No. 3004105

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BUSINESS PRO COMMUNICATIONS, INC., an Illinois corporation and TUNICA PHARMACY, Inc., individually and as the representatives of a Class of Similarly-Situated Persons, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) EXPRESS PRODUCTS, INC. ) Defendant. ) | Judge St. Eve Magistrate Valdez Case No.  08 C 1323 |

## MOTION FOR LEAVE TO FILE RESPONSE MEMORANDUM IN EXCESS OF 15 PAGES

NOW COMES the Defendant, EXPRESS PRODUCTS, INC., by and through its attorneys, Kevin Campbell of LaBARGE, CAMPBELL & LYON, LLC and Eric L. Samore and Molly A. Arranz of SMITHAMUNDSEN LLC, and seeks leave of court to file its Response to Plaintiff's Motion for Remand in excess of 15 pages. In support thereof, EXPRESS PRODUCTS, INC. states as follows:

1. On April 2, 2008, Plaintiffs filed a Motion for Remand.

2. By this Honorable Court's order, on April 3, 2008, the Court set a briefing schedule on the Motion for Remand, which set May 1, 2008, as the date by when Defendant is to file its Response Memorandum. This order also allowed Plaintiff's Motion for Remand to be in excess of 15 pages. (*See* Doc. # 18.)

3. Defendant requests permission to file a Response in excess of 15 pages as Plaintiff's Motion for Remand addresses numerous issues, including complex legal and factual issues that require a thorough response. (A copy of Def.'s Resp. Mem., without exhibits, is

Case No. 08-1323                                                                                                  No. 3004105

attached as **Exhibit A**.)  More specifically, Defendant requires three additional pages for its Response brief to address issues of jurisdiction under 28 U.S.C. Sections 1331 and 1332, the complicated legal precedent regarding conventional diversity jurisdiction and jurisdiction under CAFA, and the impact of filing an Amended Complaint that asserts a new cause of action.

     4.     Therefore, in the interest of fairness and to assist the Court in reviewing the issues, EXPRESS PRODUCTS, INC. respectfully requests that this Honorable Court allow it to file a brief in excess of 15 pages.

     WHEREFORE, the Defendant, EXPRESS PRODUCTS, INC., prays for an order granting it leave to file three additional pages with its Response to Plaintiff's Motion for Remand, such that the brief will comprise of 18 pages.

     Respectfully submitted,

     By:     /s/ Molly A. Arranz
            Attorneys for Defendant
            EXPRESS PRODUCTS, INC.

Kevin Campbell, ARDC # 0618398
LaBarge, Campbell & Lyon, LLC
200 W. Jackson Blvd.
Suite 2050
Chicago, IL  60606
Phone:  312-580-9010
Fax:  312-580-9011

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SmithAmundsen
150 N. Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200