UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BUSINESS PRO COMMUNICATIONS, INC., an Illinois corporation and TUNICA PHARMACY, Inc., individually and as the representatives of a Class of Similarly-Situated Persons, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Judge St. Eve Magistrate Valdez |
| v. | ) ) ) | Case No.  08 C 1323 |
| EXPRESS PRODUCTS, INC. | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **May 5, at 8:30 a.m.**, we shall appear before the **Honorable Judge Amy J. St. Eve** in **Room 1241**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Motion for Leave to File Response Memorandum in Excess of 15 Pages**, a copy of which is hereby served upon you.

By:   /s/ Molly A. Arranz
Attorneys for EXPRESS PRODUCTS, INC.
SMITH AMUNDSEN, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
ARDC No.:  6281122

Dated:  May 1, 2008

Case No. 08 C 1323                                                                                                         3004105

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of May 2008, she served a **Notice of Motion** and the Defendant, Express Products, Inc.'s **Motion for Leave to File Response Memorandum in Excess of 15 Pages** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Bock & Hatch LLC |
| Anderson & Wanca | 134 N. LaSalle Street, Suite 1000 |
| 3701 Algonquin Road, Suite 760 | Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

Kevin Campbell
LaBarge, Campbell & Lyon, LLC
200 W. Jackson Blvd.
Suite 2050
Chicago, IL 60606

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: May 1, 2008.

_____/s/ Molly A. Arranz_____

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR EXPRESS PRODUCTS, INC.